```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018936
Cashier ID: waltonb
Transaction Date: 01/05/2023
Payer Name: ATPG Technology LLC

CIVIL FILING FEE- NON-PRISONER
 For: Larry Golden
 Case/Party: D-CAN-5-23-CV-000048-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Remitter: ATPF Technology LLC
 Check/Money Order Num: 1094
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

WHO

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```