# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

**FILED**

**FEB 06 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

LARRY GOLDEN,

    *Plaintiff*,

    V.

SAMSUNG ELECTRONICS AMERICA, INC.

    *Defendant*.

CIVIL CASE NO: 3:23-cv-00048-WHO

**JURY TRIAL DEMANDED**

**(Direct Patent Infringement),
(Contributory Patent Infringement),
(Willful Patent Infringement)**

February 02, 2023

---

## CERTIFICATE OF SERVICE ON SAMSUNG

Pursuant to the Court's authorization of service on January 06, 2023 (Dkt. 3), Plaintiff files with the Court its return of service on Samsung, indicating completion of the required service. With the "Summons in a Civil Action", Plaintiff also served on Samsung, on January 30, 2023, the Complaint—Jury Trial Demand; Order Setting Initial Case Management Conference and ADR Deadlines; and Civil Cover Sheet. Aaron Jones of SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 [We Serve Law, LLC] delivered the documents to CT Corporation System (Agent for Samsung) at 28 Liberty St. 42nd Floor, New York, NY 10005.

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Job #: 55621

| | |
|---|---|
| LARRY GOLDEN<br><br>Plaintiff(s)<br><br>vs<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant(s) | Index Number: 23-CV-00048-WHO<br><br>Date Filed:<br><br>Client's File No.:<br><br>Court Date: |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**AARON JONES**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **1/30/2023**, at **2:38 PM** at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMAND**
On: **SAMSUNG ELECTRONICS AMERICA, INC. C/O CT CORPORATION SYSTEM**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (Authorized Agent) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to OSMARA MARTINEZ personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex**: Female   **Color of skin**: Brown   **Color of hair**: BLACK   **Glasses**:
**Age**: 30   **Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other Features**:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 01/30/2023

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 18, 2026



AARON JONES
2101664-DCA

SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 2094823-DCA

From: "We Serve Law LLC" <info@weservelaw.com>
To: atpg-tech@charter.net
Cc:
Bcc:
Priority: Normal
Date: Tuesday January 31 2023 12:01:42PM
Re: New Serve - atpg-tech@charter.net

---

This was served.
Date Served: 1/30/2023
Time Served: 2:38 PM
Method of Service: CORPORATE
Person Served: OSMARA MARTINEZ
Location Served: 28 LIBERTY STREET, NEW YORK, NY 10005
Gender: Female
Age: 30
Skin: Brown
Hair: BLACK
Height: 5ft4in-5ft8in
Weight: 131-160 Lbs.

Affidavit of service will be prepared and sent to you by email and original in the mail.

Please do not hesitate to contact me should you need service of process NATIONWIDE.

Thank you,



On Tue, Jan 31, 2023 at 12:48 PM We Serve Law LLC <info@weservelaw.com> wrote:
> Allow me to follow up with the server and I will get back to you with status.

On Tue, Jan 31, 2023 at 12:47 PM <atpg-tech@charter.net> wrote:
> Hello:
>
> I signed up on Friday January 27, 2023 and paid for next day service. Please provide me with an update.
>
> Thanks,
> Larry
>
> -------------------------------------------

From: "We Serve Law LLC"
To: "atpg-tech"
Cc:
Sent: Friday January 27 2023 11:16:13AM
Subject: Re: New Serve - atpg-tech@charter.net

Hello Larry,

We are in receipt of the documents, 140 pages to be served on:

**Samsung Electronics America, Inc.**
**C/o CT Corporation System**
**28 Liberty St. 42nd Floor**
**New York, NY 10005**

Here is a link to the invoice: https://www.paypal.com/invoice/p/#DPRTJCKFQAJPLDUW
As soon as it's paid we will dispatch for prompt service.

We will update you upon completion of service and a copy of the notarized affidavit of service will be emailed and the original mailed to you.

Any questions, please do not hesitate to ask.

Thank you,



We Serve Law LLC
Nationwide Legal Services
800-637-18
weservelaw.com
info@weservelaw.com

On Fri, Jan 27, 2023 at 12:11 PM atpg-tech <noreply@123formbuilder.com> wrote:

| | |
|---|---|
| **Name** | Larry Golden |
| **Email** | atpg-tech@charter.net |
| **Service** | Next Day $120 |
| **Name and Address of Person or Entity to be Served** | CT Corporation System<br>C/O Samsung Electronics America, Inc.<br>28 Liberty St. 42nd Floor<br>New York, New York 10005 |
| **Special Instructions** | need complete service of process confirmation |
| **File Upload** | https://app.123formbuilder.com/upload_dld.php?fileid=f5fcc6d48ec1463c61854e6461edd8ed |

The message has been sent from 24.197.123.131 (United States) at 2023-01-27 13:11:54 on Chrome 109.0.0.0
Entry ID: 12865

The total size of the files uploaded using the form is larger than 5MB, so the files were not attached, but sent to you as links.

archive-1.zip
https://app.123formbuilder.com/upload_dld.php?fileid=f5fcc6d48ec1463c61854e6461edd8ed

# Invoice from We Serve Law

**Download PDF**



**We Serve Law**
www.weservelaw.com

Invoice #376521
Issued : Jan 27, 2023
Due : Jan 27, 2023

# $245.00
PAID

**Bill to**
atpg-tech@charter.net

Last updated on **January 27, 2023 at 9:28:14 AM PST**

| | |
|---|---|
| Balance due: | $0.0 |
| Original invoice total | $245.00 |
| Total amount paid | $245.00 |

**Payment activity**

Payment - 1/27/23 — $245.00

Feedback

## Items

**Service Fee** — $150.00
1 x $150.00
Service of Process

Samsung Electronics America, Inc.
C/o CT Corporation System
28 Liberty St. 42nd Floor
New York, NY 10005

**Service Fee** — $25.00
1 x $25.00
Personal Service

**Service Fee** — $50.00
1 x $50.00
Printing Fee

| | |
|---|---|
| Subtotal | $225.00 |
| Processing Fee | $20.00 |
| **Total** | **$245.00** |

**Seller note to customer**
We appreciate your business and look forward to serving you again soon.

⚠ **Don't know this seller?**
You can safely ignore this invoice if you're not buying anything from this seller. PayPal won't ask you to call or send texts to phone numbers in an invoice. We don't ask for your credentials or auto-debit money from your account against any invoices. **Contact us** if you're still not sure.

Powered by PayPal

Copyright © 1999-2023 PayPal. All rights reserved. **PayPal Privacy**

Case 3:23-cv-00048-WHO   Document 4   Filed 02/06/23   Page 7 of 7