**PRIORITY MAIL EXPRESS**

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29616
FEB 02, 23
AMOUNT
**$28.75**
R2304M113457-33
94102

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE 864-288-5605

Larry Golden
740 Woodruff Rd. #1102
Greenville, SC 29607

TO: (PLEASE PRINT)    PHONE 415-522-2000

U.S. District Court - NDC - San Francisco
Case No: 3:23-cv-00048-WHO
450 Golden Gate Avenue, 16th Floor
San Francisco, CA

ZIP+4: 94102-____

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 29615
Scheduled Delivery Date: 2/3/23
Postage: $28.75
Date Accepted: 2/2/23
Time Accepted: 2:55 PM
Flat Rate
Total Postage & Fees: 28.75

EL 624221816 US

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    1-ORIGIN POST OFFICE COPY

PS10001000006    EP13F July 2022    OD: 12 1/2 x 9 1/2





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.