1 | Robert T. Haslam (Bar No. 71134)
2 | rhaslam@cov.com
  | Hyun S. Byun (Bar No. 281753)
3 | hbyun@cov.com
  | Michael R. Morey (Bar No. 313003)
4 | mmorey@cov.com
  | COVINGTON & BURLING LLP
5 | 3000 El Camino Real, 10th Floor
  | 5 Palo Alto Square
6 | Palo Alto, California 94306-2112
  | Telephone: (650) 632-4700
7 | Facsimile: (650) 632-4800
8 |
  | *Counsel for Samsung Electronics America, Inc.*
9 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| LARRY GOLDEN | Civil Case No.: 3:23-cv-00048-WHO |
| Plaintiff, | Judge William H. Orrick |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant | |

PLEASE TAKE NOTICE that Hyun Byun of Covington & Burling LLP enters his appearance as counsel in this matter on behalf of Defendant Samsung Electronics America, Inc. All communications, and all papers filed or served in this action may be served upon the undersigned at the address below.

Hyun S. Byun (Bar No. 281753)
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: hbyun@cov.com

Dated: February 21, 2023                    Respectfully submitted,


                                            /s/ Hyun S. Byun                    

                                            Hyun S. Byun (Bar No. 281753)
                                            hbyun@cov.com
                                            COVINGTON & BURLING LLP
                                            3000 El Camino Real, 10th Floor
                                            5 Palo Alto Square
                                            Palo Alto, California 94306-2112
                                            Telephone: + 1 (650) 632-4700
                                            Facsimile: + 1 (650) 632-4800

                                            *Counsel for Samsung Electronics America, Inc.*