1  Robert T. Haslam (Bar No. 71134)
   rhaslam@cov.com
2  Hyun S. Byun (Bar No. 281753)
   hbyun@cov.com
3  Michael R. Morey (Bar No. 313003)
   mmorey@cov.com
4  COVINGTON & BURLING LLP
   3000 El Camino Real, 10th Floor
5  5 Palo Alto Square
   Palo Alto, California 94306-2112
6  Telephone: (650) 632-4700
   Facsimile: (650) 632-4800
7
8
   *Counsel for Samsung Electronics America, Inc.*
9
10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12

13  | LARRY GOLDEN | Civil Case No.: 3:23-cv-00048-WHO |
14  | Plaintiff, | Judge William H. Orrick |
15  | v. | |
16  | SAMSUNG ELECTRONICS AMERICA, INC. | **NOTICE OF APPEARANCE OF COUNSEL** |
17  | Defendant | |

18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Michael R. Morey of Covington & Burling LLP enters his appearance as counsel in this matter on behalf of Defendant Samsung Electronics America, Inc. All communications, and all papers filed or served in this action may be served upon the undersigned at the address below.

Michael R. Morey (Bar No. 313003)
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: mmorey@cov.com

Dated: February 21, 2023                Respectfully submitted,


                                        /s/ Michael R. Morey

                                        Michael R. Morey (Bar No. 313003)
                                        mmorey@cov.com
                                        COVINGTON & BURLING LLP
                                        3000 El Camino Real, 10th Floor
                                        5 Palo Alto Square
                                        Palo Alto, California 94306-2112
                                        Telephone: + 1 (650) 632-4700
                                        Facsimile: + 1 (650) 632-4800

                                        *Counsel for Samsung Electronics America, Inc.*