1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN

               Plaintiff,

    v.

SAMSUNG ELECTRONICS AMERICA, INC.

              Defendant

Civil Case No.: 3:23-cv-00048-WHO

Judge William H. Orrick

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.**

Before the Court is the Motion to Dismiss by Defendant Samsung Electronics America, Inc. ("SEA"). After consideration of the motion and arguments from the parties, the Court finds that SEA's Motion to Dismiss should be **GRANTED**. Plaintiff Larry Golden's Complaint (Dkt. 1) is dismissed without leave to amend and with prejudice.

**IT IS SO ORDERED**.

Dated:_____, 2023

_____
Honorable William H. Orrick
United States District Court Judge