Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice* forthcoming)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>        Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>**Date:** March 29, 2023<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 17th Floor |

Defendant Samsung Electronics America, Inc. ("SEA"), submits this Request for Judicial Notice in support of SEA's Motion to Dismiss. Pursuant to Rule 201 of the Federal Rules of Evidence, SEA requests that this Court take judicial notice of the following items (the "Documents for Judicial Notice"), attached as Exhibits 1 to 18 to the Declaration of Michael R. Morey in Support of SEA's Request for Judicial Notice in Support of Motion to Dismiss ("Morey Declaration"):

1. Complaint, *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. May 1, 2013), Dkt. 1, attached as **Exhibit 1** to the Morey Declaration;

2. Sixth Amended Complaint, *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Nov. 3, 2020), Dkt. 195, attached as **Exhibit 2** to the Morey Declaration;

3. Excerpt of Corrected Infringement Contentions that were filed as an exhibit to the United States' Motion to Strike "Corrected Infringement Contentions" and to Dismiss Plaintiff's Sixth Amended Complaint, *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Sept. 1, 2021), Dkt. 240–1, attached as **Exhibit 3** to the Morey Declaration;

4. Complaint, *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. Jan. 17, 2019), Dkt. 1, attached as **Exhibit 4** to the Morey Declaration;

5. Order Granting Defendant's Motion to Dismiss, *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. May 14, 2019), Dkt. 12, attached as **Exhibit 5** to the Morey Declaration.

6. Amended Complaint, *Golden v. Apple Inc.*, 6:19-cv-02557 (D.S.C. Oct. 15, 2019), Dkt. 16–1, attached as **Exhibit 6** to the Morey Declaration;

7. Complaint, *Golden v. Apple Inc.*, 6:20-cv-02270 (D.S.C. June 16, 2020), Dkt. 1, attached as **Exhibit 7** to the Morey Declaration;

8. Complaint, *Golden v. Apple Inc.*, 6:20-cv-04353, (D.S.C. Jan. 5, 2021), Dkt. 10, attached as **Exhibit 8** to the Morey Declaration;

9. Complaint, *Golden v. Google LLC*, 6:21-cv-00244 (D.S.C. Jan. 26, 2021), Dkt. 1, attached as **Exhibit 9** to the Morey Declaration;

10. Complaint, *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. July 15, 2022), Dkt. 1, attached as **Exhibit 10** to the Morey Declaration;

11. Order Granting Motion to Dismiss, *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Oct. 20, 2022), Dkt. 29, attached as **Exhibit 11** to the Morey Declaration;

12. Notice of Appeal, *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Nov. 4, 2022), Dkt. 31, attached as **Exhibit 12** to the Morey Declaration;

13. Complaint, *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. June 28, 2022), Dkt. 1, attached as **Exhibit 13** to the Morey Declaration;

14. Notice of Appeal, *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. Dec. 6, 2022), Dkt. 33, attached as **Exhibit 14** to the Morey Declaration;

15. Complaint, *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Sept. 14, 2022), Dkt. 1, attached as **Exhibit 15** to the Morey Declaration;

16. Motion to Dismiss Complaint, *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Oct. 26, 2022), Dkt. 11, attached as **Exhibit 16** to the Morey Declaration;

17. Complaint, *Golden v. Qualcomm Inc.*, No. 4:22-cv-03283 (N.D. Cal. June 6, 2022), Dkt. 1, attached as **Exhibit 17** to the Morey Declaration;

18. Motion to Dismiss Complaint, *Golden v. Qualcomm, Inc.*, No. 4:22-cv-03283, Dkt. 6, along with the supporting memorandum of points and authorities, Dkt. 6–1, attached as **Exhibit 18** to the Morey Declaration.

When assessing a motion to dismiss a complaint, a court may consider matters of which it takes judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir. 2001). Pursuant to Federal Rule of Evidence 201(b)(2), the Court "may judicially notice a fact that is not subject to reasonable dispute because it" "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The Court "may take judicial notice on its own" and "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Civ. P 201(c)(1)–(2).

Here, the Documents for Judicial Notice consist of Plaintiff Larry Golden's prior complaints and submissions filed in the U.S. Court of Federal Claims, the U.S. District Court for the District of South Carolina, and this District, and court orders from those cases (where the court orders have not been published in Federal Reporter or Westlaw). All of these documents are judicially noticeable because courts may "take judicial notice of undisputed matters of public record, including documents on file in federal

1  or state courts." *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012); *see also Porter v. Ollison*, 620 F.3d 952, 954–55 & n.1 (9th Cir. 2010) (taking judicial notice of court dockets); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 & n.6 (9th Cir. 2006) (taking judicial notice of court filings and a hearing transcript and noting that a court "may take judicial notice of court filings and other matters of public record"); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of state court judgment and stating that courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."); *Mogan v. Sacks, Ricketts & Case LLP*, No. 21-CV-08431-TSH, 2022 WL 94927, at *1 (N.D. Cal. Jan. 10, 2022) (granting request for judicial notice of documents filed in prior case and related arbitration proceedings); *McCurdy v. Davey*, 2020 WL 43110, at *5 n.1 (N.D. Cal. Jan. 2, 2020) (taking judicial notice of a court docket).

The Documents for Judicial Notice show that Mr. Golden has previously filed several nearly-identical lawsuits in various federal courts, asserting the same patents as those asserted in this case. Further, the Documents for Judicial Notice show that Mr. Golden has been unsuccessful. For the foregoing reasons, SEA requests that this Court take judicial notice of the above-referenced exhibits to the Morey Declaration.

Dated: February 21, 2023         Respectfully submitted,

                                 */s/ Robert T. Haslam*

                                 Robert T. Haslam (Bar No. 71134)
                                 rhaslam@cov.com
                                 Hyun S. Byun (Bar No. 281753)
                                 hbyun@cov.com
                                 Michael R. Morey (Bar No. 313003)
                                 mmorey@cov.com
                                 COVINGTON & BURLING LLP
                                 3000 El Camino Real, 10th Floor
                                 5 Palo Alto Square
                                 Palo Alto, California 94306-2112
                                 Telephone: + 1 (650) 632-4700
                                 Facsimile: + 1 (650) 632-4800

| | |
|---|---|
| 1 | Richard L. Rainey (*pro hac vice* forthcoming) |
| 2 | rrainey@cov.com |
|  | COVINGTON & BURLING LLP |
| 3 | One CityCenter |
|  | 850 Tenth Street, NW |
| 4 | Washington, DC 20001-4956 |
|  | Telephone: (202) 662-6000 |
| 5 | Facsimile: (202) 662-6291 |
| 6 |  |
|  | Brian G. Bieluch (Bar No. 331167) |
| 7 |     (N.D. Cal. Admission Pending) |
|  | bbieluch@cov.com |
| 8 | COVINGTON & BURLING LLP |
|  | 1999 Avenue of the Stars |
| 9 | Los Angeles, CA 90067-4643 |
|  | Telephone: (424) 332-4800 |
| 10 | Facsimile: (424) 332-4749 |
| 11 |  |
|  | *Counsel for Samsung Electronics America, Inc.* |