1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN

         Plaintiff,

  v.

SAMSUNG ELECTRONICS AMERICA, INC.

         Defendant

Civil Case No.: 3:23-cv-00048-WHO

Judge William H. Orrick

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Before the Court is Defendant Samsung Electronics America, Inc.'s ("SEA") Request for Judicial Notice in Support of Motion to Dismiss of the following Exhibits to the Declaration of Michael R. Morey ("Morey Declaration"):

**Exhibit 1:** A true and correct copy of Plaintiff Larry Golden's Complaint filed in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. May 1, 2013), Dkt. 1.

**Exhibit 2:** A true and correct copy of Mr. Golden's Sixth Amended Complaint filed in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Nov. 3, 2020), Dkt. 195.

**Exhibit 3:** A true and correct copy of an excerpt of Mr. Golden's Corrected Infringement Contentions attached to the United States' Motion to Strike "Corrected Infringement Contentions" and to Dismiss Plaintiff's Sixth Amended Complaint in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Sept. 1, 2021), Dkt. 240–1.

**Exhibit 4:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. Jan. 17, 2019), Dkt. 1.

**Exhibit 5:** A true and correct copy of Judge Eric G. Bruggink's Order Granting Defendant's Motion to Dismiss filed in *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. May 14, 2019), Dkt. 12.

**Exhibit 6:** A true and correct copy of Mr. Golden's Amended Complaint filed in *Golden v. Apple Inc.*, 6:19-cv-02557 (D.S.C. Oct. 15, 2019), Dkt. 16–1.

**Exhibit 7:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, 6:20-cv-02270 (D.S.C. June 16, 2020), Dkt. 1.

**Exhibit 8:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, 6:20-cv-04353, (D.S.C. Jan. 5, 2021), Dkt. 10.

**Exhibit 9:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Google LLC*, 6:21-cv-00244 (D.S.C. Jan. 26, 2021), Dkt. 1.

**Exhibit 10:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. July 15, 2022), Dkt. 1.

**Exhibit 11:** A true and correct copy of Judge Vince Chhabria's Order Granting Motion to Dismiss filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Oct. 20, 2022), Dkt. 29.

**Exhibit 12:** A true and correct copy of Mr. Golden's Notice of Appeal filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Nov. 4, 2022), Dkt. 31.

**Exhibit 13:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. June 28, 2022), Dkt. 1.

**Exhibit 14:** A true and correct copy of Mr. Golden's Notice of Appeal filed in *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. Dec. 6, 2022), Dkt. 33.

**Exhibit 15:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Sept. 14, 2022), Dkt. 1.

**Exhibit 16:** A true and correct copy of Defendant Google LLC's Motion to Dismiss Complaint filed in *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Oct. 26, 2022), Dkt. 11.

**Exhibit 17:** A true and correct copy of Mr. Golden's Complaint filed in *Golden v. Qualcomm Inc.*, No. 4:22-cv-03283 (N.D. Cal. June 6, 2022), Dkt. 1.

**Exhibit 18:** A true and correct copy of Defendant Qualcomm Incorporated's Motion to Dismiss Complaint filed in *Golden v. Qualcomm, Inc.*, No. 4:22-cv-03283, Dkt. 6, along with the supporting memorandum of points and authorities, Dkt. 6–1.

After consideration of SEA's Request for Judicial Notice and arguments from the parties, it is hereby ORDERED that SEA's Request for Judicial Notice is **GRANTED**. The Court will take judicial notice of the existence and content of Exhibits 1–18 to the Morey Declaration. The Court and any of the parties may refer to Exhibits 1–18 and their contents, which will be assumed to be true for purposes of SEA's Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: _____, 2023

Honorable William H. Orrick
United States District Court Judge