Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Counsel for Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DECLARATION OF MICHAEL R. MOREY IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:  March 29, 2023<br>Time:  2:00 p.m.<br>Ctrm:  Courtroom 2, 17th Floor |

I, Michael R. Morey, hereby declare and state as follows:

1. I am an attorney at the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, attorneys of record in this action for Defendant Samsung Electronics America, Inc. ("SEA"). I submit this declaration in support of Defendant SEA's Request for Judicial Notice in Support of Motion to Dismiss based on my personal knowledge of the facts set forth below, and, if called upon, could and would testify to the truth thereof.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Larry Golden's Complaint filed in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. May 1, 2013), Dkt. 1.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Golden's Sixth Amended Complaint filed in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Nov. 3, 2020), Dkt. 195.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of Mr. Golden's Corrected Infringement Contentions attached to the United States' Motion to Strike "Corrected Infringement Contentions" and to Dismiss Plaintiff's Sixth Amended Complaint in *Golden v. U.S.*, No. 1:13-cv-00307, (Fed. Cl. Sept. 1, 2021), Dkt. 240–1.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. Jan. 17, 2019), Dkt. 1.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Judge Eric G. Bruggink's Order Granting Defendant's Motion to Dismiss filed in *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. May 14, 2019), Dkt. 12.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Mr. Golden's Amended Complaint filed in *Golden v. Apple Inc.*, 6:19-cv-02557 (D.S.C. Oct. 15, 2019), Dkt. 16–1.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, 6:20-cv-02270 (D.S.C. June 16, 2020), Dkt. 1.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, 6:20-cv-04353, (D.S.C. Jan. 5, 2021), Dkt. 10.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Google LLC*, 6:21-cv-00244 (D.S.C. Jan. 26, 2021), Dkt. 1.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. July 15, 2022), Dkt. 1.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Judge Vince Chhabria's Order Granting Motion to Dismiss filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Oct. 20, 2022), Dkt. 29.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Mr. Golden's Notice of Appeal filed in *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal. Nov. 4, 2022), Dkt. 31.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. June 28, 2022), Dkt. 1.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Mr. Golden's Notice of Appeal filed in *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. Dec. 6, 2022), Dkt. 33.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Sept. 14, 2022), Dkt. 1.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Defendant Google LLC's Motion to Dismiss Complaint filed in *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Oct. 26, 2022), Dkt. 11.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Mr. Golden's Complaint filed in *Golden v. Qualcomm Inc.*, No. 4:22-cv-03283 (N.D. Cal. June 6, 2022), Dkt. 1.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Defendant Qualcomm Incorporated's Motion to Dismiss Complaint filed in *Golden v. Qualcomm, Inc.*, No. 4:22-cv-03283, Dkt. 6, along with the supporting memorandum of points and authorities, Dkt. 6–1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 21, 2023 at Palo Alto, California.

Dated: February 21, 2023                    Respectfully submitted,

                                            */s/ Michael R. Morey*
                                            Michael R. Morey