| | |
|---|---|
| 1 | Robert T. Haslam (Bar No. 71134) |
| 2 | rhaslam@cov.com |
|   | Hyun S. Byun (Bar No. 281753) |
| 3 | hbyun@cov.com |
|   | Michael R. Morey (Bar No. 313003) |
| 4 | mmorey@cov.com |
|   | COVINGTON & BURLING LLP |
| 5 | 3000 El Camino Real, 10th Floor |
|   | 5 Palo Alto Square |
| 6 | Palo Alto, California 94306-2112 |
| 7 | Telephone: (650) 632-4700 |
|   | Facsimile: (650) 632-4800 |
| 8 | |
| 9 | *Counsel for Samsung Electronics America, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| LARRY GOLDEN | Civil Case No.: 3:23-cv-00048-WHO |
|---|---|
| Plaintiff, | Judge William H. Orrick |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC. | **AMENDED CERTIFICATE OF SERVICE** |
| Defendant | |

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq, Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On February 21, 2023 I caused the following documents to be served:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**DECLARATION OF MICHAEL R. MOREY IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS UNDER L.R. 3-15**

**NOTICES OF ATTORNEY APPEARANCE FOR HYUN BYUN AND MICHAEL MOREY**

on Plaintiff in this action by sending true and correct copies thereof via U.S. Mail, via overnight Federal Express, and via electronic mail, and by sending a true and correct copy of this Amended Certificate of Service via U.S. Mail and electronic mail addressed as follows:

    Larry Golden
    740 Woodruff Road, #1102
    Greenville, SC 29607
    (864)288-5605
    Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on February 21, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATE: February 21, 2023        COVINGTON & BURLING LLP

                                              Julie Romanow
                                              Patent/ITC Case Manager
                                              Covington & Burling LLP