Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Counsel for Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**CERTIFICATE OF SERVICE** |

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq, Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On February 21, 2023 I caused the following documents to be served:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR RICHARD RAINEY**

on Plaintiff in this action by sending true and correct copies thereof via U.S. Mail and via electronic mail, and by sending a true and correct copy of this Certificate of Service via U.S. Mail and electronic mail addressed as follows:

>Larry Golden
>740 Woodruff Road, #1102
>Greenville, SC 29607
>(864)288-5605
>Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on February 21, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATE: February 21, 2023

COVINGTON & BURLING LLP

Julie Romanow
Patent/ITC Case Manager
Covington & Burling LLP