Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice* application pending)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>                Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS UNDER PATENT LOCAL RULE 2-1(a)** |

Pursuant to Patent L.R. 2-1(a), Defendant Samsung Electronics America, Inc. ("SEA") notifies the Court of other actions filed by Plaintiff Larry Golden within two years of the complaint filed in this action that involve the same patents: U.S. Patent Nos. 9,096,189; 9,589,439; and 10,163,287 (collectively, the "Asserted Patents").

## I. Mr. Golden's Actions Filed in this District

### A. *Golden v. Qualcomm Inc.*, Case No. 4:22-cv-03283-HSG

On June 6, 2022, Mr. Golden filed an action in this District against Qualcomm Incorporated, alleging claims including "Contributory Infringement commencing from the 'manufacture, combination or composition; or, a material or an apparatus for use in practicing a patented process, constituting a material part of the invention'" of the Asserted Patents. *Golden v. Qualcomm, Inc.*, No. 4:22-cv-03283-HSG (N.D. Cal. Jun. 6, 2022), Dkt. 1 at 1–2; *see also, e.g.*, *id.* at ¶¶ 20, 41, 67, 85, 87, 93; *id.*, Ex. D (U.S. Patent No. 9,096,189), Ex. E (U.S. Patent No. 9,589,439), Ex. F (U.S. Patent No. 10,163,287). This case is pending before Judge Gilliam. Qualcomm has moved to dismiss the complaint, and the motion to dismiss is pending. *Id.*, Dkt. 6.

### B. *Golden v. Intel Corp.*, Case No. 5:22-cv-03828-NC

On June 28, 2022, Mr. Golden filed an action in this District against Intel Corporation, alleging claims including "Contributory Infringement commencing from the 'manufacture, combination or composition; or, a material or an apparatus for use in practicing a patented process, constituting a material part of the invention'" of the Asserted Patents. *Golden v. Intel Corp.*, No. 5:22-cv-03828-NC (N.D. Cal. Jun. 28, 2022), Dkt. 1 at 1–2; *see also, e.g.*, *id.* at ¶¶ 6, 19, 21, 75–77, 83, 88; *id.*, Ex. E (U.S. Patent No. 9,589,439), Ex. F (U.S. Patent No. 10,163,287); *id.*, Dkt. 7 at 6 ("As with his previous attempts, Plaintiff seeks tens of billions of dollars in purported damages, alleging some kind of theory involving his patents: 7,385,497 ('497 patent); 8,106,752 ('752 patent); 9,096,189 ('189 patent); 9,589,439 ('439 patent); 10,163,287 ('287 patent); 10,984,619 ('619 patent); and RE43,891 ('891 patent)."). This case is pending before Judge Cousins. On November 22, 2022, the Court granted Intel's motion to dismiss Mr. Golden's complaint without leave to amend. *Golden v. Intel Corp.*, No. 5:22-cv-03828, 2022 WL 17735388, at *4 (N.D. Cal. Nov. 22, 2022). The decision is pending appeal. *Golden v. Intel Corp.*, 5:22-cv-03828, Dkt. 33.

  **C.**  ***Golden v. Apple Inc.*, Case No. 3:22-cv-04152-VKD**

  On July 15, 2022, Mr. Golden filed an action in this District against Apple Inc., alleging claims including "direct infringement; infringement under the 'doctrine of equivalents'; indirect infringement; and contributory infringement" of the Asserted Patents. *Golden v. Apple Inc.*, No. 3:22-cv-04152-VKD (N.D. Cal. Jul. 15, 2022), Dkt. 1 at 1–2; *see also, e.g.*, *id.* at ¶ 85; *id.*, Ex. I (U.S. Patent No. 9,096,189), Ex. J (U.S. Patent No. 9,589,439), Ex. K (U.S. Patent No. 10,163,287). This case is pending before Judge Chhabria. On October 20, 2022, the Court granted Apple's motion to dismiss Mr. Golden's complaint without leave to amend. *Id.*, Dkt. 29. In granting Apple's motion to dismiss the complaint without leave to amend, the Court noted that "[t]he claims asserted in the complaint are frivolous" and that "[e]ven if they were not frivolous, Golden's patent infringement claims against Apple are barred by issue preclusion because they have been fully litigated and decided" in a prior suit brought by Golden against the United States in the Court of Federal Claims. *Id.* The Court also noted that "Golden has been pressing these frivolous claims (or some variation thereof) for nearly 10 years in multiple jurisdictions" and that "[t]his is the rare case where dismissal without leave to amend is appropriate at the outset." *Id.* The decision is pending appeal. *Id.*, Dkt. 31.

  **D.**  ***Golden v. Google LLC*, Case No. 4:22-cv-05246-HSG**

  On September 14, 2022, Mr. Golden filed an action in this District against Google LLC, alleging infringement of the Asserted Patents. *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Sept. 14, 2022), Dkt. 1 at 1–2; *see also, e.g.*, *id.* at ¶¶ 13, 14, 24, 35, 41–53; *id.*, Ex. C (U.S. Patent No. 10,163,287), Ex. D (U.S. Patent No. 9,096,189), Ex. E (U.S. Patent No. 9,589,439). This case is pending before Judge Gilliam. Google has moved to dismiss the complaint, and the motion to dismiss is pending. *Id.*, Dkt. 11.

Dated: February 24, 2023    Respectfully submitted,

               */s/ Robert T. Haslam*

               Robert T. Haslam (Bar No. 71134)
               rhaslam@cov.com
               Hyun S. Byun (Bar No. 281753)
               hbyun@cov.com
               Michael R. Morey (Bar No. 313003)
               mmorey@cov.com

PATENT L.R. 2-1(a) NOT. OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS  Civil Case No. 3:23-cv-00048-WHO

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | 3000 El Camino Real, 10th Floor |
| | 5 Palo Alto Square |
| 3 | Palo Alto, California 94306-2112 |
| 4 | Telephone: + 1 (650) 632-4700 |
| | Facsimile: + 1 (650) 632-4800 |

Richard L. Rainey (*pro hac vice* application pending)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Brian G. Bieluch (Bar No. 331167)
bbieluch@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Counsel for Samsung Electronics America, Inc.*

**Certificate of Service**

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq., 10th Floor, Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On February 24, 2023 I caused this NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS UNDER PATENT LOCAL RULE 2-1(a) to be served on Plaintiff Larry Golden in this action by sending a true and correct copy thereof via U.S. Mail and via electronic mail addressed as follows:

> Larry Golden
> 740 Woodruff Road, #1102
> Greenville, SC 29607
> (864) 288-5605
> Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on February 24, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATE: February 24, 2023                COVINGTON & BURLING LLP

*/s/ Julie Romanow*
Julie Romanow
Patent/ITC Case Manager
Covington & Burling LLP