Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Brian G. Bieluch (Bar No. 331167)
bbieluch@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LARRY GOLDEN<br><br>          Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>          Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1    PLEASE TAKE NOTICE that Brian Bieluch of Covington & Burling LLP enters his appearance

2  as counsel in this matter on behalf of Defendant Samsung Electronics America, Inc.  All communications,

3  and all papers filed or served in this action may be served upon the undersigned at the address below.

4

5    Brian G. Bieluch (Bar No. 331167)
     COVINGTON & BURLING LLP

6    1999 Avenue of the Stars
     Los Angeles, CA 90067-4643

7    Telephone: (424) 332-4800
     Facsimile: (424) 332-4749

8    Email: bbieluch@cov.com

9

10  Dated: February 24, 2023                    Respectfully submitted,

11

12                                              /s/ Brian G. Bieluch

13                                              Brian G. Bieluch (Bar No. 331167)

14                                              bbieluch@cov.com
                                                COVINGTON & BURLING LLP

15                                              1999 Avenue of the Stars
                                                Los Angeles, CA 90067-4643

16                                              Telephone: (424) 332-4800
                                                Facsimile: (424) 332-4749

17

18                                              *Counsel for Samsung Electronics America, Inc.*

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq., 10th Floor, Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On February 24, 2023 I caused this NOTICE OF APPEARANCE OF COUNSEL to be served on Plaintiff Larry Golden in this action by sending a true and correct copy thereof via U.S. Mail and via electronic mail addressed as follows:

Larry Golden
740 Woodruff Road, #1102
Greenville, SC 29607
(864) 288-5605
Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on February 24, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATE: February 24, 2023                COVINGTON & BURLING LLP

Julie Romanow
Patent/ITC Case Manager
Covington & Burling LLP

NOTICE OF APPEARANCE OF COUNSEL                Civil Case No. 3:23-CV-00048-WHO