Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>        Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DECLARATION OF MICHAEL R. MOREY IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** April 26, 2023<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 17th Floor |

I, Michael R. Morey, hereby declare and state as follows:

1. I am an attorney at the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, attorneys of record in this action for Defendant Samsung Electronics America, Inc. ("Samsung"). I submit this declaration in support of Defendant Samsung's Reply in Support of Motion to Dismiss and Opposition to Plaintiff's Cross-Motion for Summary Judgment based on my personal knowledge of the facts set forth below, and, if called upon, could and would testify to the truth thereof.

2. Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Cell Phone Sensors for Toxins Developed at UC San Diego: Tiny sensors tucked into cell phones could map airborne toxins in real time" published on the website www.understandingnano.com with the URL https://www.understandingnano.com/cell-phone-sensors-toxins.html (last visited March 10, 2023). Plaintiff Larry Golden ("Golden") quotes and cites this article at pages 9–10 of his Response to Defendant's Motion to Dismiss and Cross-Motion for Summary Judgment (Dkt. 20) ("Opposition"), as well as pages 28–29 of his Complaint for Patent Infringement (Dkt. 1) ("Complaint").

3. Attached hereto as **Exhibit B** is a true and correct copy of an article titled "These New Smartphone Cameras Could Tell You What an Object Is Made of" published on April 7, 2015 on the website www.sciencealert.com with the URL https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of (last visited March 10, 2023). Golden quotes and cites this article at page 10 of his Opposition, as well as page 29 of his Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 14, 2023 at Palo Alto, California.

Dated: March 14, 2023                              Respectfully submitted,


                                                   */s/ Michael R. Morey*
                                                   Michael R. Morey

# EXHIBIT A

;

UnderstandingNano.com (/)

# Cell Phone Sensors for Toxins Developed at UC San Diego

## Tiny sensors tucked into cell phones could map airborne toxins in real time

A tiny silicon chip that works a bit like a nose may one day detect dangerous airborne chemicals and alert emergency responders through the cell phone network.

If embedded in many cell phones, its developers say, the new type of sensor could map the location and extent of hazards like gas leaks or the deliberate release of a toxin.

"Cell phones are everywhere people are," said Michael Sailor, professor of chemistry and biochemistry at the University of California, San Diego who heads the research effort. "This technology could map a chemical accident as it unfolds."

In collaboration with Rhevision, Inc., a small startup company located in San Diego, Sailor's research group at UCSD has successfully finished the first phase of development of the sensor and have begun to work on a prototype that will link to a cell phone.

The sensor, a porous flake of silicon, changes color when it interacts with specific chemicals. By manipulating the shape of the pores, the researchers can tune individual spots on the silicon flake to respond to specific chemical traits.

"It works a little like our nose," Sailor said. "We have a set of sensory cells that detect specific chemical properties. It's the pattern of activation across the array of sensors that the brain recognizes as a particular smell. In the same way, the pattern of color changes across the surface of the chip will reveal the identity of the chemical."

Already their chips can distinguish between methyl salicylate, a compound used to simulate the chemical warfare agent mustard gas, and toluene, a common additive in gasoline. Potentially, they could discriminate among hundreds of different compounds and recognize which might be harmful.

A megapixel camera smaller than the head of a pencil eraser captures the image from the array of nanopores in Sailor's chip.



A tiny flake of silicon can be engineered to respond to a wide range of chemical hazards. Credit: Sailor Lab/UCSD

To focus on the fine-scale detail in their optical array, the team uses a new kind of supermacro lens that works more like an animal's eye than a camera lens. The lens, developed by Rhevision, uses fluid rather than bulky moving parts to change its shape, and therefore focus.

"The beauty of this technology is that the number of sensors contained in one of our arrays is determined by the pixel resolution of the cell phone camera. With the megapixel resolution found in cell phone cameras today, we can easily probe a million different spots on our silicon sensor simultaneously. So we don't need to wire up a million individual sensors," Sailor said. "We only need one. This greatly simplifies the manufacturing process because it allows us to piggyback on all the technology development that has gone into making cell phone cameras lighter, smaller, and cheaper."

Sensitivity to additional chemicals is on the way. One of the top priorities for emergency responders is carbon monoxide, which firefighters can't smell in the midst of a sooty fire though it's deadly. Sensors on their masks could let them know when to switch to self-contained breathing devices, Sailor said. Similar sensors might warn miners of the buildup of explosive gases.

Adrian Garcia Sega, a graduate student in Sailor's laboratory, is leading the effort to develop the sensors. Gordon Miskelly, deputy director of forensic science at the University of Auckland in New Zealand developed the imaging array sensing methodology. Yu-Hwa Lo, professor of electrical and computer engineering at UC San Diego's Jacobs School of Engineering and founder of Rhevision developed the lens. Truong Nguyen, professor of electrical and computer engineering at the Jacobs School, is developing the computing algorithms to discriminate between different patterns.

The project is funded by the Department of Homeland Security.

Source: University of California at San Diego; News Release May 13, 2010

The originator of a press release or news release is responsible for it's content, not the UnderstandingNano Web site or Hawk's Perch Technical Writing, LLC

About Us (about_us.html)   Contact Us (contact_us.html)   Link to Us (link.html)   Advertise (advertising.html)   Terms of Use (terms-of-use.html)   Privacy Policy (privacy.html)   Site Map (sitemap.html)

Copyright ©2007 - 2018 Hawk's Perch Technical Writing, LLC - All Rights Reserved

https://www.understandingnano.com/cell-phone-sensors-toxins.html	2/2

# EXHIBIT B

# EXHIBIT B

 

# These New Smartphone Cameras Could Tell You What an Object Is Made of

07 April 2015    By MYLES GOUGH



(Unispectral/Tel Aviv University)

Imagine being able to take a photo or video of something, and get instant feedback on its chemical composition. You might want to know whether that $10 drink you ordered actually contains any alcohol, or whether the fruit you've bought from the supermarket is covered in pesticides.

Well, such a camera is on the horizon. Electrical engineers from Tel Aviv University in Israel have invented a device that could transform smartphone cameras into hyperspectral sensors, capable of detecting the chemical ingredients of an object or fluid simply by analysing a photo or video of it.

Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances.

Satellites use this type of imaging technology to detect water and nutrients in soil, helping farmers manage their crops, or mining companies locate mineral and gas deposits underground.

This type of chemical sensing can already be done with large, sophisticated cameras, but the team says their device - which combines a newly patented optical component and image processing software - can conceivably be integrated into a smartphone. Their optical component is based on existing microelectromechanical or MEMS technology, which relates to very small machines, less than a millimetre in size, consisting of a microprocessor and other components, such as sensors.

They say their device, which can be mass produced, is compatible with all standard smartphone cameras.

"We predict hyperspectral imaging will play a major role in consumer electronics, the automotive industry, biotechnology, and homeland security," said lead inventor, David Mendlovic, in a press release.

It sounds good, in theory, but for the captured images to mean anything, they'll need to be paired up with a database containing information on the hyperspectral signatures of a range of different chemicals, points out Ben Coxworth from Gizmag points.

With a database of chemical signatures, the researchers can extract information from their images, and match this against existing data to determine what chemicals a given object might contain.

Mendlovic, along with doctoral student, Ariel Raz, have spun out a company called Unispectral Technologies, and are trying to partner with companies that can analyse its camera's images to build-up such a database.

The basic system was demonstrated at the Mobile World Congress in Barcelona last month, and the team is now developing a working prototype, which Gizmag says could be ready by June.

According to the Tel Aviv University press release, Unispectral has financial support from the Momentum Fund, which is backed by the large Indian engineering company Tata Group, as well as the flash memory firm SanDisk.

**Source:** Gizmag