PRESS FIRMLY TO SEAL




# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006



**UNITED STATES**
**POSTAL SERVICE**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE

LARRY GOLDEN
740 WOODRUFF RD
#1102
GREENVILLE, SC

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note:* The mailer must
Requires the addressee's signature; OR 2) Purchases addi
Purchases Return Receipt service. If the box is not checked, t
mail receptacle or other secure location without attempting t
**Delivery Options**
☐ No Saturday Delivery (delivered next busines
☐ Sunday/Holiday Delivery Required (additional
*Refer to USPS.com® or local Post Office™ for

TO: (PLEASE PRINT)    PHONE

U.S. DISTRICT COURT-
450 GOLDEN GATE
CASE No: 3:23-CV-
SAN FRANCISCO, C

ZIP + 4® (U.S. ADDRESSES ONLY)

9 4 1 0 2

■ For pickup or USPS Tracking™, visit USP
■ $100.00 insurance included.



← PEEL FROM THIS

EP13F May 2020
OD: 12 1/2 x 9 1/2



PRIORITY
MAIL
EXPRESS®

EI 436 403 784 US

RD FIRMLY

64. 288-5605

29607

ck the "Signature Required" box if the mailer: 1)
al Insurance; OR 3) Purchases COD service; OR 4)
Postal Service will leave the item in the addressee's
stain the addressee's signature on delivery.

ay)
e, where available*)
ailability.

415.522-2000
DC-SAN FRANCISCO
AVENUE, 16TH FLOOR
00048-WHO
A

.com or call 800-222-1811.

**CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 29606 | 3/16/'23 | $ 28.75 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 3/15/'23 | ☐ 6:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 3:13 ☐ AM ☑ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | 28.75 | |
| Weight ☑ Flat Rate | Acceptance Employee Initials | | |
| 4.3 lbs. ozs. | | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. The package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.





# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs.

**RIORITY
MAIL
XPRESS**®

ECEIVED

MAR 16 2023

, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**UARANTEED\* · TRACKED · INSURED**

r international shipments, the maximum weight is 20 lbs.