Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>           Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>           Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISION**<br><br>**Date:** April 26, 2023<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 17th Floor |

**TO THE COURT AND PLAINTIFF:**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Samsung Electronics America, Inc. ("Samsung") hereby submits this Statement of Recent Decision in support of Samsung's Motion to Dismiss (Dkt. 7) ("Motion") and Reply in Support of Motion to Dismiss and Opposition to Plaintiff's Cross-Motion for Summary Judgment (Dkt. 21) ("Reply"), set for hearing before the Court on April 26, 2023. Attached hereto as **Exhibit A** is a copy of *Golden v. Qualcomm Inc.*, No. 22-cv-03283-HSG, 2023 WL 2530857 (N.D. Cal. Mar. 15, 2023) (granting Qualcomm's motion to dismiss Golden's complaint without leave to amend) ("Qualcomm Order"). The Qualcomm Order is relevant to the statement of facts provided in Samsung's Motion, as well as arguments raised in Samsung's Motion and Reply, including preclusion and the sufficiency of Plaintiff's allegations. *See, e.g.*, *id.* at *3 ("[T]his is the rare case in which dismissal without leave to amend is warranted on the first round motion to dismiss.").

Dated: March 29, 2023                       Respectfully submitted,

*/s/ Robert T. Haslam*

Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Brian G. Bieluch (Bar No. 331167)
bbieluch@cov.com
COVINGTON & BURLING LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Counsel for Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is One CityCenter, 850 Tenth Street, NW Washington, DC 20001-4956. I am over the age of eighteen years and not a party to this action. On March 29, 2023 I caused this STATEMENT OF RECENT DECISION to be served on Plaintiff Larry Golden in this action by sending a true and correct copy thereof via U.S. Mail and via electronic mail addressed as follows:

> Larry Golden
> 740 Woodruff Road, #1102
> Greenville, SC 29607
> (864) 288-5605
> Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on March 29, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COVINGTON & BURLING LLP

*/s/ Marissa Golub*

Marissa Golub
Senior Litigation Paralegal
Covington & Burling LLP