Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>              Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>              Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DECLARATION OF MICHAEL R. MOREY IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME OF INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-3** |

I, Michael R. Morey, hereby declare and state as follows:

1. I am an attorney at the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, attorneys of record in this action for Defendant Samsung Electronics America, Inc. ("Samsung"). I submit this declaration in support of Defendant Samsung's Motion to Change Time of Initial Case Management Conference Pursuant to Civil Local Rule 6–3 ("Motion to Change Time") based on my personal knowledge of the facts set forth below, and, if called upon, could and would testify to the truth thereof.

2. Plaintiff Larry Golden ("Golden") filed his Complaint in this action on January 5, 2023. Dkt. 1. The same day, the Court issued an Initial Case Management Scheduling Order with ADR Deadlines, setting the initial Case Management Conference ("CMC") for April 22, 2023. Dkt. 2. Samsung filed a Motion to Dismiss Golden's Complaint on February 21, 2023, asserting that both the *Kessler* doctrine and the issue preclusion doctrine preclude Golden from bringing this suit and that Golden's Complaint fails to state claims of direct and indirect patent infringement. Dkt. 7. On February 23, 2023, the Court set the hearing on Samsung's Motion to Dismiss for April 26, 2023. Dkt. 16. The Court also rescheduled the initial CMC for April 26, 2023. *Id.*

3. Samsung's Motion to Change Time respectfully requests that the Court postpone the initial CMC until at least 45 days after ruling on Samsung's Motion to Dismiss.

I. **Reasons for the Requested Time Change – Civil L.R. 6-3(a)(1)**

4. This suit is Golden's latest in a decade-long unsuccessful litigation campaign involving the same and related patents that he asserts against Samsung. Golden's litigation campaign has consisted of eleven suits, in multiple forums, against multiple defendants, including Samsung. *See* Complaint, *Golden v. U.S.*, No. 1:13-cv-00307 (Fed. Cl. May 1, 2013), Dkt. 1; Complaint, *Golden v. U.S.*, No. 1:19-cv-00104 (Fed. Cl. Jan. 17, 2019), Dkt. 1; Amended Complaint, *Golden v. Apple Inc., et al.*, 6:19-cv-02557 (D.S.C. Oct. 15, 2019), Dkt. 16; Complaint, *Golden v. Apple Inc., et al.*, 6:20-cv-02270 (D.S.C. June 16, 2020), Dkt. 1; Complaint, *Golden v. Apple Inc., et al.*, 6:20-cv-04353, (D.S.C. Jan. 5, 2021), Dkt. 10; Complaint, *Golden v. Google LLC*, 6:21-cv-00244 (D.S.C. Jan. 26, 2021), Dkt. 1; Complaint, *Golden v. Qualcomm Inc.*, No. 4:22-cv-03283 (N.D. Cal. June 6, 2022), Dkt. 1; Complaint, *Golden v. Intel Corp.*, 5:22-cv-03828 (N.D. Cal. June 28, 2022), Dkt. 1; Complaint, *Golden v. Apple Inc.*, No. 3:22-cv-04152 (N.D. Cal.

July 15, 2022), Dkt. 1; Complaint, *Golden v. Google LLC*, No. 4:22-cv-05246 (N.D. Cal. Sept. 14, 2022), Dkt. 1. None of Golden's suits proceeded beyond the pleading stage before being dismissed.

5. Samsung's Motion to Dismiss, which requests the Court to dismiss the Complaint without leave to amend and with prejudice, is pending before the Court. Dkt. 7.

6. Given the dispositive nature of Samsung's Motion to Dismiss, postponing the initial CMC until at least 45 days after the Court rules on the motion will be more efficient, cost effective, and serve the interests of judicial economy for the parties and the Court. In particular, should the Court grant Samsung's Motion to Dismiss, postponing the initial CMC as requested by Samsung may allow the parties to avoid spending the time and resources associated with the requirements leading up to and following the initial CMC, including: (1) preparing case management statements, (2) conducting the initial CMC, and (3) performing the requirements of Patent Local Rules 3-1–3-4, 3-8, 3-9, and 4-1–4-6 after the initial CMC.

7. Faced with similar motions to dismiss, the courts presiding over Golden's suits against Qualcomm, Intel, Apple, and Google in this District all vacated their initial CMCs or postponed them until after ruling on the defendants' motions to dismiss.

8. Attached hereto as **Exhibit A** is a true and correct copy of the docket for *Golden v. Qualcomm Inc.*, No. 4:22-cv-03283-HSG (N.D. Cal.) updated as of March 29, 2023. Judge Haywood Gilliam is presiding over this case. Golden filed his complaint against Qualcomm on June 6, 2022. Exhibit A at Dkt. 1. The court set the initial CMC for September 6, 2022. *Id.* at Dkt. 2. Qualcomm moved to dismiss Golden's complaint on July 22, 2022. *Id.* at Dkt. 6. On August 1, 2022, Golden responded to Qualcomm's motion and asserted a cross-motion for summary judgment. *Id.* at Dkt. 22. The court set the hearing for Qualcomm's motion to dismiss, as well as the initial CMC for January 12, 2023. Dkt. 43. On January 9, 2023, however, the court vacated both the hearing and the initial CMC. *Id.* at Dkt. 45. The court granted Qualcomm's motion on March 15, 2023, and dismissed Golden's complaint without leave to amend. *Id.* at Dkt. 49.

9. Attached hereto as **Exhibit B** is a true and correct copy of the docket for *Golden v. Intel Corp.*, 5:22-cv-03828-NC (N.D. Cal.), updated as of March 29, 2023. Judge Nathanael Cousins is presiding over this case. Golden filed his complaint against Intel on June 28, 2022. Exhibit B at Dkt. 1.

1  The court set the initial CMC for September 28, 2022. *Id.* at Dkt. 2. Intel moved to dismiss Golden's
2  complaint on August 2, 2022. *Id.* at Dkt. 7. On September 1, 2022, Golden responded to Intel's motion
3  and asserted a cross-motion for summary judgment. *Id.* at Dkt. 13. The court set the hearing for Intel's
4  motion for November 2, 2022, and postponed the initial CMC until November 16, 2022. *Id.* at Dkt. 20.
5  On October 28, 2022, the court vacated the hearing on Intel's motion. *Id.* at Dkt. 25. On November 10,
6  2022, and in response to Intel's request, *see id.* at Dkt. 28, the court further postponed the initial CMC
7  until December 21, 2022, *id.* at Dkt. 29. The court then granted Intel's motion on November 22, 2022, and
8  dismissed Golden's complaint without leave to amend. *Id.* at Dkt. 31.

9        10.  Attached hereto as **Exhibit C** is a true and correct copy of the docket for *Golden v. Apple*
10  *Inc.*, Case No. 3:22-cv-04152-VC (N.D. Cal.), updated as of March 29, 2023. Judge Vince Chhabria is
11  presiding over this case. Golden filed his complaint against Apple on July 15, 2022. Exhibit C at Dkt. 1.
12  The court set the initial CMC for October 18, 2022. *Id.* at Dkt. 3. Apple moved to dismiss Golden's
13  complaint on August 30, 2022. *Id.* at Dkt. 12. On September 8, 2022, Golden responded to Apple's motion
14  and asserted a cross-motion for summary judgment. *Id.* at Dkt. 15. The court set the hearing for Apple's
15  motion for October 6, 2022, and postponed the initial CMC until November 2, 2022. *Id.* at Dkts. 16, 24.
16  On October 4, 2022, the court vacated the hearing on Apple's motion. *Id.* at Dkt. 26. The court then
17  granted Apple's motion on October 20, 2022, and dismissed Golden's complaint without leave to amend.
18  *Id.* at Dkt. 29.

19        11.  Attached hereto as **Exhibit D** is a true and correct copy of the docket for *Golden v. Google*
20  *LLC*, No. 4:22-cv-05246-HSG (N.D. Cal.), updated as of March 29, 2023. Judge Haywood Gilliam is
21  presiding over this case. Golden filed his complaint against Google on September 14, 2022. Exhibit D at
22  Dkt. 1. The court set the initial CMC for December 13, 2022. *Id.* at Dkt. 4. Google moved to dismiss
23  Golden's complaint on October 26, 2022. *Id.* at Dkt. 11. On November 1, 2022, Golden responded to
24  Google's motion and asserted a cross-motion for summary judgment. *Id.* at Dkt. 18. On December 9,
25  2022, the court vacated the initial CMC previously set for December 13, 2022. *Id.* at Dkt. 35. On February
26  8, 2023, the court also vacated the hearing on Google's motion, previously set for February 16, 2023, and
27  stated that it "will issue a written order." *Id.* at Dkt. 37. Google's motion is still pending.
28

12. Moreover, postponing the initial CMC as requested by Samsung could also avoid unnecessary costs and expenses should the case be reassigned to a different judge in response to Samsung's February 24, 2023 Notice of Pendency of Other Actions Involving Same Patents Under Patent Local Rule 2-1(a). *See* Dkt. 17. Under the Patent Local Rules, "[w]hen actions concerning the same patent are filed within two years of each other by the same plaintiff, they will be deemed related," and "[p]ursuant to the Assignment Plan, the Clerk will reassign the related higher-numbered cases to the Judge assigned to the lowest-numbered case and will file the appropriate notification on the docket of each reassigned case." Patent L.R. 2-1(a)(1)-(3). Golden's suit against Qualcomm, which Judge Gilliam is presiding over, is the lowest numbered case in this District concerning the asserted patents. Accordingly, there is a possibility that this case may be reassigned to Judge Gilliam, mooting the Court's and the parties' efforts in conducting the initial CMC.

## II. Samsung's Efforts to Obtain a Stipulation to the Requested Time Change – Civil L.R. 6-3(a)(2)

13. On March 23, 2023, counsel for Samsung sent an email to Golden (1) proposing that the parties submit a stipulated request for an order postponing the initial CMC until at least 45 days after the Court rules on the dispositive motions pending before it and (2) explaining Samsung's grounds for seeking the postponement. Golden refused Samsung's proposal. Attached hereto as **Exhibit E** is a true and correct copy of the email correspondence between counsel for Samsung and Golden showing Samsung's efforts to obtain a stipulation to the requested postponement of the initial CMC.

## III. The Substantial Harm or Prejudice That Would Occur if the Court Did Not Postpone the Initial CMC – Civil L.R. 6-3(a)(3)

14. The parties will face substantial harm or prejudice if the initial CMC is not postponed until after the Court rules on Samsung's Motion to Dismiss. In particular, if the Court does not postpone the initial CMC as requested, and grants Samsung's Motion to Dismiss, then the parties and the Court will have spent unnecessary time and resources performing the requirements set forth in the Court's Order Setting Initial Case Management Conference (Dkt. 2), as well as the requirements under Patent Local Rules 3-1–3-4, 3-8, 3-9, and 4-1–4-6, which are all triggered by the date of the initial CMC.

**IV. Disclosure of All Previous Time Modifications in the Case – Civil L.R. 6-3(a)(5)**

15. On February 23, 2023, the Court set the hearing on Samsung's Motion to Dismiss for April 26, 2023. Dkt. 16. The Court also rescheduled the initial CMC—previously scheduled for April 22, 2012—for April 26, 2023. *Id.* There have been no other time modifications in the case.

**V. Effect the Requested Time Modification Would Have on the Schedule for the Case - Civil L.R. 6-3(6)**

16. Samsung's requested time change would postpone the initial CMC until at least 45 days after the Court rules on Samsung's Motion to Dismiss. Postponing the initial CMC in this way would move the dates for the parties' compliance with the Patent Local Rules, as well as the dates for the parties to file case management statements pursuant to the Order Setting Initial Case Management Conference (Dkt. 2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 29, 2023 at Palo Alto, California.

Dated: March 29, 2023                               Respectfully submitted,


                                                    */s/ Michael R. Morey*
                                                    Michael R. Morey