# EXHIBIT A

ADRMOP,CLOSED,ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:22–cv–03283–HSG

Golden v. Qualcomm, Inc.                    Date Filed: 06/06/2022
Assigned to: Judge Haywood S Gilliam, Jr    Date Terminated: 03/15/2023
Cause: 28:1331 Fed. Question                Jury Demand: None
                                            Nature of Suit: 410 Anti–Trust
                                            Jurisdiction: Federal Question

**Plaintiff**

**Larry Golden**                represented by    **Larry Golden**
                                                  740 Woodruff Rd., #1102
                                                  Greenville, SC 29607
                                                  864–288–5605
                                                  PRO SE

V.

**Defendant**

**Qualcomm, Inc.**              represented by    **John Allen Yates**
                                                  Patterson + Sheridan LLP
                                                  24 Greenway Plaza
                                                  Suite 1600
                                                  Houston, TX 77006
                                                  713–577–4817
                                                  Email: jyates@pattersonsheridan.com
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Barden Todd Patterson**
                                                  Patterson Sheridan LLP
                                                  24 Greenway Plaza, Suite 1600
                                                  Houston, TX 77046–2472
                                                  713–577–4801
                                                  Email: tpatterson@pattersonsheridan.com
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Joseph John Stevens**
                                                  Patterson and Sheridan LLP
                                                  50 W. San Fernando Street
                                                  Suite 250
                                                  San Jose, CA 95113
                                                  650–384–4418
                                                  Email: jstevens@pattersonsheridan.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kyrie Kimber Cameron**
                                                  Patterson Sheridan, LLP
                                                  24 Greenway Plaza, Suite 1600
                                                  Houston, TX 77046–2472
                                                  713–576–5026
                                                  Email: kcameron@pattersonsheridan.com
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 06/06/2022 | 1 | COMPLAINT against Qualcomm, Inc. (Filing fee $ 402–Paid). Filed by Larry Golden. Consent/Declination due by 6/20/2022. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(sfb, COURT STAFF) (Filed on 6/6/2022) (Additional attachment(s) added on 6/6/2022: # 3 Exhibit A, # 4 Exhibit B–J, # 5 Errata K–1, # 6 Exhibit K–2, # 7 Exhibit K–3, # 8 Exhibit L) (sfb, COURT STAFF). (Entered: 06/06/2022) |
|---|---|---|
| 06/06/2022 | 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/30/2022. Initial Case Management Conference set for 9/6/2022 01:30 PM in Oakland, – To be determined. (sfb, COURT STAFF) (Filed on 6/6/2022)**<br><br>**Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/06/2022)** |
| 06/09/2022 | 3 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Larry Golden. (sfb, COURT STAFF) (Filed on 6/9/2022) (Entered: 06/09/2022) |
| 06/10/2022 | 4 | Summons Issued as to Qualcomm, Inc.. (cv, COURT STAFF) (Filed on 6/10/2022) (Entered: 06/10/2022) |
| 07/19/2022 | 5 | SUMMONS Returned Executed by Larry Golden. Qualcomm, Inc. served on 6/28/2022, answer due 7/19/2022. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 7/19/2022) (Entered: 07/20/2022) |
| 07/22/2022 | 6 | MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim* filed by Qualcomm, Inc.. Motion Hearing set for 10/6/2022 01:30 PM in Do Not Use To Be Determined before Magistrate Judge Kandis A. Westmore. Responses due by 8/5/2022. Replies due by 8/12/2022. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order, # 3 Certificate/Proof of Service, # 4 Declaration, # 5 Declaration, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3)(Stevens, Joseph) (Filed on 7/22/2022) (Entered: 07/22/2022) |
| 07/22/2022 | 7 | Certificate of Interested Entities by Qualcomm, Inc. (Stevens, Joseph) (Filed on 7/22/2022) (Entered: 07/22/2022) |
| 07/25/2022 | 8 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–17378091.) filed by Qualcomm, Inc.. (Yates, John) (Filed on 7/25/2022) (Entered: 07/25/2022) |
| 07/25/2022 | 9 | **Order by Magistrate Judge Kandis A. Westmore granting 8 Motion for Pro Hac Vice as to John A. Yates. (wft, COURT STAFF) (Filed on 7/25/2022) (Entered: 07/25/2022)** |
| 07/25/2022 | 10 | CLERK'S NOTICE Re: Consent or Declination: Defendant shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 8/1/2022. (wft, COURT STAFF) (Filed on 7/25/2022) (Entered: 07/25/2022) |
| 07/26/2022 | 11 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–17382385.) filed by Qualcomm, Inc.. (Cameron, Kyrie) (Filed on 7/26/2022) (Entered: 07/26/2022) |
| 07/26/2022 | 12 | **Order by Magistrate Judge Kandis A. Westmore granting 11 Motion for Pro Hac Vice as to Kyrie Cameron. (wft, COURT STAFF) (Filed on 7/26/2022) (Entered: 07/26/2022)** |
| 07/26/2022 | 15 | MOTION for Default Judgment and MOTION to Enter Qualcomm's Default by the Court filed by Larry Golden. Responses due by 8/9/2022. Replies due by 8/16/2022. (Attachments: # 1 Motion for Default, # 2 Envelope)(sfb, COURT STAFF) (Filed on 7/26/2022) (Entered: 07/27/2022) |
| 07/27/2022 | 13 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Qualcomm, Inc... (Stevens, Joseph) (Filed on 7/27/2022) (Entered: 07/27/2022) |

| 07/27/2022 | 14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (wft, COURT STAFF) (Filed on 7/27/2022) |
| | | Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 07/27/2022) |
| 07/28/2022 | 16 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Haywood S Gilliam, Jr for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Signed by The Clerk on 07/28/2022. (jrs, COURT STAFF) (Filed on 7/28/2022)** |
| | | **Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** |
| | | **(Entered: 07/28/2022)** |
| 07/28/2022 | 17 | CLERK'S NOTICE SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE. Case Management Statement due by 8/30/2022. Initial Case Management Conference set for 9/6/2022 02:00 PM. |
| | | The September 6th proceeding will be held by AT&T Conference Line. The parties are advised that in the event of an audio problem, counsel should be prepared to attend the hearing via Zoom conference at the Courts direction. The court circulates the following conference number to allow the equivalent of a public hearing by telephone. |
| | | For conference line information, see: https://apps.cand.uscourts.gov/telhrg/ |
| | | All counsel, members of the public and press please use the following dial–in information below to access the conference line: |
| | | Dial In: 888–808–6929 |
| | | Access Code: 6064255 |
| | | The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length. |
| | | PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III. |
| | | (ndr, COURT STAFF) (Filed on 7/28/2022) |
| | | Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 07/28/2022) |
| 07/29/2022 | 18 | NOTICE by Qualcomm, Inc. *(Re–Notice of Motion and Motion to Dismiss)* (Attachments: # 1 Certificate/Proof of Service)(Stevens, Joseph) (Filed on 7/29/2022) (Entered: 07/29/2022) |
| 07/29/2022 | 19 | CLERK'S NOTICE RE DOCKET NO. 18 . (ndr, COURT STAFF) (Filed on 7/29/2022) |
| | | Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 07/29/2022) |

| 08/01/2022 | 22 | RESPONSE (re 6 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim* ) and Cross–MOTION for Summary Judgment filed by Larry Golden. (sfb, COURT STAFF) (Filed on 8/1/2022) Modified on 11/4/2022 to add gavel and edit text (ndr, COURT STAFF). (Entered: 08/02/2022) |
|---|---|---|
| 08/02/2022 | 20 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–17403341.) filed by Qualcomm, Inc.. (Patterson, Barden) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/02/2022 | 21 | CLERK'S NOTICE RE DOCKET NO. 20 . *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (ndr, COURT STAFF) (Filed on 8/2/2022)<hr>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(ndr, COURT STAFF). (Entered: 08/02/2022) |
| 08/03/2022 | 23 | NOTICE by Qualcomm, Inc. *(Second Re–Notice of Motion and Motion to Dismiss)* (Attachments: # 1 Certificate/Proof of Service)(Stevens, Joseph) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 08/03/2022 |  | Reset Hearing as to 6 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim*, See Docket No. 23 : Motion Hearing set for 1/12/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. (ndr, COURT STAFF) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 08/08/2022 | 24 | OPPOSITION/RESPONSE (re 15 MOTION for Default Judgment by the Court as to ) filed byQualcomm, Inc.. (Attachments: # 1 Declaration, # 2 Certificate/Proof of Service, # 3 Proposed Order)(Stevens, Joseph) (Filed on 8/8/2022) (Entered: 08/08/2022) |
| 08/08/2022 | 25 | REPLY (re 6 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim* ) filed byQualcomm, Inc.. (Attachments: # 1 Certificate/Proof of Service, # 2 Proposed Order)(Stevens, Joseph) (Filed on 8/8/2022) (Entered: 08/08/2022) |
| 08/11/2022 | 26 | **Order by Judge Haywood S. Gilliam, Jr. Granting 20 Motion for Pro Hac Vice.(amg, COURT STAFF) (Filed on 8/11/2022)**<hr>**Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 08/11/2022)** |
| 08/12/2022 | 27 | Plaintiff's Reply in Support re 15 MOTION for Default Judgment by the Court as to filed by Larry Golden. (Attachments: # 1 Envelope)(Related document(s) 15 ) (sfb, COURT STAFF) (Filed on 8/12/2022) (Entered: 08/15/2022) |
| 08/15/2022 | 29 | Plaintiff's Reply in Support of Plaintiff's Cross–Motion for Summary Judgment filed by Larry Golden. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 8/15/2022) (Entered: 08/16/2022) |
| 08/16/2022 | 28 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Yates, John) (Filed on 8/16/2022) (Entered: 08/16/2022) |
| 08/16/2022 | 30 | MOTION to Consider if Cases Should be Related. filed by Larry Golden. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 8/16/2022) (Entered: 08/17/2022) |
| 08/19/2022 | 31 | OPPOSITION/RESPONSE (re 30 MOTION to Relate Case ) filed byQualcomm, Inc.. (Attachments: # 1 Certificate/Proof of Service, # 2 Proposed Order)(Stevens, Joseph) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/22/2022 | 32 | CLERK'S NOTICE. Initial Case Management Conference set for 1/12/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor. (ndr, COURT STAFF) (Filed on 8/22/2022)<hr>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2022) |
| 08/23/2022 | 33 | Plaintiff's MEMORANDUM in Support re 30 MOTION to Relate Case filed byLarry Golden. (Related document(s) 30 ) (sfb, COURT STAFF) (Filed on 8/23/2022) (Entered: 08/24/2022) |
| 08/23/2022 | 34 | MOTION for Permanent Injunction Relief filed by Larry Golden. Responses due by 9/6/2022. Replies due by 9/13/2022. (sfb, COURT STAFF) (Filed on 8/23/2022) (Entered: 08/24/2022) |
| 08/30/2022 | 35 | CASE MANAGEMENT STATEMENT filed by Larry Golden. (sfb, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/31/2022) |
| 09/01/2022 | 36 | CLERK'S NOTICE. The Court has reviewed the motion and determined that no cases are related and no reassignments shall occur (ndr, COURT STAFF) (Filed on 9/1/2022)<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 09/01/2022) |
| 09/01/2022 | | *** 30 MOTION to Relate Case Terminated, See Docket No. 36 .*** (ndr, COURT STAFF) (Filed on 9/1/2022) (Entered: 09/01/2022) |
| 09/01/2022 | 37 | NOTICE Regarding Related Proceedings by Larry Golden (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 9/1/2022) (Entered: 09/02/2022) |
| 09/06/2022 | 38 | OPPOSITION/RESPONSE (re 34 MOTION for Permanent Injunction ) filed byQualcomm, Inc.. (Attachments: # 1 Proposed Order)(Stevens, Joseph) (Filed on 9/6/2022) (Entered: 09/06/2022) |
| 09/06/2022 | 39 | EXHIBITS re 38 Opposition/Response to Motion *(Certificate of Service)* filed byQualcomm, Inc.. (Related document(s) 38 ) (Stevens, Joseph) (Filed on 9/6/2022) (Entered: 09/06/2022) |
| 09/12/2022 | 40 | REPLY in Support (re 34 MOTION for Permanent Injunction ) filed by Larry Golden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Envelope)(sfb, COURT STAFF) (Filed on 9/12/2022) (Entered: 09/14/2022) |
| 09/27/2022 | 41 | NOTICE of Supplemental Authority in Support of Plaintiff's Cross–Motion for Summary Judgment by Larry Golden (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 9/27/2022) (Entered: 09/28/2022) |
| 10/27/2022 | 42 | CLERK'S NOTICE RE DOCKET NO. 34 . Set Hearing as to 34 MOTION for Permanent Injunction : Motion Hearing set for 1/12/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. (ndr, COURT STAFF) (Filed on 10/27/2022)<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 10/27/2022) |
| 01/04/2023 | 43 | CLERK'S NOTICE. Reset Hearings as to 34 MOTION for Permanent Injunction, 6 MOTION to Dismiss and Initial Case Management Conference set for 1/12/2023 10:00 AM in Oakland, Courtroom 2, 4th Floor. (ndr, COURT STAFF) (Filed on 1/4/2023)<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 01/04/2023) |
| 01/04/2023 | 44 | CASE MANAGEMENT STATEMENT filed by Qualcomm, Inc.. (Yates, John) (Filed on 1/4/2023) (Entered: 01/04/2023) |
| 01/06/2023 | 46 | MOTION to Strike 44 Case Management Statement filed by Larry Golden. Responses due by 1/20/2023. Replies due by 1/27/2023. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 1/6/2023) (Entered: 01/09/2023) |

| 01/09/2023 | 45 | CLERK'S NOTICE Re Docket Nos. 6 and 34 . (ndr, COURT STAFF) (Filed on 1/9/2023)<hr>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 01/09/2023) |
| --- | --- | --- |
| 01/13/2023 | 47 | OPPOSITION/RESPONSE (re 46 MOTION to Strike 44 Case Management Statement ) filed byQualcomm, Inc.. (Attachments: # 1 Certificate/Proof of Service, # 2 Proposed Order)(Yates, John) (Filed on 1/13/2023) (Entered: 01/13/2023) |
| 01/18/2023 | 48 | REPLY in Support of Plaintiff's Motion (re 46 MOTION to Strike 44 Case Management Statement ) filed by Larry Golden. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 1/18/2023) (Entered: 01/19/2023) |
| 03/15/2023 | 49 | **ORDER GRANTING 6 MOTION TO DISMISS. \*All pending motions, Dkt. Nos. 15, 22, 34, and 46, are denied as moot.\* Signed by Judge Haywood S. Gilliam, Jr. on 3/15/2023. (ndr, COURT STAFF) (Filed on 3/15/2023)**<hr>**Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 03/15/2023)** |
| 03/15/2023 | 50 | CLERK'S JUDGMENT in favor of Qualcomm, Inc. against Larry Golden. (ndr, COURT STAFF) (Filed on 3/15/2023)<hr>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 03/15/2023) |
| 03/20/2023 | 51 | MOTION for Reconsideration filed by Larry Golden. (Attachments: # 1 Certificate/Proof of Service)(sfb, COURT STAFF) (Filed on 3/20/2023) (Entered: 03/27/2023) |

# EXHIBIT B

ADRMOP,APPEAL,CLOSED,CONSENT,ProSe

## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:22–cv–03828–NC

Golden v. Intel Corporation
Assigned to: Magistrate Judge Nathanael M. Cousins
Demand: $20,000,000
Case in other court:  USFC, 23–01257
Cause: 28:1332 Diversity–Other Contract

Date Filed: 06/28/2022
Date Terminated: 11/22/2022
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Larry Golden**
           represented by   **Larry Golden**
740 Woodruff Rd., #1102
Greenville, SC 29607
864–288–5605
PRO SE

V.

**Defendant**

**Intel Corporation**
           represented by   **Richard Tyler Atkinson**
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
(408) 279–8700
Fax: (408) 279–3244
Email: tatkinson@mcmanislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hilary Lauren Weddell**
McManis Faulkner
50 W. San Fernando Street
10th Floor
San Jose, CA 95113
408–279–8700
Fax: 408–279–3244
Email: hweddell@mcmanislaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2022 | 1 | COMPLAINT against Intel Corporation (Filing fee $ 402–#54611018858.). Filed byLarry Golden. Consent/Declination due by 7/12/2022. (Attachments: # 1 Civil Cover Sheet, # 2 receipt, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(hdj, COURT STAFF) (Filed on 6/28/2022) (Additional attachment(s) added on 7/7/2022: # 7 Exhibits A – D) (wsn, COURT STAFF). (Entered: 06/28/2022) |
| 06/28/2022 | 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/21/2022. Initial Case Management Conference set for 9/28/2022 10:00 AM in San Jose, Courtroom 4, 5th Floor. (hdj, COURT STAFF) (Filed on 6/28/2022)**<br><br>**Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/28/2022)** |
| 06/28/2022 | 3 | Summons Issued as to Intel Corporation. (hdj, COURT STAFF) (Filed on 6/28/2022) (Entered: 06/28/2022) |

| | | |
|---|---|---|
| 06/29/2022 | 4 | CLERK'S NOTICE RE: Consent or Declination. Plaintiff is requested to file a consent or declination to proceed before a magistrate judge by 7/13/2022. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. <br><br> (lmh, COURT STAFF) (Filed on 6/29/2022) <br><br> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> (Entered: 06/29/2022) |
| 07/07/2022 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Larry Golden. (jhf, COURT STAFF) (Filed on 7/7/2022) (Entered: 07/07/2022) |
| 07/19/2022 | 6 | CERTIFICATE OF SERVICE by Larry Golden (Attachments: # 1 Envelope)(hdj, COURT STAFF) (Filed on 7/19/2022) (Entered: 07/20/2022) |
| 08/02/2022 | 7 | MOTION to Dismiss filed by Intel Corporation. Motion Hearing set for 9/21/2022 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins. Responses due by 8/16/2022. Replies due by 8/23/2022. (Attachments: # 1 Declaration of Tyler Atkinson, # 2 Certificate/Proof of Service)(Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/02/2022 | 8 | Request for Judicial Notice re 7 MOTION to Dismiss filed byIntel Corporation. (Related document(s) 7 ) (Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/02/2022 | 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Intel Corporation.. (Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/11/2022 | 10 | EXHIBITS C filed byLarry Golden. (mcl, COURT STAFF) (Filed on 8/11/2022) (Additional attachment(s) added on 8/11/2022: # 1 Part 2) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 2 Part 3) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 3 Part 4) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 4 Part 5) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 5 Part 6) (mcl, COURT STAFF). (Entered: 08/11/2022) |
| 08/11/2022 | 11 | EXHIBIT D filed byLarry Golden. (mcl, COURT STAFF) (Filed on 8/11/2022) (Entered: 08/11/2022) |
| 09/01/2022 | 12 | CLERK'S NOTICE RE DOCKET NO. 30 IN CASE NO. 22−cv−3282−HSG. The Court has reviewed the motion and determined that no cases are related and no reassignments shall occur. (ndr, COURT STAFF) (Filed on 9/1/2022) <br><br> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> (Entered: 09/01/2022) |
| 09/01/2022 | 13 | OPPOSITION/RESPONSE (re 7 MOTION to Dismiss ) filed byLarry Golden. (hdj, COURT STAFF) (Filed on 9/1/2022) (Additional attachment(s) added on 9/1/2022: # 1 Exhibit, # 2 Exhibit) (hdj, COURT STAFF). (Entered: 09/01/2022) |
| 09/01/2022 | 14 | MOTION to Reschedule Hearing and Proposed Order filed by Larry Golden. (hdj, COURT STAFF) (Filed on 9/1/2022) (Additional attachment(s) added on 9/1/2022: # 1 Envelope, # 2 letter) (hdj, COURT STAFF). (Entered: 09/01/2022) |
| 09/01/2022 | 18 | OPPOSITION/RESPONSE (re 7 MOTION to Dismiss ) and Cross Motion for Summary Judgment filed byLarry Golden. (Attachments: # 1 Envelope)(hdj, COURT STAFF) (Filed on 9/1/2022) (Entered: 09/07/2022) |
| 09/06/2022 | 15 | OBJECTIONS to re 13 Opposition/Response to Motion by Intel Corporation. (Attachments: # 1 Certificate/Proof of Service)(Atkinson, Richard) (Filed on 9/6/2022) (Entered: 09/06/2022) |

| | | |
|---|---|---|
| 09/06/2022 | 16 | CLERK'S NOTICE Re: 15 Motion to Strike. Plaintiff is ordered to file a response to Defendant's motion by 9/13/2022. No reply without further leave of court. |
| | | (lmh, COURT STAFF) (Filed on 9/6/2022) |
| | | Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 09/06/2022) |
| 09/07/2022 | 17 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Atkinson, Richard) (Filed on 9/7/2022) (Entered: 09/07/2022) |
| 09/13/2022 | 19 | RESPONSE re 15 Objection by Larry Golden. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Envelope)(hdj, COURT STAFF) (Filed on 9/13/2022) (Entered: 09/14/2022) |
| 09/14/2022 | 20 | **ORDER GRANTING Intel's Motion to Strike, ECF 15 , and GRANTING Golden's Motion to Reschedule Hearing, ECF 13 . Golden is granted permission to file a single brief, not to exceed 25 pages, by 9/28/2022. Intel must reply by 10/12/2022. Hearing on cross−motion for summary judgment is rescheduled to 11/2/2022, at 01:00 PM by Zoom webinar. Initial Case Management Conference set for 9/28/2022, is continued to 11/16/2022, at 10:00 AM by telephone. Joint case management statement is due 11/9/2022. Signed by Judge Nathanael M. Cousins on 9/14/2022.** (lmh, COURT STAFF) (Filed on 9/14/2022) |
| | | Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 09/14/2022) |
| 09/27/2022 | 21 | OPPOSITION/RESPONSE (re 7 MOTION to Dismiss ) filed byLarry Golden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Envelope)(hdj, COURT STAFF) (Filed on 9/27/2022) (Entered: 09/28/2022) |
| 09/30/2022 | 22 | OBJECTIONS to re 21 Opposition/Response to Motion, *OBJECTION AND MOTION TO STRIKE PLAINTIFF'S RESPONSE TO INTEL CORPORATION'S MOTION TO DISMISS AND CROSS MOTION FOR SUMMARY JUDGMENT* by Intel Corporation. (Atkinson, Richard) (Filed on 9/30/2022) (Entered: 09/30/2022) |
| 10/11/2022 | 23 | OBJECTIONS to Motion to Strike by Larry Golden. (hdj, COURT STAFF) (Filed on 10/11/2022) (Entered: 10/11/2022) |
| 10/12/2022 | 24 | REPLY (re 7 MOTION to Dismiss ) filed byIntel Corporation. (Atkinson, Richard) (Filed on 10/12/2022) (Entered: 10/12/2022) |
| 10/28/2022 | 25 | CLERK'S NOTICE VACATING hearing re: Defendant's Motion to Dismiss, Dkt. 7, scheduled for 11/2/2022, at 01:00 PM. The Court finds the motion suitable for decision without oral argument. |
| | | (lmh, COURT STAFF) (Filed on 10/28/2022) |
| | | Plaintiff has been served as a courtesy via email. |
| | | (Entered: 10/28/2022) |
| 11/08/2022 | 26 | CASE MANAGEMENT STATEMENT filed by Larry Golden. (Attachments: # 1 Envelope)(hdj, COURT STAFF) (Filed on 11/8/2022) (Entered: 11/09/2022) |
| 11/08/2022 | 27 | MOTION for Permanent Injunction filed by Larry Golden. Responses due by 11/22/2022. Replies due by 11/29/2022. (hdj, COURT STAFF) (Filed on 11/8/2022) (Entered: 11/09/2022) |
| 11/09/2022 | 28 | CASE MANAGEMENT STATEMENT *Defendant's Case Management Conference Statement* filed by Intel Corporation. (Weddell, Hilary) (Filed on 11/9/2022) (Entered: 11/09/2022) |

| 11/10/2022 | 29 | CLERK'S NOTICE CONTINUING Initial Case Management Conference set for 11/16/2022, to 12/21/2022, at 10:00 AM by telephone. Case Management Statement due by 12/14/2022.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 11/10/2022)<br><br>Plaintiff has been served as a courtesy via email.<br><br>(Entered: 11/10/2022) |
| 11/22/2022 | 30 | OPPOSITION/RESPONSE (re 27 MOTION for Permanent Injunction ) filed byIntel Corporation. (Atkinson, Richard) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | 31 | **ORDER GRANTING Motion to Dismiss. Re: ECF 7 . Signed by Judge Nathanael M. Cousins.** (lmh, COURT STAFF) (Filed on 11/22/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 11/22/2022) |
| 11/22/2022 | 32 | **JUDGMENT entered in favor of Defendant. ***Civil Case Terminated. Signed by Judge Nathanael M. Cousins on 11/22/2022. (lmh, COURT STAFF) (Filed on 11/22/2022)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 11/22/2022) |
| 12/06/2022 | 33 | NOTICE OF APPEAL to the Federal Circuit as to 31 Order on Motion to Dismiss, by Larry Golden. Receipt #54611018926, $505.00. (Attachments: # 1 Receipt)(wsn, COURT STAFF) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/16/2022 | 34 | USFC Case Number 2023−1257 for 33 Notice of Appeal to the Federal Circuit filed by Larry Golden. (hdj, COURT STAFF) (Filed on 12/16/2022) (Entered: 12/16/2022) |

# EXHIBIT C

ADRMOP,APPEAL,CLOSED,ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:22–cv–04152–VC

Golden v. Apple, Inc.
Assigned to: Judge Vince Chhabria
Demand: $25,000,000,000
Case in other court:  USCA for the Federal Circuit, 23–01161
Cause: 15:1 Antitrust Litigation

Date Filed: 07/15/2022
Date Terminated: 10/20/2022
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Larry Golden**                                    represented by **Larry Golden**
                                                                   740 Woodruff Rd., #1102
                                                                   Greenville, SC 29607
                                                                   864–288–5605
                                                                   PRO SE

V.

**Defendant**

**Apple, Inc.**                                     represented by **Jack Patrick DiCanio**
                                                                   Skadden Arps Slate Meagher & Flom LLP
                                                                   525 University Avenue
                                                                   Palo Alto, CA 94301
                                                                   650–470–4500
                                                                   Fax: 650–470–4570
                                                                   Email: jdicanio@skadden.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Christopher Justin Coulson**
                                                                   Skadden, Arps, Slate, Meagher & Flom
                                                                   LLP
                                                                   One Manhattan West
                                                                   New York, NY 10001
                                                                   212–735–3785
                                                                   Email: chris.coulson@skadden.com
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Julia K. York**
                                                                   Skadden Arps Slate Meagher and Flom
                                                                   LLP
                                                                   1440 New York Avenue
                                                                   Washington, DC 20005
                                                                   212–735–3000
                                                                   Email: julia.york@skadden.com
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Karen Hoffman Lent**
                                                                   Skadden Arps Slate Meagher Flom LLP
                                                                   One Manhattan West
                                                                   New York, NY 10001
                                                                   212–735–3000
                                                                   Email: karen.lent@skadden.com
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 07/15/2022 | 1 | COMPLAINT with Jury Demand against Apple, Inc. (Filing fee $ 402. Receipt No. 54611018867). Filed by Larry Golden. Consent/Declination due by 7/29/2022. (Attachments: # 1 Exhibit A–C, # 2 Exhibit D–E, # 3 Exhibit F part 1, # 4 Exhibit F part 2, # 5 Exhibit F part 3, # 6 Exhibit G–I, # 7 Exhibit J–K, # 8 Exhibit L–M, # 9 Civil Cover Sheet, # 10 Receipt)(jml, COURT STAFF) (Filed on 7/15/2022) Modified on 7/18/2022 (anj, COURT STAFF). (Entered: 07/15/2022) |
| 07/15/2022 | 2 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Larry Golden. (jml, COURT STAFF) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/11/2022. Initial Case Management Conference set for 10/18/2022 01:30 PM in San Jose, Courtroom 2, 5th Floor. (jml, COURT STAFF) (Filed on 7/15/2022)**<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 07/15/2022)** |
| 07/15/2022 | 4 | Summons Issued as to Apple, Inc.. (jml, COURT STAFF) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 08/23/2022 | 5 | NOTICE of Appearance by Jack Patrick DiCanio *for Apple Inc.* (DiCanio, Jack) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 6 | Corporate Disclosure Statement by Apple, Inc. (DiCanio, Jack) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Apple, Inc... (DiCanio, Jack) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/24/2022 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (amk, COURT STAFF) (Filed on 8/24/2022)<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 08/24/2022) |
| 08/24/2022 | 9 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Vince Chhabria for all further proceedings. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Magistrate Judge Virginia K. DeMarchi no longer assigned to case. Reassignment Order signed by Clerk on 8/24/2022. (Attachments: # 1 Notice of Eligibility for Video Recording)(bw, COURT STAFF) (Filed on 8/24/2022)**<br><br>Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 08/24/2022)** |
| 08/24/2022 | 10 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–17474657.) filed by Apple, Inc.. (York, Julia) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/24/2022 | 11 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC–17474678.) filed by Apple, Inc.. (Lent, Karen) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/30/2022 | 12 | Notice of Motion and Motion to Dismiss *Plaintiff's Complaint* filed by Apple, Inc.. Motion Hearing set for 10/6/2022 09:30 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/13/2022. Replies due by 9/20/2022. (DiCanio, Jack) (Filed on 8/30/2022) Modified on 8/31/2022 (anj, COURT STAFF). (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | 13 | Request for Judicial Notice re 12 MOTION to Dismiss *Plaintiff's Complaint* filed by Apple, Inc.. (Attachments: # 1 Declaration of Julia K. York, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Proposed Order)(Related document(s) 12 ) (DiCanio, Jack) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/31/2022 | 14 | CERTIFICATE OF SERVICE by Apple, Inc. re 12 MOTION to Dismiss *Plaintiff's Complaint*, 13 Request for Judicial Notice,, (DiCanio, Jack) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 09/08/2022 | 15 | Plaintiffs Response to Apple's Motion to Dismiss and Cross−Motion for Summary Judgement (re 12 Notice of Motion and Motion to Dismiss *Plaintiff's Complaint* ) filed by Larry Golden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Envelope)(anj, COURT STAFF) (Filed on 9/8/2022) Modified on 9/26/2022 (anj, COURT STAFF). (Entered: 09/08/2022) |
| 09/09/2022 | 17 | CERTIFICATE OF SERVICE by Larry Golden re 2 Consent/Declination to Proceed Before a US Magistrate Judge, 4 Summons Issued, 1 Complaint, (anj, COURT STAFF) (Filed on 9/9/2022) (Entered: 09/13/2022) |
| 09/13/2022 | 16 | REASSIGNED CASE – NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Vince Chhabria upon reassignment. For a copy of Judge Chhabria's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Case Management Statement due by 10/26/2022.<br>Initial Case Management Conference set for 11/2/2022, 01:00 PM, via Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances :** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vccrd@cand.uscourts.gov no later than Thursday, October 27, 2022, at 10:00 a.m.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 9/13/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 09/13/2022) |
| 09/15/2022 | 18 | **Order by Judge Vince Chhabria granting 10 Motion for Pro Hac Vice – York.(knm, COURT STAFF) (Filed on 9/15/2022)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/15/2022)** |
| 09/15/2022 | 19 | **Order by Judge Vince Chhabria granting 11 Motion for Pro Hac Vice – Lent.(knm, COURT STAFF) (Filed on 9/15/2022)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/15/2022)** |

| 09/20/2022 | 20 | Defendant's Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss filed by, Apple Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(DiCanio, Jack) (Filed on 9/20/2022) Modified on 9/21/2022 (anj, COURT STAFF). (Entered: 09/20/2022) |
|---|---|---|
| 09/20/2022 | 21 | REPLY (re 12 Notice of Motion and Motion to Dismiss *Plaintiff's Complaint* ) filed by Apple, Inc.. (DiCanio, Jack) (Filed on 9/20/2022) Modified on 9/21/2022 (anj, COURT STAFF). (Entered: 09/20/2022) |
| 09/26/2022 | 22 | Plaintiff's Reply in Support of Plaintiff's Cross−Motion for Summary Judgement (re 15 Plaintiffs Response to Apple's Motion to Dismiss and Cross−Motion for Summary Judgement), (re 12 Notice of Motion and Motion to Dismiss Plaintiff's Complaint ) filed by Larry Golden. (Attachments: # 1 Envelope, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(anj, COURT STAFF) (Filed on 9/26/2022) (Entered: 09/26/2022) |
| 09/27/2022 | 23 | Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Cross−Motion for Summary Judgment Re: 15 filed by Larry Golden (Attachments: # 1 Envelope)(anj, COURT STAFF) (Filed on 9/27/2022) (Entered: 09/27/2022) |
| 09/28/2022 | 24 | CLERK'S NOTICE RESETTING THE TIME FOR THE ZOOM MOTION HEARING ON 10/6/2022, RE 12 Notice of Motion and Motion to Dismiss *Plaintiff's Complaint*.<br><br>Motion Hearing set for 10/6/2022, 10:00 AM, via Videoconference Only before Judge Vince Chhabria. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https:// www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vccrd@cand.uscourts.gov no later than Monday, October 3, 2022, at 10:00 a.m.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 9/28/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 09/28/2022) |
| 09/30/2022 | 25 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17582778.) filed by Apple, Inc.. (Coulson, Christopher) (Filed on 9/30/2022) (Entered: 09/30/2022) |
| 10/04/2022 | 26 | CLERK'S NOTICE vacating the motion hearing scheduled for 10/6/2022, re 12 Motion to Dismiss. The Court will issue a written ruling based on the motion and responsive briefs. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 10/4/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 10/04/2022) |
| 10/12/2022 | 27 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (DiCanio, Jack) (Filed on 10/12/2022) (Entered: 10/12/2022) |

| 10/17/2022 | 28 | CASE MANAGEMENT STATEMENT filed by Larry Golden. (Attachments: # 1 Envelope)(anj, COURT STAFF) (Filed on 10/17/2022) (Entered: 10/18/2022) |
|---|---|---|
| 10/20/2022 | 29 | **Order by Judge Vince Chhabria granting 12 Motion to Dismiss. (vclc2, COURT STAFF) (Filed on 10/20/2022)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 10/20/2022)** |
| 10/20/2022 | 30 | **JUDGMENT. Signed by Judge Vince Chhabria on 10/20/2022. (vclc2, COURT STAFF) (Filed on 10/20/2022)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 10/20/2022)** |
| 11/04/2022 | 31 | NOTICE OF APPEAL to the Federal Circuit as to 29 Order on Motion to Dismiss, by Larry Golden. (Filing Fee $505.00 Receipt No. 34611161974). Appeal Record due by 12/5/2022. (Attachments: # 1 Receipt)(anj, COURT STAFF) (Filed on 11/4/2022) (Entered: 11/07/2022) |
| 11/18/2022 | 32 | USCA for the Federal Circuit Case Number 2023−1161 for 31 Notice of Appeal to the Federal Circuit, filed by Larry Golden. (anj, COURT STAFF) (Filed on 11/18/2022) (Entered: 11/21/2022) |

# EXHIBIT D

AO279,ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:22−cv−05246−HSG

Golden v. Google LLC
Assigned to: Judge Haywood S Gilliam, Jr
Cause: 35:145 Patent Infringement

Date Filed: 09/14/2022
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Larry Golden**                                represented by    **Larry Golden**
                                                                 740 Woodruff Road
                                                                 #1102
                                                                 Greenville, SC 29607
                                                                 864−288−5605
                                                                 PRO SE

V.

**Defendant**

**Google LLC**                                  represented by    **Matthew S. Warren**
                                                                 Warren Lex LLP
                                                                 2261 Market Street, No. 606
                                                                 San Francisco, CA 94114
                                                                 +1 (415) 895−2940
                                                                 Fax: +1 (415) 895−2964
                                                                 Email: matt@warrenlex.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Sachli Balazadeh−Nayeri**
                                                                 2261 Market Street No. 606
                                                                 San Francisco, CA 94114
                                                                 949−590−0161
                                                                 Email: sachli@warrenlex.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Virginia G. Kain**
                                                                 Warren Lex LLP
                                                                 2261 Market Street
                                                                 No. 606
                                                                 San Francisco, CA 94114
                                                                 415−895−2940
                                                                 Fax: 415−895−2964
                                                                 Email: virginia@warrenlex.com
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2022 | 1 | for Patient Infringement COMPLAINT against Google LLC (Filing fee of $ 402 paid, receipt # 54611018898.). Filed by Larry Golden. (Attachments: # 1 Exhibit A to Complaint, # 2 Exhibit B to Complaint, # 3 Exhibit C to Complaint, # 4 Exhibit D to Complaint, # 5 Exhibit E to Complaint, # 6 Civil Cover Sheet)(bw, COURT STAFF) (Filed on 9/14/2022) (Additional attachment(s) added on 9/15/2022: # 7 Filing Free Receipt) (bw, COURT STAFF). (Entered: 09/15/2022) |
| 09/14/2022 | 2 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Larry Golden.. (bw, COURT STAFF) (Filed on 9/14/2022) (Entered: 09/15/2022) |

| 09/14/2022 | 3 | Summons Issued as to Google LLC. (bw, COURT STAFF) (Filed on 9/14/2022) (Entered: 09/15/2022) |
|---|---|---|
| 09/15/2022 | 4 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 12/13/2022 02:00 PM in Oakland, Courtroom 2, 4th Floor. (bw, COURT STAFF) (Filed on 9/15/2022)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/15/2022)** |
| 09/15/2022 | 5 | REPORT on the filing or determination of an action regarding patent (cc: form mailed to register). (Attachments: # 1 complaint)(far, COURT STAFF) (Filed on 9/15/2022) (Entered: 09/15/2022) |
| 09/15/2022 | 6 | CLERK'S NOTICE RE DOCKET NO. 4.<br><br>The 12/13 proceeding will be held by AT&T Conference Line. The parties are advised that in the event of an audio problem, counsel should be prepared to attend the hearing via Zoom conference at the Courts direction. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial−in information below to access the conference line:<br><br>Dial In: 888−808−6929<br><br>Access Code: 6064255<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>Case Management Statement due by 12/6/2022. (ndr, COURT STAFF) (Filed on 9/15/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 09/15/2022) |
| 10/12/2022 | 7 | SUMMONS Returned Executed by Larry Golden. Google LLC served on 10/5/2022, answer due 10/26/2022. (wsn, COURT STAFF) (Filed on 10/12/2022) (Entered: 10/19/2022) |
| 10/26/2022 | 8 | NOTICE of Appearance by Sachli Balazadeh−Nayeri (Balazadeh−Nayeri, Sachli) (Filed on 10/26/2022) (Entered: 10/26/2022) |
| 10/26/2022 | 9 | NOTICE of Appearance by Matthew S. Warren (Warren, Matthew) (Filed on 10/26/2022) (Entered: 10/26/2022) |
| 10/26/2022 | 10 | Certificate of Interested Entities by Google LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for Google LLC. (Balazadeh−Nayeri, Sachli) (Filed on 10/26/2022) (Entered: 10/26/2022) |

| 10/26/2022 | 11 | MOTION to Dismiss filed by Google LLC. Motion Hearing set for 12/1/2022 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 11/9/2022. Replies due by 11/16/2022. (Attachments: # 1 Proposed Order)(Warren, Matthew) (Filed on 10/26/2022) (Entered: 10/26/2022) |
|---|---|---|
| 10/26/2022 | 12 | MOTION to Strike filed by Google LLC. Motion Hearing set for 12/1/2022 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S Gilliam Jr.. Responses due by 11/9/2022. Replies due by 11/16/2022. (Attachments: # 1 Proposed Order)(Warren, Matthew) (Filed on 10/26/2022) (Entered: 10/26/2022) |
| 10/26/2022 | 13 | CERTIFICATE OF SERVICE by Google LLC (Balazadeh−Nayeri, Sachli) (Filed on 10/26/2022) (Entered: 10/26/2022) |
| 10/27/2022 | 14 | CLERK'S NOTICE RE DOCKET NOS. 11 AND 12 . (ndr, COURT STAFF) (Filed on 10/27/2022) |
| | | Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 10/27/2022) |
| 10/27/2022 | 15 | Renotice motion hearing re 11 MOTION to Dismiss filed byGoogle LLC. (Related document(s) 11 ) (Warren, Matthew) (Filed on 10/27/2022) (Entered: 10/27/2022) |
| 10/27/2022 | 16 | Renotice motion hearing re 12 MOTION to Strike filed byGoogle LLC. (Related document(s) 12 ) (Warren, Matthew) (Filed on 10/27/2022) (Entered: 10/27/2022) |
| 10/28/2022 | | Set Hearings as to 12 and 11 , See Docket Nos. 15 , 16 : Motion Hearing set for 2/16/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. (ndr, COURT STAFF) (Filed on 10/28/2022) (Entered: 10/28/2022) |
| 11/01/2022 | 17 | MOTION for Permanent Injunctive Relief filed by Larry Golden. Responses due by 11/15/2022. Replies due by 11/22/2022. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 11/1/2022) (Entered: 11/02/2022) |
| 11/01/2022 | 18 | RESPONSE TO DEFENDANTS MOTION TO DISMISS AND CROSS−MOTION for Summary Judgment filed by Larry Golden. Responses due by 11/15/2022. Replies due by 11/22/2022. (far, COURT STAFF) (Filed on 11/1/2022) (Entered: 11/02/2022) |
| 11/01/2022 | 19 | RESPONSE TO DEFENDANTS MOTION TO STRIKE AND PLAINTIFFS CROSS−MOTION to Strike filed by Larry Golden. Responses due by 11/15/2022. Replies due by 11/22/2022. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 11/1/2022) (Entered: 11/02/2022) |
| 11/15/2022 | 20 | REPLY (re 11 MOTION to Dismiss ) filed byGoogle LLC. (Warren, Matthew) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 21 | REPLY (re 12 MOTION to Strike ) filed byGoogle LLC. (Warren, Matthew) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 22 | OPPOSITION/RESPONSE (re 18 MOTION for Summary Judgment ) filed byGoogle LLC. (Attachments: # 1 Proposed Order)(Warren, Matthew) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 23 | OPPOSITION/RESPONSE (re 19 MOTION to Strike ) filed byGoogle LLC. (Attachments: # 1 Proposed Order)(Warren, Matthew) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 24 | OPPOSITION/RESPONSE (re 17 MOTION for Permanent Injunction ) filed byGoogle LLC. (Attachments: # 1 Proposed Order)(Warren, Matthew) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 25 | CERTIFICATE OF SERVICE by Google LLC (Balazadeh−Nayeri, Sachli) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/18/2022 | 26 | REPLY (re 18 MOTION for Summary Judgment ) filed byLarry Golden. (far, COURT STAFF) (Filed on 11/18/2022) (Entered: 11/21/2022) |
| 11/18/2022 | 27 | REPLY (re 19 MOTION to Strike ) filed byLarry Golden. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 11/18/2022) (Entered: 11/21/2022) |

| 11/18/2022 | 28 | REPLY (re 17 MOTION for Permanent Injunction ) filed byLarry Golden. (far, COURT STAFF) (Filed on 11/18/2022) (Entered: 11/21/2022) |
|---|---|---|
| 11/29/2022 | 29 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Warren, Matthew) (Filed on 11/29/2022) (Entered: 11/29/2022) |
| 12/06/2022 | 30 | NOTICE of Pendency of Other Action Involving Same Patent by Google LLC (Warren, Matthew) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/06/2022 | 31 | CASE MANAGEMENT STATEMENT filed by Google LLC. (Warren, Matthew) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/06/2022 | 32 | NOTICE of Appearance by Virginia G. Kain (Kain, Virginia) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/06/2022 | 33 | CERTIFICATE OF SERVICE by Google LLC (Kain, Virginia) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/07/2022 | 34 | CASE MANAGEMENT STATEMENT filed by Larry Golden. (far, COURT STAFF) (Filed on 12/7/2022) (Entered: 12/08/2022) |
| 12/09/2022 | 35 | CLERK'S NOTICE. (ndr, COURT STAFF) (Filed on 12/9/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 12/09/2022) |
| 12/09/2022 | 36 | OBJECTIONS to Defendant's Motion (Non−Motion) to Change the Dates for Proceedings: Request Made in it's Case Management Statement by Larry Golden. (far, COURT STAFF) (Filed on 12/9/2022) (Entered: 12/12/2022) |
| 02/08/2023 | 37 | CLERK'S NOTICE RE DOCKET NOS. 11 AND 12 . (ndr, COURT STAFF) (Filed on 2/8/2023)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 02/08/2023) |
| 02/10/2023 | 38 | NOTICE of Pendency of Other Action Involving Same Patent by Google LLC (Warren, Matthew) (Filed on 2/10/2023) (Entered: 02/10/2023) |

# EXHIBIT E

| | |
|---|---|
| **From:** | atpg-tech@charter.net |
| **Sent:** | Friday, March 24, 2023 7:44 AM |
| **To:** | Byun, Hyun; 'atpg-tech@charter.net' |
| **Cc:** | Samsung-Golden; Morey, Mike |
| **Subject:** | RE: Golden v. Samsung - NDCA Case No. 3:23-cv-00048 - Initial Case Management Conference |

[EXTERNAL]

Dear Sir

You filed a motion to dismiss, asking the judge to dismiss my complaint because it lacks legal sufficiency to go to trial. You filed the motion to dismiss without leave to amend and with prejudice. I understand that to mean you are really filing for summary judgement, which means you are challenging the underline merits of my case, and that means you believe there's no possible way I will prevail in proving Samsung's products "infringe" my "valid" patents. In your motion to dismiss you have already taken the position that "infringement contentions" and "invalidity contentions" are unarguable.

I plan to follow the Court schedule and submit a separated case management statement. A snapshot of my preliminary infringement contentions have already been submitted and you decided to ignore them rather than address them. I also plan to oppose any invalidity contentions you are planning to submit because Samsung was the benefactor of an IPR challenging my patents as far back as 2014-2015. Samsung was also given notice to appear in 2021 to protect any interest it may have in Golden v. US.

I have two cases pending at the Federal Circuit that has a direct bearing on this case. In the Golden v. Apple case no. 2023-1161, Dkts. 3, 10, & 11. I named Samsung and Google for identical parallel comparison of the claims' limitations. In the Golden v. Intel case no. 2023-1257, Dkts. 2 & 15. I claimed contributory infringement of my CPUs, which ultimately results in a parallel comparison to Samsung's CPUs contributing to the infringement of patents. I plan to amend pending the outcome of the two cases.

If Samsung is interested in withdrawing its motion to dismiss and begin talk of settlement, I am available.

1

Larry

----------------------------------------

From: "Byun, Hyun"
To: "atpg-tech@charter.net"
Cc: "Samsung-Golden", Mike"
Sent: Thursday March 23 2023 12:03:24PM
Subject: Golden v. Samsung - NDCA Case No. 3:23-cv-00048 - Initial Case Management Conference

Dear Mr. Golden,


My name is Hyun Byun from the law firm Covington & Burling, counsel for defendant Samsung Electronics America, Inc. in *Golden v. Samsung Electronics America, Inc.*, Case No. 3:23-cv-00048-WHO (N.D. Cal.). I write regarding the February 23, 2023 Clerk's Notice (Dkt. No. 16) setting the hearing on Samsung's pending motion to dismiss, as well as the case management conference, for April 26, 2023. In view of the pending motions before the Court—Samsung's motion to dismiss and your cross-motion for summary judgment—we believe that it would be more efficient and productive for the parties to conduct the case management conference with the Court after the Court rules on the parties' pending motions. For example, if the initial case management conference were moved, the deadline to file case management statements and to serve initial disclosures would also be moved from the current deadline of April 19. Moreover, the current deadline of May 10 (14 days from the initial case management conference) for you to serve infringement contentions, and our deadline to serve invalidity contentions 45 days after that would also be moved. We therefore propose that the parties file a stipulated request with the Court to change the date of the case management conference from April 26 to occur instead 45 days after the Court rules on the parties' pending motions.


Please let us know whether you agree with this proposal. If so, we can follow up with a draft of the stipulated request for your review.


We are available for a call at your convenience if you would like to discuss further.


Best,


Hyun


**Hyun Byun**

Covington & Burling LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
T +1 650 632 4707 | hbyun@cov.com
www.cov.com

