1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| LARRY GOLDEN<br><br>                 Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>                 Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME OF INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-3** |

Before the Court is Defendant Samsung Electronics America, Inc.'s ("Samsung") Motion to Change Time of Initial Case Management Conference Pursuant to Civil Local Rule 6-3. After consideration of the motion and arguments from the parties, the Court finds that Samsung's motion should be GRANTED. The Court postpones the initial Case Management Conference—previously set for April 26, 2023—until at least forty-five (45) days after the Court rules on Samsung's pending Motion to Dismiss (Dkt. 7). Upon ruling on Samsung's Motion to Dismiss, the Court will set the date of the initial Case Management Conference, if still applicable.

**IT IS SO ORDERED**.

Dated:_____, 2023

_____
Honorable William H. Orrick
United States District Court Judge