UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendant. | Case No. 3:23-cv-00048-WHO<br><br>**ORDER GRANTING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

Pursuant to defendant Samsung's motion to change time, Dkt. No. 24, the initial case management conference in this case is rescheduled for June 13, 2023 at 2:00 p.m. via Zoom videoconference. A joint case management statement is due seven days prior to the conference.

**IT IS SO ORDERED.**

Dated: April 3, 2023



William H. Orrick
United States District Judge