| | | |
|---|---|---|
| 1 | Your Name: | Larry Golden |
| 2 | Address: | 740 Woodruff Rd 1102 G'ville SC 29 |
| 3 | Phone Number: | 864-288-5605 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | atpg-tech@charter.net |
| 6 | Pro Se | |

**FILED**
APR - 3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Larry Golden

Plaintiff,

vs.

Samsung Electronics America, Inc.

Defendant.

Case Number: 3:23-cv-00048-WHO

[Check box for party submitting statement]:

☒ **Plaintiff's**    ☐ **Defendant's**

**CASE MANAGEMENT STATEMENT**

DATE: April 4, 2023

TIME:

JUDGE: Hon. Judge William H. Orrick

*[See the Instructions for more detailed information about how to complete this template.]*

CASE MANAGEMENT STATEMENT; CASE NO.: 3:23-cv-00048-WHO
PAGE NO. 1 OF 8    *[JDC TEMPLATE – Rev. 05/17]*

# 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* Direct Patent infringement, Contributory & Joint infringement

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

# 2. SERVICE

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| Samsung | 01/30/2023 | ☐ Yes  ☑ No | ☐ Yes  ☑ No |
|  |  | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

☐ Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.

# 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Samsung's alleged infringing products "mirrors" the infringing product of Google; CAFC Golden v. Google; Case No. 22-1267 where the CAFC determined the Google case is not frivolous. Kaist IP US LLC, v. Samsung Electronics Co., LTD., et al.; Civil Action No. 2:16-CV-01314-JRG as supplemental authority to the relevant issues; causes of actions and the infringement "use" of Plaintiff's patented CMDC devices (i.e. smartphones) has already been decided by a jury. A claim is frivolous when the claim lacks "any" arguable basis either in law or in fact Neitze v. Williams, 490 U.S. 319, 325 (1989). In reviewing a Rule 12(b)(6) motion; Court must accept the factual allegations (above); of complaint as true; must draw all reasonable inferences in favor of Plaintiff, Hernandez v. Coughlin

## 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

35 U.S. Code § 271(a): "... whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

35 U.S. Code § 271(c): "Whoever offers to sell or sells within the United States; imports a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not ... suitable for noninfringing use, shall be liable as a contributory infringer. Willful infringement: The act of Samsung was done deliberately and intentionally, and with knowledge of the patent (35 U.S.C. § 284).

## 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Plaintiff | Summary Judgement | Pending |
| Plaintiff | Injunctive Relief | Pending |

☐ *Check box if there are more motions and add a page at the end with additional information.*

## 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* Larry Golden

    ☐ does <u>not</u> plan to amend the Complaint.

    ☑ plans to amend the Complaint by *[date]* After Motion Hearing

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

CASE MANAGEMENT STATEMENT; CASE NO.: 3:23-cv-00048-WHO
PAGE NO. 3   OF  8    *[JDC TEMPLATE – Rev. 05/17]*

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* Larry Golden _____ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☐ Parties have **not** yet sent each other Initial Disclosures, but agree to exchange them by *[date]* _____

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

Samsung's acual and expected revenues between years 2010- 2026 is well over three trillion dollars. How much is contributed to the sell of Samsung's CMDC devices (cell phones; PCs; laptops; tablets). How many vendors and suppliers Samsung induced to infringe Plaintiff's patents. Request any patents Samsung may have that they believe covers the elements of their CMDC devices. Penpoint exactly when Samsung became knowledgeable of Plaintiff's patents and how.

## 10. CLASS ACTIONS

Not applicable.

CASE MANAGEMENT STATEMENT; CASE NO.: 3:23-cv-00048-WHO
PAGE NO. 4 OF 8    *[JDC TEMPLATE – Rev. 05/17]*

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is <u>not</u> aware of any related cases.

☐ is aware of related cases *[list cases]*: _____

_____

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Samsung's actual and estimated revenues between the years of 2010-2026 is $3.5 trillion dollars. Plaintiff is asking Defendant to settle for 1/10 of 1% ($3.5 billion). Should Samsung refuse the offer, Plaintiff is asking the Court to grant Plaintiff's motion for injunctive relief; asking the Court to consider trippling the total actual damages; asking the Court to consider an equity interest in Samsung equivalent to the total damages; that Samsung enter into a licensing agreement for the making, using, offering for sell, and selling Plaintiff's patented CMDC devices and CPUs.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☑ Mediation

☑ Other  Summary Judgement

Information needed: _____

_____

_____

CASE MANAGEMENT STATEMENT; CASE NO.: 3:23-cv-00048-WHO
PAGE NO. 5  OF 8   *[JDC TEMPLATE – Rev. 05/17]*

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* __Larry Golden_____

  ☐ does consent to a magistrate judge.

  ☑ does <u>not</u> consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐ Not applicable.

☑ Issues that can be resolved by agreement: __Settlement_____

☐ Issues that can be resolved by motion: _____

### 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

### 18. SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑ Agree to have Court set deadlines.

☐ Proposed deadlines:

CASE MANAGEMENT STATEMENT; CASE NO.: 3:23-cv-00048-WHO
PAGE NO. 6 OF 8    [JDC TEMPLATE – Rev. 05/17]

### 19. TRIAL
*Check the box that applies and estimate how long the trial will last.*

☑ This case will be tried by a jury. The trial is expected to last **3** days.

☐ This case will be tried by a judge. The trial is expected to last ___ days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

Stop allowing Samsung to redirect this case toward improper procedual matters. For noninfringement to exist Samsung must show that Plaintiff's patents are invalidid, or the alleged infringing products do not infringe. Plaintiff admits he is not a lwayer. Plaintiff believes his previous cases were dismissed for that reason because after 10 years, no Defense, in any of the cases Plaintiff has filed, has proven noninfringement and/or that Plaintiff's patents are invalid.

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: 04/01/2023    Sign Name: *Larry Golden*
                    Print Name: Larry Golden
                    *Pro se*

*Use this page if you need additional space for any Section. Be sure to write the Section number.*

Just as the Google case, this case should not to go before the United States Court of Appeals for the Federal Circuit to receive a ruling that this case is not frivolous, and should not be dismissed for frivolousness; especially when all of Plaintiff's claims has an arguable basis in both law and in fact. Samsung chose not to answer Plaintiff's allegations, but rather submit evidence seeking an emotional decison from the Court. In particular, the Ninth Circuit and this Court have repeatedly recognized that rule "403" is concerned with unfairly prejudicial evidence," that is, evidence that "has an undue tendency to suggest a decision on an improper basis such as emotion or character rather the 'evidence presented'" United States v. Shields, 2016 U.S. App. LEXIS, at *4 (9th Cir. Dec. 21, 2016). Samsung is quoted as saying, "Golden's Complaint itself alleges that infringement requires the addition of the ATAK application to Samsung's accused Galaxy devices, and concedes that Samsung neither makes or sells ATAK, nor anyGalaxy devices equipped with ATAK." We know this to be a lie. Plaintiff's has demonstrated several other methods for satisfying the requirements of the limitations that calls for CBRN/E sensing or detecting. Plaintiff has described at least 11 other methods for satisfying the requirements of the limitations that calls for CBRN/E sensing or detecting (Dkt. 20; filed 02/28/2023). Therefore, it is improper to dismiss under Rule 12(b)(6). "A complaint may not be dismissed under Rule 12(b)(6) unless it "appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Allen v. WestPoint-Pepperell, Inc., 945 F.2d 40, 44 (2d Cir. 1991) (quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957)). Samsung's illegal use of Plaintiff's patented CMDC devices theory is validated in Golden v. Google; Case No. 22-1267. Samsung's illegal use of Plaintiff's patented CPU devices theory is validated in Neitze v. Williams, 490 U.S. 319, 325 (1989). All that is needed to end this case is for Samsung to present a patent(s) that antedates Plaintiff's patents for his CMDC devices and CPUs. Until Samsung invalidates Plaintiff's patents, the case should remain open.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of April, 2023, a true and correct copy of the foregoing "Plaintiff's Case Management Statement", was served upon the following Defendant by priority "express" mail:

>Hyun Sik Byun
>COVINGTON & BURLING LLP
>3000 El Camino Real
>5 Palo Alto Square
>Palo Alto, CA 94306-2112
>Telephone: (650) 632-4707
>E-mail: hbyun@cov.com

*/s/ Larry Golden*

Larry Golden, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net
864-288-5605





# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

# GUARANTEED* ■ TRACKED ■ INSURED