# PRIORITY MAIL EXPRESS®

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**



U.S. POSTAGE PAID
PME 2-Day
GREENVILLE, SC
29616
APR 01 '23
AMOUNT
**$28.75**
R2304M111523-01

RDC 07          94102

## FLAT RATE ENVELOPE

### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. **Please recycle – again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.



**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)     PHONE 864 288-5605

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

**TO:** (PLEASE PRINT)     PHONE 415 522-2000

U.S. District Court - NDC-San Francisco
Case No: 3:23-cv-00048-WHO
450 Golden Gate Avenue
San Francisco, CA

ZIP + 4® (U.S. ADDRESSES ONLY)

9 4 1 0 2 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016



EL 624221855 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code  29615
Scheduled Delivery Date (MM/DD/YY)  04/03/23
Postage  $

Date Accepted (MM/DD/YY)  04/01/23
Scheduled Delivery Time  10pm
Insurance Fee  $
COD Fee

Time Accepted  1:13   ☒ AM / PM
10:30 AM Delivery Fee
Return Receipt Fee
Live Animal Transportation Fee  $

Special Handling/Fragile
Sunday/Holiday Premium Fee
Total Postage & Fees  28.75

Weight  3  lbs. oz.   ☐ Flat Rate
Acceptance Employee Initials  PK

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

1-ORIGIN POST OFFICE COPY

RECEIVED
APR 03 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

  

**UNITED STATES POSTAL SERVICE®**



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪ TRACKED ▪ INSURED