

RDC 07   94102   R2304M112676-05

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

EJ 772 065 597 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE 864-288-5605

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)
U.S. DISTRICT COURT - NDC - SAN FRANCISCO
CASE NO: 3:23-CV-00048-WHO
450 GOLDEN GATE AVENUE, 16TH FL.
SAN FRANCISCO, CA

ZIP+4: 94102

**PAYMENT BY ACCOUNT**

**ORIGIN (POSTAL SERVICE USE ONLY)**
ZIP Code: 29615
Scheduled Delivery Date: 3/31/23
Postage: $28.75
Date Accepted: 3/30/2023
Scheduled Delivery Time: 6:00 PM
Time Accepted: 10:11 AM
Weight: 14 oz.
Total Postage & Fees: $28.75

COURT HOUSE
Corner

INSPECTED BY U.S. MARSHAL SERVICE




**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006   EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.