
U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29616
MAY 11, 23
AMOUNT
**$28.75**
RDC 07    94102    R2304M113457-8

 

**PRESS FIRMLY TO SEAL**

### UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE (864) 288-5605

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)    PHONE (415) 522-2000

U.S. DISTRICT COURT - NDC - SAN FRANCISCO
CASE NO: 3:23-CV-00048-WHO
450 GOLDEN GATE AVENUE, 16th FLOOR
SAN FRANCISCO, CA

**ZIP + 4®** (U.S. ADDRESSES ONLY)
9 4 1 0 2


 EI 436 402 174 US

**RECEIVED MAY 1 2 2023**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 29615
Scheduled Delivery Date: 5/12/2023
Postage: $28.75

Date Accepted: 05/11/2022    10:08
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $    COD Fee: $

Time Accepted: 10:08 ☒ AM
Return Receipt Fee: $    Live Animal Transportation Fee: $

Weight: ☒ Flat Rate
Acceptance Employee Initials: JH
Total Postage & Fees: $28.75


PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

