Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　　Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISION**<br><br>**Date:** June 14, 2023<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 17th Floor |

**TO THE COURT AND PLAINTIFF:**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Samsung Electronics America, Inc. ("Samsung") hereby submits this Statement of Recent Decision in support of Samsung's Motion to Dismiss (Dkt. 7) ("Motion") and Reply in Support of Motion to Dismiss and Opposition to Plaintiff's Cross-Motion for Summary Judgment (Dkt. 21) ("Reply"), set for hearing before the Court on June 14, 2023. Attached hereto as **Exhibit A** is a copy of *Golden v. Apple Inc.*, No. No. 2023-1161, 2023 WL 3400595, at *1 (Fed. Cir. May 12, 2023) (affirming U.S. District Court for the Northern District of California's dismissal of Golden's complaint against Apple without leave to amend) ("Apple Order"). The Apple Order is relevant to the statement of facts provided in Samsung's Motion, as well as arguments raised in Samsung's Motion and Reply, including preclusion, the sufficiency of Golden's allegations, and Samsung's argument that the Court should dismiss Golden's complaint without leave to amend and with prejudice. *See, e.g.*, *id.* at *2 (finding that Golden's "allegations lack an arguable basis in law or fact and are nothing more than another attempt by Mr. Golden to circumvent prior dismissals in other jurisdictions. After ten years of asserting these claims in multiple jurisdictions, Mr. Golden has yet to cure the deficiencies in his allegations.").

Dated: May 15, 2023                              Respectfully submitted,

                                                 */s/ Robert T. Haslam*

                                                 Robert T. Haslam (Bar No. 71134)
                                                 rhaslam@cov.com
                                                 Hyun S. Byun (Bar No. 281753)
                                                 hbyun@cov.com
                                                 Michael R. Morey (Bar No. 313003)
                                                 mmorey@cov.com
                                                 COVINGTON & BURLING LLP
                                                 3000 El Camino Real, 10th Floor
                                                 5 Palo Alto Square
                                                 Palo Alto, California 94306-2112
                                                 Telephone: + 1 (650) 632-4700
                                                 Facsimile: + 1 (650) 632-4800

                                                 Richard L. Rainey (*pro hac vice*)
                                                 rrainey@cov.com
                                                 COVINGTON & BURLING LLP
                                                 One CityCenter
                                                 850 Tenth Street, NW

Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Brian G. Bieluch (Bar No. 331167)
bbieluch@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Counsel for Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq., Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On May 15, 2023 I caused this STATEMENT OF RECENT DECISION to be served on Plaintiff Larry Golden in this action by sending a true and correct copy thereof via U.S. Mail and via electronic mail addressed as follows:

> Larry Golden
> 740 Woodruff Road, #1102
> Greenville, SC 29607
> (864) 288-5605
> Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on May 15, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COVINGTON & BURLING LLP

*/s/ Julie Romanow*
Julie Romanow
Patent/ITC Case Manager
Covington & Burling LLP