# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

**FILED**

**MAY 18 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>Plaintiff,<br><br>V.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | CIVIL CASE NO: 3:23-cv-00048-WHO<br><br>**JURY TRIAL DEMANDED**<br><br>**(Direct Patent Infringement), (Induced and Contributory Patent Infringement), (Joint Patent Infringement)**<br><br>May 17, 2023 |

## PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT'S UNRELATED FILINGS

Pursuant to Rule 403, Plaintiff objects to, and opposes Defendant's most recent "unrelated" filings in *Golden v. Samsung Electronics America, Inc.*, NDC Case 3:23-cv-00048-WHO, Document 31, Filed 05/15/23.

This Court well understands that Rule 403 provides for the exclusion of evidence "if its probative value is substantially outweighed by a danger of one or more of the following: unfair

prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." *See, e.g., Cmty. Ass'n for Restoration of the Env't v. Cow Palace, LLC*, 80 F. Supp. 3d 1180, 1216 (E.D. Wash. 2015).

In particular, the Ninth Circuit and this Court have repeatedly recognized that "Rule 403 is concerned with unfairly prejudicial evidence," that is, evidence that "has an undue tendency to suggest a decision on an improper basis such as emotion or character rather than evidence presented." *United States v. Shields*, 2016 U.S. App. LEXIS, at *4 (9th Cir. Dec. 21, 2016) (quoting *United States v. Joetzki*, 952 F.2d 1090, 1094 (9th Cir. 1991)); *see also United States v. Henrikson*, 2015 U.S. Dist. LEXIS 170829, *9- 11 (E.D. Wash. Dec. 22, 2015) (citing *United States v. Anderson*, 741 F.3d 938, 950 (9th Cir. 2013)) ("Unfair prejudice is the undue tendency to suggest a decision on an improper basis, commonly, [] an emotional one.").

## STANDARD FOR REVIEW

Although not standard practice, the Court of Federal Claims in *Golden v. US* CFC Case No. 13-307C decided the fate of Plaintiff's infringement allegations against the Government's third-party contractors Samsung, which included 9 allegedly infringing devices and 25 of Plaintiff's independent patent claims, and LG, which included 9 allegedly infringing devices and 25 of Plaintiff's independent patent claims, on "guess work".

Without, reviewing the preliminary infringement contentions Plaintiff submitted on Samsung and LG, the Claims Court assumed, and determined on a "beyond a shadow of doubt standard" that the infringement contentions of Samsung and LG were exactly the same as Plaintiff's preliminary infringement contentions submitted on Apple and dismissed Plaintiff's case because Plaintiff fail to identify where sensors are found that are "*native*" to the manufacturers Apple, Samsung, and LG.

"The document received on August 23, 2021, however, states that 30 devices from Apple, 27 from Samsung, and 27 from LG are at issue. [S]pecific contentions regarding LG, along with a claim chart, were received by the clerk's office on September 21, 2021, along with a "Notice of Missing Documents" in which plaintiff states that the docket is missing his contentions regarding LG. He points out that the appendix to defendant's motion to strike contains the contentions aimed at LG. The notice does not explain how or why those documents are missing" … We note, however, that the LG contentions were served on defendant and treated in the government's motion. Although we decline to add them to record *sua sponte*, the holdings below would apply to these contentions as well. Thus, even if we considered them, the outcome would not change … he has not [] credibly allege what component of the accused Apple, or Samsung for that matter, devices infringe literally … They are not native to the devices as manufactured by Apple or Samsung … The same is true for the Samsung devices, and for that matter, the LG devices in plaintiff's charts … The same is true for the Samsung products … An inspection of the LG chart reveals the same …"

The Circuit on appeal affirm the decision of the Claims Court to dismiss. A decision to dismiss based on "guess work". Of the combined 18 infringing products of Samsung & LG, and the 25 asserted independent patent claims, it only takes one (1) alleged infringing product of either Samsung or LG to infringe only one (1) asserted independent patent claim, to prove a case of infringement.

"Guess work" is the standard for review established by the Claims Court and affirmed by the Federal Circuit.

When the United States Court of Appeals for the Federal Circuit in Plaintiff's cases *Golden v. Apple Inc. – [Samsung] et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267, before filing an opinion on 09/08/2022, the three Circuit Judges of Dyk, Taranto, and Stoll used as their standard for review the following:

"Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570. This standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted). In the patent context, this court has explained that a plaintiff need not "plead facts establishing that each element of an asserted claim is met," *In re Bill of Lading Transmission and Processing Sys. Pat. Litig.*, 681 F.3d 1323, 1335 (Fed. Cir. 2012) (citing *McZeal v. Sprint Nextel Corp.*, 501 F.3d 1354, 1357 (Fed. Cir. 2007)), but must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged." *Id.* at 1341 (alteration in original) (quoting *Twombly*, 550 U.S. at 556). We review the district court's dismissal of the complaint *de novo*. *Anand v. Ocwen Loan Servicing, LLC*, 754 F.3d 195, 198 (4th Cir. 2014)."

Upon review, the three Circuit Judges of Dyk, Taranto, and Stoll considered *__all__* of the previous cases directly related to the Apple / Samsung and Google cases [case nos. 22-1229 and 22-1267] that was currently before the Circuit Court; and, the recommendations, decisions, opinions, and judgements.

The Circuit Judges decided not to dismiss Plaintiff's cases based on the number of times Plaintiff was forced to file because of Court errors [changing the cause of action; improperly petitioning the PTAB; giving the Government another chance at dismissing Plaintiff's case; making a Section 1491(a) the same as a Section 1498(a); CFC adjudicating a 35 U.S.C. Section 271(a) which is outside the Court's jurisdiction; making a violation of antitrust laws the same as 35 U.S.C. Section 271(a); wrongfully dismissing as duplicative; wrongfully dismissing because of page count, etc.] The *Golden v. Apple-Samsung* case was dismissed *__without prejudice__* for the following reason:

"Mr. Golden does not argue that the docketed complaint contains factual allegations beyond those contained in his original complaint or that the allegations in the docketed complaint do anything beyond listing the alleged infringed-upon patent claims and the alleged infringing devices. This is plainly insufficient. We see no error in the district court's *without prejudice* dismissal of the Apple case."

The *Golden v. Google* case was Vacated and Remanded back to the District Court for the following reason:

"In the Google case, the district court again concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189. The district court discounted this claim chart because it "contains the exact same language as the claim charts previously rejected by the Federal Circuit [in the 2019 case], although Google Pixel 5 Smartphone appears in the far left column instead of Apple." Dist. Ct. Op. at 4. But to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to. The key column describing the infringing nature of the accused products is not the same as the complaint held frivolous in the 2019 case. It attempts—whether successfully or not—to map claim limitations to infringing product features, and it does so in a relatively straightforward manner. We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart. On remand, the district court should allow the complaint to be filed and request service of process [] … We express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

The Defendants in both cases asked the three Circuit Judges of Dyk, Taranto, and Stoll to affirm dismissal of Plaintiff's cases because the cases are "frivolous" and that Plaintiff is a "serial filer". The Circuit Judges reviewed the District Court cases and decided against it.

What that means is, Samsung is collateral estoppel from re-litigating the issue of "frivolousness"; the number of times Plaintiff has file cases; and the cause of actions of those cases, because the issues were actually litigated and conclusively resolved by the three Circuit Judges of Dyk, Taranto, and Stoll in *Golden v. Apple Inc – [Samsung] et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267.

Issue preclusion, or collateral estoppel, precludes a party [Samsung] from relitigating an issue actually decided in a prior case and necessary to the judgment. In a collateral estoppel case, the issue at the heart of the claim has already been raised and litigated. Issue preclusion prevents a party [Samsung] to the first lawsuit, or one in ***privity*** [Google] with a party to the first lawsuit, from re-litigating issues that were actually litigated and conclusively resolved in the first lawsuits (i.e., *Golden v. Apple Inc – [Samsung] et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267).

Some jurisdictions and some cases require ***privity*** to establish estoppel. This means Samsung, the party against whom estoppel is claimed must have had a close relationship with Google. Privity is established when there is a substantive legal relationship between two or more parties. Typically, this relationship involves a mutual interest, such as the same loss, the same measure of damages, or the same or nearly identical issues of fact and law.

## PRIVITY

Google gives Samsung preferential treatment. Google tends to push certain software first to Samsung before it goes to other companies. Mishaal Rahman, senior technical editor at Esper and former editor-in-chief of XDA Developers, says it's far from unusual or wrong about Google doing this with its services.

Rahman says that Google has to ensure that the treatment with Samsung is particularly favorable because "they're the biggest potential threat to ending Google's dominance of the Android ecosystem." "Though it would be incredibly challenging, Samsung could feasibly create an alternative to everything Google offers. With the exception of Google Play Services, they arguably already have," he says.

With over 300 million sales a year; Samsung is the largest smartphone maker in the world. In 2020, the South Korean company shipped more than 267 million smartphones worldwide, accounting for 20.6% of all smartphone shipments worldwide, according to Statista.

"Samsung's distribution and expertise are required to ensure that Google doesn't lose customers to rival platforms. Neil Shah, vice president of research at Counterpoint Research, says that the growing number of Chinese brands is a big factor for why Samsung needed to have a close partnership with Google.

"Until the launch of OneUI, Samsung had been struggling to maintain market share of Google-based Android losing out to Chinese brands. However, Samsung doubled down on strategic partnerships with Google on a variety of fronts which has helped the vendor maintain premium leadership, provides faster software, security updates, advanced messaging, security, UI optimizations, and deeper integrations," he says.

Google has partnered with Samsung extensively to promote Samsung's foldable devices. "Google runs ads on Samsung's foldables, creates optimized versions of its apps for Samsung's foldables first, and works with them to optimize the Android OS for foldables. This creates the perception that the best Android software experience on a foldable can be found on Samsung's devices", Rahman says. https://www.androidcentral.com/google-preferential-treatment-samsung-android

According to law, any and all evidence of "frivolousness" Samsung has presented to prejudice Plaintiff, that's prior to the *OPINIONS* filed on 09/08/2022 in *Golden v. Apple / Samsung* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267, should be disregarded and stricken because of "***issue preclusion***", "***collateral estoppel***", and "***privity***".

## PLAINTIFF-APPELLANT CURED THE DEFICIENCIES IN THE APPLE COMPLAINT AND CLAIM CHART

Plaintiff cured the deficiencies in the Complaint and Claim Chart submitted in *this current case* and only because Plaintiff is uncertain if the Court is relying on the findings in *Golden v. US* CFC Case No. 13-307C; "sensors identified by Plaintiff are not native to the devices as manufactured by Apple or Samsung", Plaintiff submitted a claim chart identifying the sensors that are native to the devices as manufactured by Apple or Samsung in this current case.

In the first instance, Plaintiff relied on the three Circuit Judges of Dyk, Taranto, and Stoll's opinion on the complaint and claim chart in *Golden v. Google* CAFC Case No. 22-1267; and decided to duplicate the Samsung complaint and claim chart in the areas where the complaint and claim chart were found to be deficient. The Judges described the complaint and claim chart of Google in the following way:

> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189. ... to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to... It attempts— [] —to map claim limitations to infringing product features, and it does so in a relatively straightforward manner. We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart ... We

express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Plaintiff submitted a Samsung complaint and claim chart that is practically identical to the Google complaint and claim chart. Stare decisis is the legal doctrine Plaintiff relied on because it obligates this Court to follow historical cases when making a ruling on a similar case.

Stare decisis ensures Plaintiff that cases with similar scenarios and facts are approached in the same way. Simply put, it binds this Court to follow the legal precedent set by the previous decision of the Circuit Court in Golden v. *Google* CAFC Case No. 22-1267.

Thus, the Ninth Circuit has emphasized that Rule 403 requires that evidence be excluded as irrelevant where it has "scant or cumulative probative force, [which is] dragged in by the heels for the sake of its prejudicial effect." *United States v. Plascencia-Orozco*, 852 F.3d 910, 926 (9th Cir. 2017); *see* also *Wetmore v. Gardner*, 735 F. Supp. 974, 983 (E.D. Wash. 1990) (citing *United States v. Hankey*, 203 F.3d 1160, 1172 (9th Cir. 2000)) (same).

Specifically, the Defendant's filings should be excluded because "there is a significant danger that the [] [judge] might base its decision on emotion or when [the] non-party events would distract [a] reasonable [] [judge] from the real issues in [this] case." *United States v. Whittemore*, 2013 U.S. Dist. LEXIS 67636, at *7 (D. Nev. May 10, 2013) (citing *Tennison v. Circus Enterprises, Inc.*, 244 F.3d 684, 690 (9th Cir. 2001), and *United States v. Layton*, 767 F.2d 549, 556 (9th Cir. 1985)).

Attached as **Exhibit A** is a copy of Plaintiff's Petition for Rehearing and Rehearing En Banc submitted on 05/16/2023. Samsung is asking this Court to adjudicate this case on Apple's neglect and disregard for "***direct infringement***" relative to the Fed. Circuit's decision in Golden v. Google, "***issue preclusion***", "***collateral estoppel***", and "***privity***". A

Date: _May 17, 2023_

Sincerely,

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 17th day of May, 2023, a true and correct copy of the foregoing "Plaintiff's Objection and Opposition to Defendant's Unrelated filings", was served upon the following Defendant by priority "express" mail:

Hyun Sik Byun

COVINGTON & BURLING LLP

3000 El Camino Real, 10th Floor

5 Palo Alto Square

Palo Alto, CA 94306

Phone: (650) 632-4707

Email: hbyun@cov.com


Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

# Exhibit A

No: 2023-1161

---

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

LARRY GOLDEN
*Plaintiff-Appellant*

v.

APPLE INC.,
*Defendant-Appellee*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA—
SAN FRANCISCO DIVISION
IN 3:22-cv-04152-VC: JUDGE VINCE CHHABRIA

---

## PLAINTIFF-APPELLANT'S PETITION FOR REHEARING AND REHEARING EN BANC

LARRY GOLDEN

740 Woodruff Rd., #1102
Greenville, S.C. 29607
(864-288-5605)
Atpg-tech@charter.net

May 16, 2023

According to 35 U.S.C. § 271(a) and 28 U.S.C. § 1498(a), Plaintiff has the constitutional right to file a claim against "whoever" infringes Plaintiff's "presumed valid" patents [35 U.S. Code § 282] that has not expired. Plaintiff's patent term ends in year 2026.

Apple does not have the constitutional right to continue to ignore Plaintiff's patents. Merely insinuating Plaintiff's patents are "frivolous" lacks an arguable basis either in law or fact. Apple is obligated by law to defend allegations of infringement. If Apple ignores that obligation, Apple is not only liable for infringement for failure to defend, but also willful infringement.

Retired Chief Judge Paul Michel of the United States Court of Appeals for the Federal Circuit echoed this sentiment when he said, "…any chief patent counsel who advises the scientists and engineers in his company that they should never read patents is practically incompetent. There is no reason in my judgment why company researchers should have to ignore the patent literature …"

Chief District Judge Rodney Gilstrap issued an opinion in the case (*Motiva Patents LLC v. HTC Corporation*) in which he wrote, "A well-pled claim for willful blindness is sufficient to state a claim for willful infringement." Judge Gilstrap ruled that Motiva's allegations of willful blindness (based on HTC's policy instructing employees NOT to search for patents) were sufficient to defeat HTC's attempt to dismiss the claim of willful infringement.

The Circuit Court is correct, Plaintiff has filed in multiple jurisdictions, [Claims Court; District of South Carolina; Northern District of California] a claim of patent infringement against Apple. I should thank the Circuit for acknowledging the fact that Apple, for ten (10) years has ignored Plaintiff's patents. Ignoring a Patent Owner's patents is unconstitutional and grounds for willful infringement.

While Apple did not come out and directly "deny" infringing Plaintiff's patents, Apple definitely applied certain recognizable denial techniques of "hostility", "intellectualizing",

"minimizing", "outright lying", "diverting", "rationalizing", and last but not least "blaming" in their motions, responses, and replies.

The denial techniques were used for at least ten (10) years as a means to ignore Plaintiff's infringement allegations. I thank the Circuit for clearing up the matter and conceding that this is a claim of infringement against Apple "Mr. Golden again filed suit against Apple in the Northern District of California for the same patent infringement [] claims." Here the Circuit admits Plaintiff has made multiple attempts at trying to get Apple to stop ignoring Plaintiff's patents, but Apple, for the last ten (10) years, has continued to ignore Plaintiff's patents.

Also, the Circuit is well aware of the numerous attempts made by Plaintiff, outside of Court, to request Apple to cease and desist; to negotiate a licensing agreement with Apple; and settle with Apple. Therefore, even outside the Court, Apple was fully aware of Plaintiff's patents.

In October, 2019 Judge Gilstrap, E.D. Texas, stated: "A well-pled claim for willful blindness is sufficient to state a claim for willful infringement." *Motiva Patents LLC v. HTC Corporation*, E.D. Texas, 9:18-cv-00179 (Oct. 2019). Judge Gilstrap's ruling was based on the allegation in *Motiva's* complaint that *HTC* had "a policy or practice of not reviewing the patents of others.

"Willful Blindness basically means notice is not required for willful patent
infringement." In 2011, in *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060
(2011) the U.S. Supreme Court ruled that actual knowledge of a patent is not required for
inducement to infringe. Willful blindness provided the inducement.
In 2015, in *Suprema v. ITC* (Investigation No. 337-TA-720), the Federal Circuit
held that willful blindness is established by (1) a subjective belief of a high probability
that a fact exists and (2) deliberate action to avoid learning that fact. In *Suprema*, willful
blindness was found with less egregious facts than in *Global-Tech*.

3

I agree with the Federal Circuit and Judge Gilstrap that "willful blindness is sufficient to state a claim for willful infringement" and that the willful blindness has been established by Apple because Apple has demonstrated a subjective belief of a high probability that a fact exists and Apple has taken deliberate actions to avoid learning that fact.

Plaintiff has established, and the Circuit has confirmed, Plaintiff has 26 independent patent claims and 20 dependent patent claims that covers "products grouped together by common features of design similarities of at least that of a smartphone, cell phone, laptop, tablet, PC, or PDA", whereby the validity of the patent has never been challenged by Apple. Apple waived its right to challenge Plaintiff's patent claims to show Apple products do not infringe Plaintiff's patents.

Therefore, it is very safe to say Plaintiff is the true inventor of the smartphone, not Steve Jobs. Steve Jobs is quoted as saying, "Good Artists Copy, Great Artists Steal". To Plaintiff's knowledge, Steve Jobs has never said he was the inventor of the smartphone. Steve Jobs is however, a great master of illusion. He convinced an entire Nation he invented the smartphone.

Now that the Federal Circuit has made it clear that Plaintiff is the inventor of the Smartphone, Apple's liability for "reparations" is much greater than Apple's liability for infringement.

The only chance Apple had at denying liability for reparations was to prove Plaintiff was not in possession of the technical rational subject matter (**Exhibit A – The Government entered into agreements with Apple, Samsung, LG and Qualcomm**) of at least that of a cell phone capable of chemical, biological, and radiological detection, was to prove Plaintiff's patents are invalided.

4

As stated earlier, Apple has ignored Plaintiff's patents and has therefore waived its right to appear in Court to prove Plaintiff's patents are invalid. What that means is every patent claim of every patent asserted in this case is valid, according to 35 U.S. Code § 282.

Between the years 2002-2007, Plaintiff submitted three "Economic Stimulus and Terrorism Prevention Packages (i.e., the "SafeRack" package; the "ATPG" package; and the "V-Tection" package) to President Bush, Vice-President Cheney, Senator Hollings, Senator DeMint, and Senator Graham for implementation that included a strategy for satisfying African Americans' request for reparations. (**Exhibit B – Email for the California Task Force**)

All the members of Congress stated above sent the packages, that included the technical rational for implementing the strategy for the success of each stimulus package, over to the Department of Homeland Security (DHS). The DHS issued its first solicitation SBI-Net in 2006; the second solicitation SafeCon in 2007; the third solicitation Cell-All in 2007; and the fourth solicitation TRUST in 2010. All the solicitations involved computers, cell phones and CMDC smartphone, laptop, and tablet devices:

> Dr. Mark Dean is an African-American inventor and engineer who spent his career creating solutions that made computers more accessible and simpler. Dean landed a job with the International Business Machines Corporation (IBM). Here he would change the course of history – producing some of the company's most important innovations and holding 3 out of 9 IBM original PC patents.

> Henry T. Sampson is an African American inventor, best known for creating the world's very first cell phone. Because of Sampson's invention and patent of the gamma-electrical cell, portable cell phones were possible, using radio waves to transmit and receive audio signals. It literally changed the world, and the way in which we communicate in our professional and personal lives.

> Larry Golden, is an African American inventor, who invented the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. The CMDC device is referred to as the smartphone, but also include the new, improved upon, and useful PC, Tablet, Laptop, PDA, etc.

All but two of the strategies Plaintiff outlined in the stimulus packages and the technology developed as a result of Plaintiff's inventive ideas, have materialized into multi-trillion-dollar industries.

The first strategy that was not developed is: Plaintiff's company, that was in line to be included in the DHS 2007 award as the company that holds the intellectual rights (patents) to the new, improved upon, and useful cell phones [smartphones] developed and assembled by Apple, Samsung, LG, & Qualcomm. The Circuit has now verified Plaintiff owns the patent rights to receive royalties on every smartphone sold since at least year 2008.

The second strategy that was not developed is "reparations" for all African Americans: Plaintiff started a not-for-profit in 2006 [ATPG Corporation] to initially receive 50% of all the royalties Plaintiff received. The not-for-profit's mission was to restore what had been taken from Blacks since slavery i.e., reparations.

Plaintiff has pledged to donate 90% to the not-for-profit. Apple is on track for $4 trillion dollars in revenues between the years 2010 thru 2026. At 15% royalties Apple's liability for reparations is $600 billion dollars (**Exhibit C – Proposal for the Congressional Black Caucus**)

The Government caused the infringement of all of Plaintiff's inventions, not just Plaintiff's CMDC device, but also Plaintiff's CPUs designed for Plaintiff's CMDC devices and Plaintiff's Vehicle Slow-down systems. (**Exhibit D – General Motors Infringement Chart**) The Government fail to tax Apple at a rate of at least 15% therefore the Government is liable for 15% of Apple's estimated $4 trillion dollars in revenues between the years 2010 thru 2026.

According to strategy, 15% of Apple's revenues paid in taxes and collected by the Government is designated to "reparations". Therefore, the Government is on the hook for $600 billion dollars. The total for Apple and the Government is $1.2 trillion dollars.

6

## STANDARD FOR REVIEW

Although not standard practice, the Court of Federal Claims in *Golden v. US* CFC Case No. 13-307C decided the fate of Plaintiff's infringement allegations against the Government's third-party contractors Samsung, which included 9 allegedly infringing devices and 25 of Plaintiff's independent patent claims, and LG, which included 9 allegedly infringing devices and 25 of Plaintiff's independent patent claims, on "guess work".

Without, reviewing the preliminary infringement contentions Plaintiff submitted on Samsung and LG, the Claims Court assumed, and determined on a "beyond a shadow of doubt standard" that the infringement contentions of Samsung and LG were exactly the same as Plaintiff's preliminary infringement contentions submitted on Apple and dismissed Plaintiff's case because Plaintiff fail to identify where sensors are found that are "*native*" to the manufacturers Apple, Samsung, and LG.

 "The document received on August 23, 2021, however, states that 30 devices from Apple, 27 from Samsung, and 27 from LG are at issue. [S]pecific contentions regarding LG, along with a claim chart, were received by the clerk's office on September 21, 2021, along with a "Notice of Missing Documents" in which plaintiff states that the docket is missing his contentions regarding LG. He points out that the appendix to defendant's motion to strike contains the contentions aimed at LG. The notice does not explain how or why those documents are missing" ... We note, however, that the LG contentions were served on defendant and treated in the government's motion. Although we decline to add them to record *sua sponte*, the holdings below would apply to these contentions as well. Thus, even if we considered them, the outcome would not change ... he has not [] credibly allege what component of the accused Apple, or Samsung for that matter, devices infringe literally ... They are not native to the devices as manufactured by Apple or Samsung ... The same is true for the Samsung devices, and for that matter, the LG

7

devices in plaintiff's charts … The same is true for the Samsung products … An inspection of the LG chart reveals the same …"

The Circuit on appeal affirm the decision of the Claims Court's to dismiss. A decision to dismiss based on "guess work". Of the combined 18 infringing products of Samsung & LG, and the 25 asserted independent patent claims, it only takes one (1) alleged infringing product of either Samsung or LG to infringe only one (1) asserted independent patent claim, to prove a case of infringement.

"Guess work" is the standard for review established by the Claims Court and affirmed by the Federal Circuit.

When the United States Court of Appeals for the Federal Circuit in Plaintiff's cases *Golden v. Apple Inc. et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267, before filing an opinion on 09/08/2022, the three Circuit Judges of Dyk, Taranto, and Stoll used as their standard of review the following:

"Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570. This standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted). In the patent context, this court has explained that a plaintiff need not "plead facts establishing that each element of an asserted claim is met," *In re Bill of Lading Transmission and Processing Sys. Pat. Litig.*, 681 F.3d 1323, 1335 (Fed. Cir. 2012) (citing *McZeal v. Sprint Nextel Corp.*, 501 F.3d 1354, 1357 (Fed. Cir. 2007)), but must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged." *Id.* at 1341 (alteration in original) (quoting *Twombly*, 550 U.S.

8

at 556). We review the district court's dismissal of the complaint *de novo*. *Anand v. Ocwen Loan Servicing, LLC*, 754 F.3d 195, 198 (4th Cir. 2014)."

Upon review, the three Circuit Judges of Dyk, Taranto, and Stoll considered __all__ of the previous cases directly related to the Apple and Google cases [case nos. 22-1229 and 22-1267] that was currently before the Circuit Court; and, the recommendations, decisions, opinions, and judgements.

The Circuit Judges decided not to dismiss Plaintiff's cases based on the number of times Plaintiff was forced to file because of Court errors [changing the cause of action; improperly petitioning the PTAB; giving the Government another chance at dismissing Plaintiff's case; making a Section 1491(a) the same as a Section 1498(a); CFC adjudicating a 35 U.S.C. Section 271(a) which is outside the Court's jurisdiction; making a violation of antitrust laws the same as 35 U.S.C. Section 271(a); wrongfully dismissing as duplicative; wrongfully dismissing because of page count, etc.] The *Golden v. Apple* case was dismissed *without prejudice* for the following reason:

> "Mr. Golden does not argue that the docketed complaint contains factual allegations beyond those contained in his original complaint or that the allegations in the docketed complaint do anything beyond listing the alleged infringed-upon patent claims and the alleged infringing devices. This is plainly insufficient. We see no error in the district court's *without prejudice* dismissal of the Apple case."

The *Golden v. Google* case was Vacated and Remanded back to the District Court for the following reason:

> "In the Google case, the district court again concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189. The district court

discounted this claim chart because it "contains the exact same language as the claim charts previously rejected by the Federal Circuit [in the 2019 case], although Google Pixel 5 Smartphone appears in the far left column instead of Apple." Dist. Ct. Op. at 4. But to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to. The key column describing the infringing nature of the accused products is not the same as the complaint held frivolous in the 2019 case. It attempts—whether successfully or not—to map claim limitations to infringing product features, and it does so in a relatively straightforward manner. We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart. On remand, the district court should allow the complaint to be filed and request service of process [] … We express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

The Defendants in both cases asked the three Circuit Judges of Dyk, Taranto, and Stoll to affirm dismissal of Plaintiff's cases because the cases are "frivolous" and that Plaintiff is a "serial filer". The Circuit Judges reviewed the District Court case and decided against it.

What that means is, Apple is collateral estoppel from re-litigating the issue of "frivolousness"; the number of times Plaintiff has file cases; and the cause of actions of those cases, because the issues were actually litigated and conclusively resolved by the three Circuit Judges of Dyk, Taranto, and Stoll in *Golden v. Apple Inc. et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267.

Issue preclusion, or collateral estoppel, precludes a party [Apple] from relitigating an issue actually decided in a prior case and necessary to the judgment. In a collateral estoppel case, the issue at the heart of the claim has already been raised and litigated. Issue preclusion prevents a party [Apple] to the first lawsuit, or one in privity [Google] with a party to the first lawsuit,

from re-litigating issues that were actually litigated and conclusively resolved in the first lawsuits (i.e., *Golden v. Apple Inc. et al* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267).

Some jurisdictions and some cases require privity to establish estoppel. This means Apple, the party against whom estoppel is claimed must have had a close relationship with Google. Privity is established when there is a substantive legal relationship between two or more parties. Typically, this relationship involves a mutual interest, such as the same loss, the same measure of damages, or the same or nearly identical issues of fact and law.

Google pays Apple around $15 billion annually to ensure that its search engine is the default option on Apple devices, but the latest news that Google is purportedly paying Apple for searches in Chrome for iOS as part of a search revenue sharing deal is a new development.

The arrangement was first alluded to publicly in an antitrust lawsuit filed on December 27, 2021 in San Francisco. In an amended PDF from March 2022 related to the lawsuit, the complaint alleges that Apple has been paid for the profits it would have made if it had competed with Google:

1. Because more than half of Google's search business is conducted through Apple devices, Apple is a major potential threat to Google;
2. Google pays billions of dollars to Apple and has agreed to share its profits with Apple to eliminate the threat and fear of Apple as a competitor;
3. Google view the aspect of Apple as a potential competitor; and,
4. If Apple becomes a competitor in the search business, Google will lose half of its business.

According to law, any and all evidence of "frivolousness" Apple has presented to prejudice Plaintiff, that's prior to the *OPINIONS* filed on 09/08/2022 in *Golden v. Apple* Case No. 22-1229 and *Golden v. Google* Case No. 22-1267, should be disregarded and stricken because of "issue preclusion", "collateral estoppel", and "privity".

11

## PLAINTIFF-APPELLANT CURED THE DEFICIENCIES IN THE APPLE COMPLAINT AND CLAIM CHART

Plaintiff cured the deficiencies in the Complaint and Claim Chart submitted in *Golden v. Apple Inc*. NDC Case No. 3:22-cv-04152-VC and only because Plaintiff was uncertain if the Circuit Court in this case was relying on the findings in *Golden v. US* CFC Case No. 13-307C; that the sensors identified by Plaintiff "are not native to the devices as manufactured by Apple or Samsung", Plaintiff submitted a claim chart identifying the sensors that are native to the devices as manufactured by Apple or Samsung in this current case.

In the first instance, Plaintiff relied on the three Circuit Judges of Dyk, Taranto, and Stoll's opinion on the complaint and claim chart in *Golden v. Google* CAFC Case No. 22-1267; and decided to duplicate the Apple complaint and claim chart in the areas where the complaint and claim chart were found to be deficient. The Judges described the complaint and claim chart of Google in the following way:

> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189. … to the extent that the chart includes the "exact same language" as previously rejected charts, it is simply the language of the independent claims being mapped to… It attempts— [] —to map claim limitations to infringing product features, and it does so in a relatively straightforward manner. We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart … We express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Plaintiff submitted an Apple complaint and claim chart that is practically identical to the Google complaint and claim chart. Stare decisis is the legal doctrine Plaintiff relied on because it obligates this Court to follow historical cases when making a ruling on a similar case. Stare decisis ensures Plaintiff that cases with similar scenarios and facts are approached in the same way. Simply put, it binds this Court to follow the legal precedent set by the previous decision of this Court in *Google* CAFC Case No. 22-1267.

To demonstrate this not to be an incidental occurrence Plaintiff provided the Court with a smartphone comparison chart of the Google Pixel 5; Apple iPhone 12; Samsung Galaxy S21; LG V60 ThinQ 5G; & Asus/Qualcomm Smartphone for Snapdragon Insiders. The results are the same, they all are practically identical. (**Exhibit E – Smartphone Comparison Between Google, Apple, Samsung, LG, & Asus/Qualcomm**)

In the second instance, Plaintiff demonstrated he cured the deficiencies identified in *Golden v. US* CFC Case No. 13-307C. Plaintiff responded to the deficiencies only because this Court allowed Apple to reference and depend on a case against the Government. Apple cannot be held liable for infringement if Apple is performing work for the Government, and with the Government's authorization and consent.

Plaintiff has reproduced a claim chart filed in this illustrates sensing mechanisms "native" to the smartphones manufactured by Apple. The sensing mechanisms include the smartphone cameras, standard sensors, ports, watches, and cases. (**Exhibit F – The Smartphone was Developed for the Government as a Communication, …**)

To support Plaintiff's claim of products (communication devices) grouped together by common features of design similarities of at least that of a smartphone, a PC, etc. Added to the smartphone group in Exhibit E is a Hewlett Packard PC (**Exhibit G – The New … PC…**)

## ANTITRUST STANDINGS

Clayton Act § 4, 15 U.S.C. § 15 (1976 & Supp. V 1981). Section 4(a) of the Clayton Act provides in pertinent part:

> "Any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee."

To prove that a company has engaged in unlawful monopolization in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2, an antitrust plaintiff must establish that the defendant has monopoly power and has acquired or maintained that power through exclusionary conduct. *See Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*, 472 U.S. 585, 596 n.19 (1985); *United States v. Grinnell Corp.*, 384 U.S. 563, 570-71 (1966).

Conduct is considered exclusionary if it involves "conduct, other than competition on the merits or restraints reasonably 'necessary' to competition on the merits, that reasonably appears capable of making a significant contribution to creating or maintaining monopoly power." *Barry Wright Corp. v. ITT Grinnell Corp.*, 724 F.2d 227, 230 (1st Cir. 1983) (quoting *3 Phillip E. Areeda & Donald F. Turner, Antitrust Law* ¶ 626, at 83 (1978)).

Just as Plaintiff described in the first section of this document, as long as Plaintiff has valid patents, standings for reparations and antitrust injury violations continue to exist. Valid patents prove Plaintiff was in possession of the intellectual property before the technology was used to stimulate the economy and strengthen competition, and before the formation of Apple's monopoly [maintain the monopoly] with the sale of products covered by Plaintiff's valid patents.

14

Sincerely,

Date: May 16, 2023

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of May, 2023, a true and correct copy of the foregoing "Plaintiff-Appellant's Petition for Rehearing and Rehearing En Banc", was served upon the following Defendant by priority "express" mail:

> Julia K. York
> SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
> 1440 New York Avenue, NW
> Washington, DC 20005
> Phone: (202) 371-7000

> Larry Golden, Pro Se
> 740 Woodruff Rd., #1102
> Greenville, South Carolina 29607
> atpg-tech@charter.net
> 864-288-5605

16

# Exhibit A

# THE GOVERNMENT ENTERED INTO AGREEMENTS WITH APPLE, SAMSUNG, LG, AND QUALCOMM FOR THE DEVELOPMENT AND COMMERCIALIZATION OF GOLDEN'S 'CMDC' DEVICE



## WHY WAS THE "SMARTPHONE INVENTED"

**The Government was Given Notice of Three Economic Stimulus and Terrorist Prevention Packages: "The Saferack Project", "The V-Tection Project", and "The Anti-Terrorism Product Grouping (ATPG) Project":**

Six months after the DHS was established on Nov. 25, 2002, Petitioner receive a response letter on May 21, 2003 from the Honorable Senator Fritz Hollings: "I have contacted the Department of Justice and the Department of Homeland Security to try to be of assistance"; on June 3, 2003 from the Office of the Vice President, Dick Cheney: "[y]our correspondence has

been forwarded to the Department of Homeland Security for review. You will hear back directly from the Department"; on October 1, 2003 from the Honorable Senator Fritz Hollings: "[t]hank you for contacting me regarding your difficulty with receiving a response from the Department of Homeland Security"; on October 21, 2003 from the Honorable Senator Lindsey Graham: "I have contacted the Department of Homeland Security on your behalf. I have asked that they review your request and respond directly to you"; on June 20, 2005 from the Office of the President, George Bush: "[t]hank you for your letter regarding homeland security technology procurement. Please know I have forwarded it to the Department of Homeland Security for review and response". (STATUS REPORT: CD of Petitioner's Discovery Documents: CFC Case No. 13-307C; Dkt. No. 101; filed 02/17/2017). Also, copies of the letters can be found on my website: atpg-tech.com; click on *Larry Golden v. The United States*.

## ADDITIONAL NOTICES GIVEN THE UNITED STATES

I. 2006: DoD/DARPA/SPO; BAA06-02; A.1.4 Defense against Chemical Biological Radiological Weapons. Abstract for Review to the Attention of Deputy Director Brian Pierce, Dr. Wayne Bryden, Mr. Thomas P. McCreery

II. 2006: HSARPA/SBIR; 1.1 DHS S&T TOPICS; SBIR/STTR TOPIC NUMBER: H-SB06.2-001; TITLE: SYSTEM FOR DESIGNING AND EVALUATING CHEMICAL OR BIOLOGICAL AGENT SENSOR NETWORKS. Abstract for Review to the Attention of: Mr. Mike McLoughlin

III. 2006: HSARPA/SBIR; 1.1 DHS S&T TOPICS; SBIR/STTR TOPIC NUMBER: H-SB06.2-003; TITLE: ADVANCED UNATTENDED GROUND SENSOR (UGS) TECHNOLOGIES. Abstract for Review to the Attention of: Ms. Leslee Shumway

IV. 2006: SBIR/STTR, SWIFT Tour September, 2006; Topic: Ten federal agencies collaborate to sponsor the 2006 SWIFT Tour; Executive Summary submitted to each Federal agency participating in the SWIFT Tour included NIH, DOT, NSF, DOE, Navy, Air Force, Army, DARPA, DoD, Chem-Bio Defense, NASA, and the DHS. Deborah Akwei at (202) 889-5064.

V. 2006: DHS/HSARPA/SBIR Science and Technology (S&T) Directorate Topic: High risk, high payoff R&D initiatives Executive Summary/Proposal submitted by E-mail correspondence to: Ms. Elissa (Lisa) Sobolewski; DHS/SBIR Program Manager

VI. 2007: DHS; S&T Directorate Borders and Maritime Division Topic: "White Paper" Submission for SAFECON (BAA07-02A); RFI Submitted to the attention of: Margo L. "Margo" Graves; Team Lead / Contracting Officer

VII. 2007: U.S. Army/ECBC; Topic: ECBC agreed to develop chemical, biological, and explosives detectors, under the SAFECON BAA. Collaborative Agreements with: Daniel M. Nowak; Program Manager. Contact: 410-436-5631; daniel.nowak@us.army.mil. Dr. Augustus W. Fountain III; Chief Scientist. Contact: 410-436-0683; augustus.w.fountain@us.army.mil

VIII. 2007: Senate Committee on Homeland Security and Governmental Affairs. Topic: Container Security: "White Paper" Submission for DHS; SAFECON Project; RFI Letter sent to the Attention of: Joe Lieberman; Chairman Senate Committee on Homeland Security and Governmental Affairs, 340 Dirksen Senate Office Building, Washington, D.C. 20510

IX. 2007: US Naval Research Laboratory (NRL); Topic: Biochemical, and logistical preparations to integrate a biosensor with an appropriate air collector. Collaborative Agreements with: Chris R. Taitt; Program Manager. Contact: 202-404-4208; chris.taitt@nrl.navy.mil; Paul T. Charles; Contact person. Contact: 202-404-6064; paul.charles@nrl.navy.mil

X. 2007: DOE/ORNL Topic: Oak Ridge National Laboratory agreed to develop Chemical, Explosive, Radiological, and Nuclear detectors. Collaborative Agreements with: Blair Ross; Program Manager Contact: 865-576-1034; rossb@ornl.gov. Richard L. Stouder; Contact Person. Contact: 865-574-3053; stouderrl@ornl.gov

XI. 2007: DHS; S&T Directorate Office of Procurement Operations. Topic: "White Paper" Submission for *"CELL-ALL Ubiquitous Biological and Chemical Sensing"* (BAA07-10); RFP. Submitted to the attention of: Margo L. "Margo" Graves; Team Lead / Contracting Officer

XII. 2007: During the year 2007, several conversations were held with Jim Culbertson (On-Star); General Motors Global Process Leadership in Warren, MI; General Motors Research and Development (R&D) Center; and, General Motors Technology Portal, Silicon Valley, CA. A letter was also sent to the Chairman & CEO of General Motors, G. Richard Wagoner, informing Mr. Wagoner that the General Motors "Stolen Vehicle Slowdown System" the company announced in October, 2007, is in fact the same system I discussed with several of its employees during the year 2007.  A copy of the letter written to the Chairman and CEO of General Motors:

**ATPG TECHNOLOGY, LLC**
*Anti-Terrorism Product Grouping*
**Larry Golden, CEO**
522 Peach Grove Place, Mauldin, SC 29662
E-mail: lgolden5605@charter.net; E-mail: atpg-tech@charter.net
Bus. 864-288-5605 / Mobile: 864-320-0012

April 14, 2008

General Motors Corporation
G. Richard Wagoner, Jr, Chairman & CEO
P.O. Box 33170
Detroit, MI 48232-5170

Dear Mr. Wagoner:

I've made several attempts to contact Representatives of GM. I talked with and forwarded information to a few Representatives of both OnStar and GM last year during the months of March and April of 2007.

I shared with them technology I had at that time "patent pending" that is designed to stop moving vehicles. I wanted OnStar and GM to collaborate with me in responding to a Government solicitation.

I tried again to contact OnStar and GM when you made the announcement on October 8, 2007 of having technology that will stop moving vehicles which caused your share price to move upward $4 dollars over the next 4 days (value, $2.2 billion).

I need to know if you have a patent for the technology. If you do, please send that information to me. My Patent Attorney and the PTO didn't find one. My patent application and all the claims have been allowed by the PTO.

If I don't hear back from you in a couple of days, my plans are to do a cease-and- desist for the 2 million, 2009 vehicles you have scheduled to roll out with that technology.

Thanks,
*Larry Golden*
Larry Golden, CEO

PREVENTING VEHICULAR TERRORIST ATTACKS WITH A STALL, STOP,

VEHICLE SLOWDOWN SYSTEM

**Patent Claim**    A vehicle adapted for receipt of a signal from a remote location to remotely control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means;

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

wherein a user determines that the vehicle has been stolen and in response initiates a distress signal communication over a communication network that causes communication between the vehicle and the remote location and that then causes the at least one control signal to be sent from the remote location via the communication network that includes at least one of a cell phone tower and a satellite.

XIII. 2008: DHS; S&T Directorate Topic: "Read-Ahead" request made by Edward Turner prior to a face-to-face meeting at DHS. Subject matter: "Multi detection; Cell phone detection; Lock disabling; and, Stall-to-Stop "Read-Ahead" document submitted to; and face-to-face meeting held with: Edward Turner; DHS Program Manager. Doug Lane; DHS Liaison

XIV. 2008: DHS S&T LONG RANGE BROAD AGENCY ANNOUNCEMENT (BAA08-01). Topics: Cargo Container Security Device; Cell Phone Detection System; Stall-to-Stop Device "White Paper" submitted to the attention of: David Newton; Acting Division Head, Borders and Maritime Division. Contact: S&T-BordersMaritime@dhs.gov

XV. 2008: DoD/DARPA Strategic Technologies Office; (BAA) 08-10. Topic areas: 1- WMD Defense; 2- Small Unit Operations; 3- Maritime Operations; 4- Core Strategic Technologies. Submitted: A one-page "Executive Summary" via the web-based TFIMS application at http://www.tfirms.darpa.mil/baa

XVI. 2008: DHS; S&T Directorate Office of Procurement Operations "TRUST" INDUSTRY DAY. Topic: A device to detect WMD threats, Contraband; CBRNE substances contained within a maritime shipping container. Panel discussion and Proposal submission: Dave Masters; "TRUST" Program Manager

XVII. 2009: DHS; S&T Directorate Office of Procurement Operations Topic: "White Paper" Submission for "TRUST" solicitation RFI. Submitted to the attention of: Emily Graham, Contract Specialist. Contact: 202-254-5611; Emily.graham@dhs.gov

XVIII. 2009: DHS; S&T Directorate Office of Procurement Operations. Topic: Proposal Submission for *"CELL-ALL Ubiquitous Biological and Chemical Sensing"* (BAA07-10); E-mail correspondence and proposal to: Stephen Dennis, Program Manager http://cellall.webcaston.tv/home/homepage.php>

XIX. 2009: DHS; S&T Directorate. Topic: "TRUST" (BAA) 09-17: A device to detect WMD threats, Contraband; CBRNE-H substances contained within a maritime shipping container. Full proposal submission made to the attention of: Director of Innovation. Contact: BAA09-17@hq.dhs.gov

7

XX. 2009: DHS LEGISLATIVE AFFAIRS. Topic: Letter of support sent from the Honorable Congressman Bob Inglis office 4th District of South Carolina in reference to the "TRUST" project. Letter sent to: Eddie Gleason, DHS Director; OLA

XXI. 2010: Subcommittee on Emerging Threats, Cybersecurity, Science and Technology. Topic Area: CBRNE Security Meeting Request with U.S. Representative Yvette D. Clarke 1029 Longworth HOB Letter sent to the Attention of: Algene Sajery FBO / U.S. Representative Yvette D. Clarke, 1029 Longworth HOB, Washington, DC 20515

XXII. 2010: DHS; S&T Directorate (LRBAA10-01). Borders and Maritime Division. Topic: Border Security; Maritime Security; Cargo Security. Title of "White Paper" proposal: "Integrated Systems for Border and Maritime Security". "White Paper" submitted to: SandT-BordersMaritime@dhs.gov

XXIII. 2011: DHS; S&T Directorate (LRBAA10-01).Borders and Maritime Division. Topic: Border Security; Maritime Security; Cargo Security; Title of "White Paper" proposal: "Integrated Systems for Border and Maritime Security". Response Letter from: Cherita Thomas, Associate Director/Contracting Officer. Department of Homeland Security Office of Procurement Operations Science and Technology Acquisition Division

XXIV. 2011: White House Office of Science and Technology Policy. Executive Office of the President. Topic Area: Brake Override System. Letter sent to the Attention of: Aneesh Chopra, U.S. Chief Technology Officer, 725 17th Street Room 5228, Washington, DC 20502

XXV. 2011: Larry Golden's written Testimony Topics: *Mandate for brake override systems; Dual-use technology; Economic stimulus package.* Prepared for: The Honorable Aneesh Chopra U.S. Chief Technology Officer White House Office of Science and Technology Policy Executive Office of the President

XXVI. 2011: Larry Golden's written Testimony. Topics: *Mandate for brake override systems; Dual-use technology; Economic stimulus package.* Prepared for: The Honorable David L. Strickland Administrator National Highway Traffic Safety Administration

XXVII. 2011: Larry Golden's written Testimony. Topics: *Mandate for brake override systems; Dual-use technology; Economic stimulus package.* Prepared for: Committee on Energy and Commerce Subcommittee on Oversight and Investigations U.S. House of Representatives

XXVIII. 2011: Larry Golden's written Testimony. Topics: *Mandate for brake override systems; Dual-use technology; Economic stimulus package.* Prepared for: The Honorable Trey Gowdy S.C. Representative; District Number 4. U.S. House of Representatives

XXIX. 2011: Larry Golden's written Testimony. Topics: *Mandate for brake override systems; Dual-use technology; Economic stimulus package.* Prepared for: The Honorable Nikki Haley. Governor S.C. Office of the Governor

XXX. 2013: Secretary's Office of DHS. Submissions made to: Ms. Janet Napolitano, Secretary of DHS. Mr. Ivan K. Fong, General Counsel of DHS

# BORDER SECURITY

SBInet was a program initiated in 2006, created under U.S. Customs and Border Protection to design a new integrated system of personnel, infrastructure, technology, and rapid response to secure the northern and southern land borders of the U.S. DHS decided to have development of SBInet managed by a single private contractor.

On September 21, 2006 DHS announced the award of the SBInet contract to Boeing. Boeing, holding the primary contract, subcontracted many portions of the design, development, implementation, and maintenance of the program, while Boeing handled the majority of the management aspects.

SBInet was controlled by an indefinite delivery/indefinite quantity contract extending through September 30, 2009, with three one-year option periods. The only commitment DHS

made was to pay for a 28-mile pilot section of SBInet in the Tucson sector of the Arizona-Mexico border. The cost of the pilot section was estimated at $67 million. The value of Boeing's three-year contract to build SBInet across both the northern and southern borders was estimated by various sources at various times to be between $2 billion and $8 billion. The technology included:

**Tower system:** Towers were meant to be set up along the border, with varying surveillance and communications equipment. Towers were slated to include radar, long-range cameras, broadband wireless access points, thermal imaging capabilities, ground sensors, and motion detectors.

**Command centers:** All of the information received by sensors were meant to go to command centers, where a "common operating picture" would have been compiled and shared with other agencies. The common operating picture would have appeared on computer screens as a geospatial map, where border entries are tracked in real time. Command center personnel were supposed to be able to click on a given entry, view the entry, and assess the threat using the long-range cameras on the towers.

**Border Patrol response:** Border Patrol agents were meant to carry PDAs with GPS capabilities, to allow the command center to track the location of agents prohibiting illegal entries and watch the encounter in real time on the common operating picture. Additionally, the PDAs were supposed to have advanced finger print identification technology, to allow Border Patrol agents to identify an individual at the prohibition site immediately and the ability to view and control tower cameras from their PDA. In addition, Border Patrol agents will be given laptops in the patrol car.

**Airborne sensors:** Airborne sensors on unmanned aerial vehicles (UAVs) were meant to fill in gaps in the "virtual fence" in remote areas where building and maintaining towers was impractical.

Janice Kephart of the Center for Immigration Studies defended SBINet, writing, "SBInet is still operational where it was deployed, despite the widespread notion that the light switch was turned off. She stated, "the reason SBInet is still operating is because it works".

DHS Secretary Janet Napolitano ordered an assessment of the project in January 2010 and in March 2010 froze additional funding. On Jan. 14, 2011, DHS said it would redirect

funding originally intended for SBInet—including fiscal 2011 SBInet funds—to the new border security technology effort.











Source: GAO analysis of U.S. Customs and Border Protection (CBP) information; CBP (photos).  |  GAO-17-152

**Patent Claim**    A multi sensor detection system capable of identifying, monitoring, detecting, and securing those critical areas (e.g., U.S. borders), sites, locations and facilities vulnerable to terrorist activity that can be integrated with and interconnected to watchtowers to form a network, comprising:

at least one of an integrated watchtower, a fixed watchtower, a surveillance watchtower, a watchtower capable of scanning, a watchtower capable of monitoring, a watchtower equipped with sensors or a watchtower interconnected to a central monitoring terminal for sending signals thereto and receiving signals therefrom;

wherein the at least one watchtower is equipped with a remote video surveillance camera that provides at least one night vision means of surveillance or an infrared human detection means of surveillance capability and is integrated into a watchtower's remotely controlled system that can monitor, detect, track, and identify humans;

a communication device of at least one of a mobile communication device, a mobile communication unit, a portable communication device, portable communication equipment, a wired communication device, a wireless communication device, a monitoring site, a monitoring terminal, a web server, a desktop personal computer (PC), a notebook personal computer (PC), a laptop, a satellite phone, a smart phone, a cell phone, a Universal Mobile Telecommunications System (UMTS) phone, a personal digital assistant (PDA), a liquid crystal display (LCD) monitor, a satellite, or a handheld, interconnected to a monitoring equipment for sending signals thereto and receiving signals therefrom;

a communication method of at least one of a Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN), Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), or central processing unit (CPU), used to interconnect the communication device to the monitoring equipment for sending signals thereto and receiving signals therefrom;

a plurality of sensors for detecting or sensing humans that is at least one of a chemical human sensor, biological human sensor, radiological human sensor, infrared human detector, motion human detector, or image human detector, interconnected to or disposed within the multi-sensor detection system for sending signals thereto and receiving signals therefrom;

a mobile multi-sensor detection device that is at least one of a ground surveillance sensor,

13

a surveillance radar sensor, a surveillance camera, or a stand-alone surveillance scanner, that is mounted in, on, or upon at least one of a car, a truck, a camper, a bus, a van, an unmanned aerial vehicle (UAV), an unmanned ground vehicle (UGV), or a utility vehicle, interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

a hand-held multi-sensor detection device that is capable of at least one of thermal imaging or infrared imaging for monitoring, detecting, tracking and identifying humans, that is controlled or operated by at least one authorized person who is an owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, or monitoring site and terminal personnel, interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom, wherein the authorized person manually initiates the signal to the monitoring equipment to alert upon the monitoring, detecting, tracking and identifying of the human;

whereupon, detection by the mobile multi-sensor detection device causes an automatic signal transmission to be sent to, or received from, any products in product grouping categories of storage and transportation, sensors, detector case; modified and adapted, monitoring and communication devices, communication methods, biometrics;

whereupon, detection of an unauthorized vehicle, an unauthorized driver or operator of a vehicle or mobile unit, a signal is sent from the communication device to the vehicle or mobile unit to stop, stall or slowdown the vehicle;

wherein, a communication device of at least one of a mobile communication device, mobile communication unit, a portable communication device, portable communication equipment, a wired communication device, a wireless communication device, a monitoring site, a monitoring terminal, a web server, a desktop PC, a notebook PC, a laptop, a satellite phone, a smart phone, a cell phone. a UMTS phone, a PDA, a LCD monitor, a satellite, or a handheld, interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom, comprising a lock disabling mechanism that is able to engage (lock), and disengage (unlock) and disable (make unavailable) after a specific number of tries.

**Patent Claim**    The multi sensor detection system of claim 1, capable of identifying,

monitoring, detecting, and securing those critical areas (e.g., U.S. borders), sites, locations and facilities, further includes the identifying, monitoring, and detecting of terrorist, that is at least one of an illegal, radical, fanatic, activist, revolutionist or rebel.

**Patent Claim**    The multi-sensor detection system of claim 1, further includes a global positioning system (GPS) receiver adapted for communication with at least one satellite.

**Patent Claim**    The multi-sensor detection system of claim 1, further includes a navigation system adapted for communication with at least one of the surveillance watchtowers.

**Patent Claim**    The multi-sensor detection system of claim 1, capable of forming a wired or wireless sensor network.

**Patent Claim**    The multi-sensor detection system of claim 1, capable of transmitting identification data, location data, power source data, and sensor data.

**Patent Claim**    The multi-sensor detection system of claim 1, capable of being embedded into; placed in, on, or adjacent to at least one of the products in the product grouping categories or an area targeted for monitoring.

**Patent Claim**    The multi-sensor detection system of claim 1, capable of sending signals thereto and receiving signals therefrom to engage (lock), disengage (unlock) and disable (make unavailable) a lock after a specific number of tries that is interconnected to the multi sensor detection system or monitoring equipment.

**Patent Claim**    The multi-sensor detection system of claim 1, capable of transmitting biometric and authentication data include, but is not limited to, at least one of fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

**Patent Claim**    The multi-sensor detection system of claim 1, interconnected with a camera to

view the environment in real-time or to store the data for transmission and review at a later time.

**Patent Claim**    The multi-sensor detection system of claim 1, interconnected with a camera; light and video sensors to allow the user to view the environment from at least one of a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site.

**UNMANNED AERIAL VEHICLE (UAV) / UNMANNED GROUND VEHICLE (UGV)**





**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle for stopping or slowing a vehicle that is in operation with or without a user, driver or operator inside the vehicle.

**Patent Claim**    The multi-sensor detection and automatic/mechanical lock disabler system of claim 12 wherein the cell phone detector case includes telecommunication and radio communication means that are interactive with any type of motive vehicle that includes but is not limited to cars, trucks, vans, SUVs, trains, subways, boats, ships, UAVs, UGVs, and airplanes.

**Patent Claim**    The communication device of claim 11 wherein the communication device includes telecommunication, telematics, long and short range radio frequency communication

means that are interactive with any type of motive vehicle that includes, but is not limited to cars, trucks, vans, SUVs, trains, subways, boats, ships, UAVs, UGVs, and airplanes.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case includes telecommunication, telematics, long and short range radio frequency communication means that are interactive with any type of motive vehicle comprising a car, truck, van, SUV, train, subway, boat, ship, UAV, UGV, or airplane.

## ELECTROMAGNET PULSE, ELECTROSTATIC DISCHARGE, MICROWAVE BEAM OR RADIO FREQUENCY TO STALL, STOP, OR SLOW-DOWN A VEHICLE



**Patent Claim**    A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle;

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

wherein the at least one control signal is sent due to unauthorized use of the vehicle, and wherein an originating first signal that eventually causes the at least one control signal to be sent is generated upon initial verification of the unauthorized use of the vehicle;

at least one mobile, portable, or fixed device capable of sending the at least one control signal from the remote location that is of electromagnet pulse, electrostatic discharge, microwave beam or radio frequency, to disable the computer, electrical, fuel and air systems of the vehicle or a combination of the computer, electrical, fuel and air systems that include but are not limited to the brakes, foot peddle, lights, speed controls, ignition, steering, transmission, and horsepower of the motor.


# AUTONOMOUS VEHICLE EQUIPPED WITH AN ELECTROMAGNET PULSE, ELECTROSTATIC DISCHARGE, MICROWAVE BEAM OR RADIO FREQUENCY TO STALL, STOP, OR SLOW-DOWN A VEHICLE



**Patent Claim**   A vehicle adapted for receipt of a signal from a pre-programmed automated system to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle;

20

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means to stall or slow down the vehicle; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

wherein the receivers, the computer system, and the electrical system are part of at least one pre-programmed operating system of unintended acceleration, pre-crash, reverse acceleration, stabilization, lane departure, cruise control, driverless vehicle, and chemical biological radiological nuclear explosive (CBRNE) detection;

wherein the control signal to activate the stall-to-stop or vehicle slowdown is not remote from the vehicle and the signal to activate is initiated when at least one of the vehicle's operating systems for monitoring the vehicle's condition exceeds a pre-programmed vehicle operating system parameter.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, pre-programmed automated system further including a cellular communication device adapted for communication with at least one cell phone tower; further including, at least one satellite connection capable of communicating with the pre-programmed automated system; further including, at least one modem connection for short and long range radio frequency transmissions with the pre-programmed automated system.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means when sensors of at least one of; navigation, camera, radar, guidance, motion, distance, weight, height are interconnected to the vehicles onboard electrical system

and/or computer system for controlling at least one of a brake, a brake override system, an electronic throttle, a foot peddle, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when there is an in-vehicle notification warning of: crash, vehicle parking, speeding; driving too fast for conditions; construction zone; school zone; accident ahead; brake failure; acceleration/deceleration failure; acceleration/deceleration cruise control.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when the vehicle is in forward movement, backward or reverse movement, side movement, cruise control movement, or lane departure movement or when the vehicle moves outside a designated perimeter or zone.

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 23, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when there is a detection of a bomb, weapon of mass destruction, chemical or biological agents, located in, on, or adjacent to a vehicle.

## MARITIME CARGO CONTAINER DETECTION DEVICE



**Patent Claim**    A maritime cargo container multi-sensor detection system for monitoring products and for detecting at least one explosive, nuclear, contraband, chemical, human, biological, or radiological agents so that terrorist activity can be prevented, comprising:

a plurality of sensors for detecting the at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and capable of being disposed within a multi-sensor detection device;

monitoring equipment located at a determinate site that is remote from the maritime cargo container and not in contact with the maritime cargo container, to include, but is not limited to at least one of computers, laptops, notebooks, PCs, handhelds, readers, cell phones, PDAs or smart phones for the receipt and transmission of signals therebetween;

at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

at least one satellite capable of transmitting signals to the monitoring equipment and receiving signals from the monitoring equipment;

at least one satellite or at least one cell phone tower capable of signal communication with the maritime cargo container multi sensor detection device;

at least one modem for short and/or long range radio frequency communication with the maritime cargo container multi sensor detection device;

at least one interface for establishing a remote, global communications and tracking network that works with the maritime cargo container multi-sensor detection device;

at least one internet connection capable of communication between the maritime cargo container multi sensor detection device and the monitoring equipment;

whereupon a signal sent from a maritime cargo container multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment that includes the transmitting of location data and sensor data.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, further includes a global positioning system (GPS) receiver adapted for communication with at least one satellite.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of forming a wired or wireless sensor network.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of forming a mesh network for redundancy.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of transmitting identification data, location data, power source data, and sensor data.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, wherein the power source is electrical, battery, solar, or a combination thereof.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of being embedded into; placed in, on, or adjacent to a product or area targeted for monitoring.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of sending signals thereto and receiving signals therefrom to lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the multi sensor detection device and monitoring equipment.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, capable of transmitting biometric and authentication data include, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56, interconnected with a camera to view the environment in real-time or to store the data for transmission and review at a later time.

**Patent Claim**    The maritime cargo container multi-sensor detection system of claim 56,

interconnected with a camera; light and video sensors to allow the user to view the environment from a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 56, wherein the maritime cargo container multi-sensor detection device is capable of receiving signals and messages from, and sending signals and information to, at least one of; a remote lock, a remote communication device, a vehicle and another multi-sensor detection device.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 56, wherein the maritime cargo container multi-sensor detection device is capable of communicating through a physical interface.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of a unique ID number with authentication; timing/location signal; sensor status; battery condition, stored sensor messages, and can alert a remote monitor.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of monitoring and allowing transmission and propagation of containers while stacked, either afloat or ashore.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of having interfaces with environmental and security sensors and is able to interrogate and pass data from the sensors.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of capable of communicating a security alert globally through the use of radio frequency, cellular and satellite technology.

**Patent Claim**     The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of sending signals and messages to; receiving signals

and messages from; at least one of a cell phone, a smart phone, a PDA, a handheld, a laptop, a desktop, a workstation or monitoring site.

## SEAPORT CRANE, HARBOR CRANE OR STRADDLE-CARRIER



**Patent Claim**    A maritime cargo container multi-sensor detection system for monitoring and for detecting at least one explosive, nuclear, human, contraband, chemical, biological, or radiological agents and compounds so that terrorist activity can be prevented, comprising:

a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds;

monitoring equipment located at a determinate site that is remote from the maritime cargo container and not in contact with the maritime cargo container, that is at least one of a computer, laptop, notebook, PC, handheld, transceiver, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween;

at least one of a modem for short and/or long range radio frequency, a cellular connection, a Wifi connection, a satellite connection, an interface connection, or an internet connection, interconnected to the monitoring equipment for sending signals and messages thereto and receiving signals and messages therefrom;

26

a maritime cargo container multi-sensor detection device that is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of loading, offloading, or transport within the seaport terminal facility;

whereupon a signal sent from the maritime cargo container multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data.

**Patent Claim**    The multi-sensor detection system of claim 136, further includes a global positioning system (GPS) receiver adapted for communication with at least one satellite.

**Patent Claim**    The multi-sensor detection system of claim 136, capable of forming a wired or wireless sensor network.

**Patent Claim**    The multi-sensor detection system of claim 136, capable of forming a mesh network for redundancy.

**Patent Claim**    The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of transmitting identification data, location data, power source data, and sensor data.

**Patent Claim**    The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, wherein the power source is electrical, battery, solar, or a combination thereof.

**Patent Claim**    The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of sending signals thereto and receiving signals therefrom to lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the maritime cargo container multi sensor detection device and monitoring

equipment.

**Patent Claim**   The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of transmitting biometric and authentication data that includes, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

**Patent Claim**   The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, interconnected with a camera; light and video sensors to allow the user to view the environment from at least one of a cell phone, a smart phone, a PDA, a handheld, a laptop, a desktop, a workstation or a monitoring site.

# A COMMUNICATING, MONITORING, DETECTING, AND CONTROLLING (CMDC) DEVICE FOR BORDER SECURITY

### CMDC DEVICE / BIOMETRIC DATA BASE FOR REGISTERING IMMIGRANTS



**Patent Claim**    The multi-sensor detection system of claim 1, capable of transmitting biometric and authentication data include, but is not limited to, at least one of fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

**Patent Claim**    The multi sensor detection security systems of claim 145, further including biometrics of at least one of, but not limited to fingerprints, iris, signature and voice to prevent entry or exit of unauthorized persons.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed to be used with biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.

**Patent Claim**    The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of transmitting biometric and authentication data including, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

**Patent Claim**    The communication device of claim 11 wherein the communication device is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals

**CMDC DEVICE / HOME, BUILDING, AND CARGO CONTAINER LOCKS**



**Patent Claim**   Monitoring equipment that is at least one of products grouped together by common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to at least one of a home lock, a building lock, or a cargo container lock for communication therebetween; the monitoring equipment comprising:

at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between the monitoring equipment and the lock;

a transmitter for transmitting signals and messages to at least one of a home lock, a building lock, or a cargo container lock;

a receiver for receiving signals from at least one of a home lock, a building lock, or a cargo container lock;

a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

a short-range radio frequency (RE) connection that is near-field communication (NFC);

at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long

range radio frequency (RF) connection, short range radio frequency (RE) connection, or GPS connection that is capable of signal communication with the transmitter or the receiver;

at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and,

the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a home lock, a building lock, or a cargo container lock whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the home lock, building lock, or cargo container lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment.

**CMDC DEVICE / UNMANNED AERIAL, LAND, SEA VEHICLE LOCKS**



Smartphone Controlled Drone Market

**Patent Claim**    Monitoring equipment that is at least one of products grouped together by

common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal, digital assistant (PDA) or smart phone interconnected to a vehicle lock for communication therebetween; the monitoring equipment comprising:

at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between the monitoring equipment and the lock;

a transmitter for transmitting signals and messages to at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock;

a receiver for receiving signals from at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock;

a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

a short-range radio frequency (RF) connection that is near-field communication (NFC);

at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection that is capable of signal communication with the transmitter or the receiver;

at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and,

the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock, whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the manned or unmanned aerial vehicle lock, manned or unmanned ground vehicle lock, or manned or unmanned sea vehicle lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment.

**CMDC DEVICE / INTERNET OF THINGS (IoTs) FOR BORDER SECURITY**



**Patent Claim**   A monitoring equipment, comprising:

at least one central processing unit (CPU);

at least one motion sensor in communication with the at least one CPU;

at least one light indicator in communication with the at least one CPU;

at least one viewing screen for monitoring in communication with the at least one CPU;

at least one global positioning system (GPS) connection in communication with the at least one CPU;

at least one of an internet connection or Wi-Fi connection in communication with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least one CPU for providing biometric authentication to access the communication device;

at least one or more detectors in communication with the art least one CPU for detecting at least one of a chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the **communication device is capable of communicating, monitoring, detecting, and controlling.**

## CMDC DEVICE / FOR MILITARY AND BORDER SECURITY PERSONNEL



**Patent Claim**    The communication device of claim 11 wherein the communication device having products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

**CMDC DEVICE / ENABLES (MAKE AVAILABLE) THE CMDC DEVICE
AFTER A BIOMETRIC FINGERPRINT OR FACIAL AUTHENTICATION
IS MADE TO THE DEVICE BY AN AUTHORIZED USER** (The first smartphone with
a fingerprint reader was the Motorola Atrix 4G in 2011)



**Patent Claim**    A monitoring device, comprising:

     at least one central processing unit (CPU);

     at least one temperature sensor in communication with the at least one CPU for
monitoring temperature;

     at least one motion sensor in communication with the at least one CPU;

     at least one viewing screen for monitoring in communication with the at least one CPU;

     at least one global positioning system (GPS) connection in communication with the at
least one CPU;

     at least one of an internet connection or a Wi-Fi connection in communication with the at
least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;

at least one sensor for chemical, biological, or human detection in communication with the at least one CPU;

one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that **the communication device is capable of communicating, monitoring, detecting, and controlling.**

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed to be used with biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.

36

**CMDC DEVICE / LOCATION FOR THE CMDC DEVICE ITSELF;
INTERCONNECTED TO THE MULTI SENSOR DETECTION DEVICES; THE STALL
TO STOP SYSTEMS; AND, THE LOCKING MECHANISMS**



Apple Location Services allows Apple and third-party apps and websites to gather and use information based on the current location of your iPhone or Apple Watch to provide a variety of location-based services. To use features such as these, you must enable Location Services on your iPhone and give your permission to each app or website before it can use your location data. Location Services uses GPS and Bluetooth (where those are available) along with crowd-sourced Wi-Fi hotspot and cell tower locations to determine your device's approximate location. Your Apple Watch may use the location of your paired iPhone if it is nearby.

If Location Services is on, your iPhone will periodically send the geo-tagged locations of nearby Wi-Fi hotspots and cell towers in an anonymous and encrypted form to Apple, to be used for augmenting this crowd-sourced database of Wi-Fi hotspot and cell tower locations.

By enabling Apple's Location Services, location-based system services such as these will also be enabled:

- **Traffic**: If you are physically moving (for example, traveling in a car), your iPhone will periodically send GPS locations and travel speed information in an anonymous and encrypted form to Apple, to be used for augmenting a crowd-sourced road traffic database.
- **Significant Locations**: Your iPhone will keep track of places you have recently been, as well as how often and when you visited them. This data is encrypted and stored only on your device and will not be shared without your consent. It is used to provide you with personalized services, such as predictive traffic routing.
- **Location-Based Suggestions**: If you turn off Location Services for Location-based Suggestions, Apple may use the IP address of your internet connection to approximate your location by matching it to a geographic region.
- **Location-Based Alerts**: Your iPhone and Apple Watch will use your location in order to provide you with geographically-relevant alerts, such as a reminder to call someone when you get to a specific place.
- **Share My Location**: You can choose to share your current location with others, on a temporary or ongoing basis, from within certain apps such as Messages and Find My Friends.
- **HomeKit**: Your iPhone will use your location to enable accessories to turn on or off when you arrive at or leave a specific location, such as turning on your lights when you get home.
- **Emergency Calls & SOS**: When you make an emergency call, in addition to location already provided to emergency services, your iPhone will make supplementary location data available through the Enhanced Emergency Data service, where supported. In addition, triggering emergency SOS will send location to your emergency contacts at the end of the call.

**Quote from the "CellAll" Proposal submitted to the DHS in 2007**, "Initially the SMD will look to the on-board GPS (if provided) to determine position. If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from its own GPS. When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength. If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position. If all these options fail, the last known position can be augmented with the on board accelerometers to

estimate the current position which will be reported to the control centers and annotated as a last position and a possible position."

**Patent Claim**    The communication device of claim 11 wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, or a GPS connection.

**Patent Claim**    The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler includes at least one of: a Blue tooth connection, a Wi-Fi connection, a short and long range radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are interconnected to the central processing unit (cpu).

**Patent Claim**    The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 11, wherein a communication link is present of at least one of a Wi-Fi connection, a Broadband connection, an Internet connection, a Cellular connection, a Radio Frequency (RF) connection, a Bluetooth connection, and a Satellite connection, capable of signal communication thereto and therefrom monitoring equipment and a central processing unit (CPU) or a transceiver on the vehicle.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device includes at least one of; a Blue tooth connection, a Wi-Fi connection, a short and long range radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are capable of being interconnected to a central processing unit (cpu) of the communication device.

39

CMDC DEVICE / DISABLE (MAKE UNAVAILABLE) THE CMDC DEVICE
AFTER MULTIBLE FAILED ATTEMPTS TO DENY ACCESS TO THE DEVICE
BY UNAUTHORIZED USERS (In 2014, Apple's "Find my iPhone" and Google's
"Android Device Manager" can locate, disable, and wipe the data from phones).



**Patent Claim**    A monitoring device, comprising:

at least one central processing unit (CPU);

at least one temperature sensor in communication with the at least one CPU for monitoring temperature;

at least one motion sensor in communication with the at least one CPU;

at least one viewing screen for monitoring in communication with the at least one CPU;

at least one global positioning system (GPS) connection in communication with the at least one CPU;

at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;

at least one sensor for chemical, biological, or human detection in communication with the at least one CPU;

one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that **the communication device is capable of**

**communicating, monitoring, detecting, and controlling.**

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained and equipped individuals and preventing access to the product by unauthorized, untrained, and equipped individuals.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to lock, or disable the lock of the product thus preventing further contamination and denying access to the product by unauthorized, untrained, and unequipped individuals.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to unlock or enable the lock of the product thus allowing access to the product by authorized, trained, and equipped individuals.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed for outside and/or inside of the products listed in the product grouping.

**Patent Claim**    The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device can be used with cars, trains, airplanes, ships and any of the products listed in the product groupings.

CMDC DEVICE / RADIO FREQUENCY NEAR FIELD COMMUNICATION
(NFC); A BETTER CHOICE FOR RADIO FREQUENCY (RF) COMMUNICATION
WHEN COMPARED TO RADIO FREQUENCY IDENTIFICATION (RFID)



## RFID Signals can Detonate Bombs in Cargo Containers: But How Serious is the Vulnerability?

*August 10, 2011*  Homeland Security Today

In the fall of 2007, a handful of officials from the Department of Homeland Security (DHS) were invited to attend a live demonstration of how a bomb hidden inside a commercial cargo container could be detonated by a homemade radio frequency identification (RFID) container tracking tag operating at a frequency that was mandated by the federal government for cargo containers within US port environments.

A cargo container RFID electronic tag, or seal, contains an electronic reader that receives a port's RFID signal that prompts the container's RFID tag to transmit to port authorities' data regarding the cargo that's been encoded on its RFID tag. But as the

demonstration showed, it also can be used to close an electronic circuit when it receives a corresponding RF from a port RFID sender/receiver, thereby detonating the bomb. Indeed. In the November, 2007 test, an RF receiver tuned to pick up a required US port RFID reader frequency triggered the small explosive that had been placed inside the empty container.

What's important about the demonstration is that the homemade RF receiver was operating at a frequency that not only was mandated to be used within port environs, but also was mandated to be made public despite the fact that "the process of selecting a frequency for container security was contentious," *Homeland Security Today* was told by Powers Global Holdings, Inc. Chairman, a former FBI agent who worked with CBP on border related security issues while in Laredo, Texas.



RFID systems consist of a reader with an antenna, and a transponder (tag). There are two different RFID tags possible. Either they are active, meaning they have their own power source or they are passive. Passive tags have no own power source and have to be supplied with energy via an electromagnetic field produced by the reader.

NFC stands for Near-Field Communication. NFC is also based on the RFID protocols. The main difference to RFID is that a NFC device can act not only as a reader, but also as a tag (card emulation mode). In peer-to-peer mode, it is also possible to transfer information between two NFC devices. Because of the short read range limitations, NFC devices have to be in very close proximity - usually no more than a few centimeters. That's why NFC is often used for secure communications.

NFC is almost exclusively used for high-speed data transfer between two electronic systems, like a smartphone and a payment reader in the checkout line, or two smartphones exchanging data, for example. NFC enables bi-directional communication through dual-mode hardware, so a device can act as both a reader and a tag. For example, you can "bump" two Android phones together and exchange information using the NFC standard, or set up a secure session to exchange crypto for payment.

NFC allows communication from passive tags. For example, when you place your NFC-enabled credit card on a tap-to-pay credit card terminal, the energy from the NFC reader sends a burst of energy and excites the NFC chip in the card. At the same time the reader is verifying the card, the card is ensuring that the reader is valid. This kind of two-way processing isn't something you can do with passive RFID; when the passive reader sends out a burst of energy, the passive RFID tag can only transmit back a number.

**Patent Claim**    A monitoring device, comprising:

at least one central processing unit (CPU);

at least one temperature sensor in communication with the at least one CPU for monitoring temperature;

at least one motion sensor in communication with the at least one CPU;

at least one viewing screen for monitoring in communication with the at least one CPU;

at least one global positioning system (GPS) connection in communication with the at least one CPU;

at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;

at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;

at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;

at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;

at least one sensor for chemical, biological, or human detection in communication with the at least one CPU;

one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and,

at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that **the communication device is capable of communicating, monitoring, detecting, and controlling.**

**Patent Claim**   The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed to be equipped with a radio frequency (RF) chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of containers, vehicles, houses and businesses, and are capable of a two-way, bi-directional radio frequency (RF) communication link that makes the cell phone, the smart phone, and the cell

46

phone detector case work as a radio frequency (RF) sensors or a radio frequency (RF) transceiver.

## CMDC DEVICE / DETECTOR CASE



The Smartwatch has the same features as the cellphone detector case and the CMDC Device (i.e. smartphone) described in the Patents owned by Larry Golden.

47

**C – Communicating:** cellular, Bluetooth, Wi-Fi, GPS, NFC, E-mail, call alerts, alarms

**M – Monitoring:** heart rate monitor, blood pressure monitor (i.e. chem/bio monitoring)

**D – Detecting:** carbon monoxide, natural gas, blood oxygen, seizure (i.e. chem/bio detection)

**C – Controlling:** lock and unlock doors, remote vehicle controls to include engine start

**Patent Claim**    The multi-sensor detection system of claim 81, wherein the multi sensor detector device is a multi-sensor embedded or built-in device designed for, but not limited to, at least one of a cell phone, a smart phone, a PDA, a handheld, a cell phone detector case, a smart phone detector case, a PDA case, a handheld case or another communication device.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein each cell phone detector case includes an internet connection, a GPS connection, a radio frequency (RF) connection, a recharging cradle or seat, a front side, a top, a bottom, a pair of opposed sides and a central processing unit (cpu).

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone; the smart phone; and the cell phone detector case includes standard keypad functions and more specialized system use ring tone, email, photos, and texting functions as well as viewing screens.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case includes telecommunication, telematics, long and short range radio frequency communication means that are interactive with any type of motive vehicle comprising a car, truck, van, SUV, train, subway, boat, ship, UAV, UGV, or airplane.

**Patent Claim**    The multi-sensor detection system of claim 103 wherein the cell phone the smart phone, and the cell phone detector case are capable of sending signals to a vehicle's operating equipment systems comprising at least one of an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; and are capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

# "WHO" INVENTED THE SMARTPHONE?
# BY LARRY GOLDEN

## BROAD AGENCY ANNOUCEMENT (BAA)
## *BAA07-10*
### *CELL-ALL Ubiquitous Biological and Chemical Sensing*

Published: *10/30/2007*
**BAA07-10**
**Published:** 10/30/2007

### INTRODUCTION

This solicitation is a Broad Agency Announcement (BAA), as contemplated in Federal Acquisition Regulations (FAR) 6.102(d)(2) and 35.016. A formal Request for Proposal (RFP) will not be issued in this matter.

The Department of Homeland Security (DHS) Science & Technology (S&T) Directorate will not issue paper copies of this announcement. DHS S&T reserves the right to select for award and to fund all, some, or none of the full proposals received in response to this solicitation. No funding for direct reimbursement of proposal development costs will be allowed. Technical and cost proposals, or any other material, submitted in response to this BAA will not be returned.

However, depending on the markings on the proposal, DHS S&T will adhere to FAR policy on handling source selection information and proprietary proposals. It is the policy of DHS S&T to treat all proposals as sensitive competitive information, and to disclose their contents only for the purpose of evaluation.

Awards may take the form of contracts or other transactions agreements (OTAs). In the event an offeror or subcontractor is a Federally Funded Research and Development Center (FFRDC), Department of Energy National Laboratory, or other Federally funded entity, DHS S&T will work with the appropriate sponsoring agency to issue an interagency agreement pursuant to the Economy Act (31 U.S.C. 1531) or other appropriate authority.

Depending on the nature of the full proposals received, DHS S&T will also consider awarding a grant or cooperative agreement. Therefore, the applicable laws and regulations governing the legal vehicle used for award will depend on the legal vehicle chosen by DHS S&T. In this regard, offerors should propose a preferred vehicle type for DHS S&T to consider for award.

## I. GENERAL INFORMATION

**1. Agency Name**

Department of Homeland Security

Science & Technology Directorate

Washington, DC 20528

**2. Research Opportunity Title**

Ubiquitous Biological and Chemical Sensing

**3. Program Name**

CELL-ALL

**4. Research Opportunity Number: BAA07-10**

**5. Important Dates**

**Event Date Time (local Eastern Time)**

White Paper Due Date 11/29/2007 4:30 P.M.

Notification of Evaluation of White Papers 12/14/2007 N/A

Full Proposal Due Date 01/14/2008 4:30 P.M.

**(A Full Proposal will not be accepted unless a White Paper was received before the White Paper due date specified herein AND the Offeror was encouraged to submit a Full Proposal.)**

Notification of Evaluation of Full Proposals/Recommendation for Award 02/08/2008 N/A

* There is a registration process (see Section 4 of this BAA). A Prospective Offeror must ensure that it allow itself sufficient time to complete the registration and submission process. Extensions will NOT be granted.

**Oral Presentations** – Prospective Offerors are NOT provided the opportunity to make oral presentations.

**6. Research Opportunity Description -**

DHS S&T has designated this program as a High Impact Technology Solution (HITS), which is designed to a provide proof-of-concept answers within one to three years that could result in high-payoff technology (revolutionary) breakthrough. DHS S&T is seeking out those innovative, "out-of-box", possibly disruptive technologies (disrupting the normal evolutionary technological development process). It is recognized that this project will have considerable technological risk; however it also offers the potential for significant gains in capability.

Innovation is critical. Offerors should demonstrate that their efforts are aimed at high-risk/high-payoff technologies that have the potential for making revolutionary rather than incremental improvements to homeland security, including emerging threats and operational challenges. ***DHS S&T reserves the right to select for award and fund all, some, or none of the Full Proposals received in response to this solicitation.***

Today's biological and chemical sensing networks work effectively to cover limited and specific physical areas and environments with significant cost and overhead. In order to greatly expand coverage and realize greater WMD protection for the nation, a revolutionary breakthrough that provides for a much larger and lower cost sensing distributed network is required. For example, if biological and chemical sensors could be effectively integrated into common cell phone devices and made available to the American public on a voluntary basis, the Nation could potentially benefit from a sensor network with more than 240M sensors. Through this BAA, HSARPA is seeking to accelerate advances in miniaturized biological and chemical sensing (e.g. laboratories on a chip) with integration into common device(s) and a communication systems concept for large scale multi-sensor networks. This proof of concept should be capable of detecting hazardous biological and/or chemical materials with eventual expansion to the detection of explosive and eventually radiological materials (in future collaborations with other organizations). In the first year, proposed work should lead to a minimum of a relevant laboratory demonstration of a proof of concept sensor, device and communications system for Cell-All. Optional second year work may be proposed to build upon success in year one and may include additional field experiments and characterizations.

The proposed concept should develop a miniaturized sensor, device and system that when integrated is capable of addressing the following performance characteristics:

• Integrated into a common domestic platform, such as a cell phone

• User enabled so that the device can be switched on or off at the discretion of an individual user.

• Low cost and easy to maintain at scale

• Capable of accurately and securely communicating the location, date, time and binary outcome of sample readings

• Capable of receiving and displaying warning information from operations centers

• Demonstrates significant potential to provide accurate readings in a wide variety of environments

• Provides adequate sample collection methods within the host device to enable accurate sensing

• Provides sensing capability for multiple samples and any required methodology to readily refresh consumables

• Provides a reasonable power profile that does not significantly degrade the performance of the host device

• Survives a variety of environmental conditions

• Demonstrates an effective lifetime of more than one year.

• Supported by developmental architectures and development environments that promote low cost experiments, spiral prototyping and wide scale implementation

The contractor will also:

• Clearly define risks and vulnerabilities of the recommended technical approach and address methods to mitigate those risks and vulnerabilities

• Identify any barriers to ubiquitous sensing using the collection and sensor devices as proposed

• Provide a rough order of magnitude estimate of costs and overall schedule to develop each component and integrate into an overall system.

• List relevant experience in efforts that are similar

DHS S&T is receptive to individual or team offers. Technology developers must describe the schedule of incremental products they expect to produce.


## 7. Government Representatives

Science and Technology

Stephen Dennis, Program Manager

Department of Homeland Security

Science and Technology (S&T) Directorate

Washington DC, 20528

Business

Margaret L. "Margo" Graves

Team Lead/Contracting Officer

Department of Homeland Security

Office of Procurement Operations/

## "Proposal White Paper"

## BROAD AGENCY ANNOUNCEMENT (BAA) 07-10

## *CELL-ALL Ubiquitous Biological and Chemical Sensing*

## <u>Administrative and Technical Points of Contact:</u>

**Larry Golden, CEO**

**ATPG Technology, LLC**

**522 Peach Grove Place**

**Mauldin, SC 29662**

**864-288-5605 / 864-992-7104**

**Lgolden5605@charter.net**

**Executive Summary:**

Two years ago, recognizing the danger that existed if a WMD was concealed, transported and deployed within our borders, ATPG embarked on the development of a multi-sensor, tracking and detection system. The first development spiral yielded a functional Sensor Monitoring Device (SMD) prototype and tiered communication applications to distribute, monitor and manage the multi-sensor SMD network information. The ubiquitous sensor network solution proposed in this white paper borrows heavily from the technology developed in spiral one. The tiered communication, viewer and management software applications were designed to be part of a large sensor network. For this application the software will be scaled and enhanced to accommodate the volume of traffic that would result from an extremely large sensor network.

Our SMD was designed to provide as much flexibility as possible and communicates with a variety of sensors through an array of built-in standard interfaces (SPI, A/D, Serial, Bluetooth, I2C etc). This existing open architecture design affords us the opportunity to collaborate with the U.S. Army Edgewood Chemical and Biological Center (ECBC) to evaluate, test and acquire the most appropriate miniaturized chemical and biological sensors.

ATPG intends to utilize the hardware and software technology developed in spiral one as the basis for the ubiquitous sensor network. The form factor of the SMD will be re-engineered so that it can initially be housed in cell phone cases allowing straightforward integration with existing cell phones. The SMD, housed in the cell phone cases will use a Bluetooth channel to communicate with ATPG software hosted on the cell phone. This software will provide bidirectional communication between the SMD and cell phone. The cell phone software will additionally use email and SMS messaging services to communicate information to control centers. The software for managing the information from the sensor network will be architected in a way that provides a means to efficiently escalate information up the government hierarchy.

The software will employ a large database back-end and where practical message routing rules will be implemented to allow for effective and efficient routing of sensor message traffic.

**Utility to Department of Homeland Security:**

ATPG's strategy of incorporating its existing SMD design into cell phone cases provides a means to quickly establish a massive sensor network nationwide. ATPG proposes modifying the SMD form factor so that it can be installed into the most common cell phone cases. When a person volunteers for the program they would receive a cell phone case along with an adapter

cord that would connect to their existing phone charger; allowing the SMD and phone to charge simultaneously. A switch on the case will allow the volunteer to enable the device at their discretion. If a volunteer elects to participate in the program and their cell phone does not have an on board GPS, the SMD provided in the cell phone case will be equipped with one. The geographic position of the SMD/cell phone pair will be determined either by GPS, cell phone tower database and signal strength or by a Wi-Fi hotspot database. In the event current position cannot be determined, the device will use its last known good position fix for communications and the position will be flagged as such. Housing the SMD and sensors in a cell phone case provides a number of advantages. Since the SMD will draw all of its power from its own power source the only resources required from the cell phone will be for a dedicated Bluetooth channel and limited processing power to execute the cell phone software. Additionally the consumables in the cell phone case (battery, sensors etc.) can easily be switched out, or the entire case can be easily replaced. ATPG will be working with the Otter Box Company to design a cell phone case capable of housing the SMD and its sensors, providing a protective, water resistant case while maintaining complete cell phone interactivity. This approach will allow ATPG to easily and incrementally make changes to the host platform as the technology of the SMD and its sensors are miniaturized.

**Technical Approach:**

The creation, implementation and management of a massive sensor network will require a design approach that delivers a system solution. Every tier of the system is important and the end product must be manageable, provide redundancy and implement an open architecture wherever possible. The ATPG solution proposed here focuses on these requirements and delivers a design that translates into a straightforward, deployable sensor network system that can be distributed en masse.

At the lowest level, the SMD is engineered to communicate with a variety of sensors through an array of standard interfaces (SPI, A/D, Serial, I2C etc). This open architecture allows for easily integrating additional sensors into the device and expanding the range of hazardous agents detectable by the SMD. The SMD will continually monitor/control the attached sensors and communicate with the cell phone via a dedicated Bluetooth channel. When the SMD is activated by the user, a small software application installed on the phone will monitors the

Bluetooth channel for detection alerts and also forward commands received from control centers to the SMD. The SMD will periodically send its position information to the control center. The position the SMD will report to the control centers is determined using a layered approach.

Initially the SMD will look to the on-board GPS (if provided) to determine position. If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from its own GPS. When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength. If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position. If all these options fail, the last known position can be augmented with the on board accelerometers to estimate the current position which will be reported to the control centers and annotated as a last position and a possible position. All information received by the cell phone application from the SMD will be forwarded to the control centers either through email or SMS messages if email is not available. The information transmitted will be encoded in XML and encrypted prior to transmission. When a user needs to be notified of information from a control center, the cell phone software will use either a ring tone or vibration to call the user's attention to the display. This solution of integrating the SMD into the cell phone case and installing a small software application on the volunteer's cell phone provides a means to easily modify and upgrade the sensor network system as advancements are made to sensor and SMD technology with minimal impact to the user.

The web and desktop software that support the sensor network is designed to support an escalating reporting hierarchy. At each level rules can be established in the message routing software to facilitate the transfer of alert information. Rules can also be established to assist in determining the area affected by an alert. In the event a chemical or biological agent is detected and reported, the software can automatically search for other sensors in a pre-defined area and command them to sample and report back. This information can then be used by first responders and local government to determine the impacted area and aid in creating a plan of action to cope with the event. The reporting hierarchy can be configured as needed but the current configuration sends notification to the local First Responder units, followed by City, County, State and Federal government. As the information works its way up the hierarchy rules at each level fire off to create events that notify necessary personnel at each level. The viewer/management software used at each level of the hierarchy is identical. How the system forwards and responds to data is

56

configured in the message routing rules table. The desktop software uses Google Earth as a viewer and plots the position of the sensors and detections on the map. Filtering options are provided in the software to allow the screen to be decluttered. A hierarchical database of sensors reporting to the viewers at a given control center is maintained to allow simple manipulation of the sensor network. The software will allow the user to drill down into lower levels of the data by clicking on the images on the map or through the windows explorer like interface provided.

The software will also allow commands and alerts to be sent to SMD enabled cell phones by clicking on the image or on its text representation. Each SMD representation on the map will display its unique identification number as its label and clicking on the icon will display the last set of data received by the control center. The sensor network data can also be made available to smart phones and PDAs running a variation of the viewer/management software. All data passed through this network will be encrypted and all database and user accounts will be protected by multiple layers of security to ensure the privacy of the volunteers and protect their location from foreign/unwanted access.

As an option all messages sent from the SMD to the control centers could receive notification of receipt; confirmation that the network is operating properly. This could be a built-in fail safe, which would allow the user to be notified first if detection occurred and the information could not be transmitted to a control center. In this scenario the user would be notified of the detection and could take action to leave the area and contact authorities through some other means.

**Personnel and Performer Qualifications and Experience:**

Larry Golden is the CEO of ATPG and will be the project manager for this program. Mr. Golden's invention and patent pending sensor monitoring device (Pub. 10-18-07; App. #: 11/397,118) will be used as the departure point for the development of the SMD. Mr. Golden's background is in industrial engineering and management. Larry's duties will include managing the schedule, budget and subcontractors providing the cell phone cases.

Harold Kimball is a software engineer with twenty years' experience developing software applications, including embedded systems, operational flight programs, database applications, and web and desktop applications. Mr. Kimball will be the technical lead on this program as well as the lead software developer for the SMD applications. Over the past few years Mr. Kimball's focus has been on developing situational awareness applications, embedded device applications

57

and aircraft simulation software. Mr. Kimball has a Bachelor's degree in Computer Science and is working on his Master's Degree in Artificial Life. Mr. Kimball recently had an article published describing a scalable disaster relief and communications infrastructure system he is developing to aid first responders and disaster relief personnel in their efforts.

Doug Cumbie is an electrical engineer and software engineer with six years' experience developing embedded systems, web applications, situational awareness software and aircraft simulation software. Mr. Cumbie will be the lead Engineer on this program as well as the primary developer for the web and desktop applications. Over the past few years Mr. Cumbie has focused on embedded device development, situational awareness applications and aircraft simulation software. Mr. Cumbie holds Bachelor's degrees in both Computer Engineering and Electrical Engineering.

The Otter Box Corporation will provide custom cell phone cases for housing the SMD developed by ATPG. The Otter Box Corporation has extensive experience manufacturing and distributing custom cases for cell phones, laptops and PDAs. Their manufacture and distribution experience will play a key role in the ability to efficiently develop, manufacture and distribute a custom cell phone case enveloping the SMD and providing a water resistant and protective case. U.S. Army Edgewood Chemical and Biological Center (ECBC) will play a vital role in assisting ATPG with evaluating, testing and selecting the most appropriate miniaturized chemical and biological sensors available. ATPG and ECBC have a collaborative agreement in place ensuring ATPG of their services in sensor analysis and selection.

### Commercialization and Capabilities:

ATPG will work closely with Otter Box and ECBC to determine the physical characteristics and requirements needed to create a custom cell phone enclosure for the selected sensors and SMD. ATPG will leverage Otter Box's manufacturing and distribution experience to enable ATPG to produce and deliver large quantities of custom cell phone cases. As mentioned previously the case will be designed and developed so that consumables can easily be swapped out or the entire cell phone case can be replaced. This approach ATPG is pursuing is the most economical and efficient way to mass distribute a sensor network; providing low risk and minimal impact to volunteers of the program. Becoming part of this volunteer network would be a simple process and would only require end-users to; elect to become a volunteer, indicate which type of cell phone they currently use and upon receipt of the new cell phone case

commence holstering the cell phone in the case wherever they go. As an option and to solicit interest in the program, volunteers could be provided software applications. These applications could potentially access tracking information of the volunteer's phone and the volunteer's family members' phones; or a moving map application could be provided to enable navigation through the cell phone. Mr. Kimball and Mr. Cumbie have many years' experience developing and distributing code to demanding end users. Both individuals have experience providing Situational Awareness and OFP software to the Air Force Special Operations Command (AFSOC) for all fixed wing Special Operations Forces (SOF) aircraft. Additionally, Mr. Kimball worked for Manheim Auctions, an international organization with a large customer base and participated in the development and distribution of Manheim's software applications.

One method ATPG conceived for fielding the sensor network and implementing its widespread use would be to conduct a pilot program for the nearly 30 million government employees, border patrol personnel and government contractors. These individuals generally work in what would be considered high value target areas. Providing these employees with cell phone cases equipped with the SMD and its sensors would immediately give the sensor network nationwide coverage in many areas that would be likely targets of a terrorist attack. In addition to gaining nationwide coverage; if this pilot program extended to all government employees and its contractors around the world, the network would have the ability to monitor U.S. interests globally.

### Costs, Works and Schedule:

The budgeted cost for this development is $1,000,000, with a projected period of performance of one year. ATPG will simultaneously commence four primary tasks upon contract award.

1) ATPG will work with ECBC to evaluate, test and select the most appropriate chemical and biological miniaturized sensors available (4 month effort, $17,137)).

2) ATPG will research and determine the three most commonly used phones capable of being part of this sensor network and work with Otter Box to design and manufacture cell phone cases to house the SMD and sensors (4 month effort, $45,000).

3) ATPG will enhance/scale the software applications to support the potentially large volume sensor network that will comprise the Cell-All ubiquitous system (7 month effort, $500,000).

4) ATPG will restructure and scale down the SMD so it can be accommodated in the cell phone case. After month 7, integration and testing of the Cell-All system will commence. The system will be documented (block diagrams, wiring diagrams, and theory of operation manual) and a demonstration date will be scheduled (12 month effort, $437,863).

Prototype cases housing the SMD and sensors, cell phones and viewer/management software executables will be delivered upon project completion.

**Small Business Considerations:**

This white paper is submitted from a minority owned small business.

# Official website of the Department of Homeland Security

2010 Archives

## Cell-All: Super Smartphones Sniff out Suspicious Substances



Years ago, if you wanted to take a picture, you needed a dedicated camera. You needed to buy batteries for it, keep it charged, learn its controls, and lug it around. Today, chances are your cell phone is called a "smartphone" and came with a three-to-five megapixel lens built-in—not to mention an MP3 player, GPS, or even a bar code scanner.

This Swiss Army knife trend represents the natural progression of technology—as chips become smaller and more advanced, cell phones continue to absorb new functions. Yet, in the future, these new functions may not only make our lives easier, they could also protect us—and maybe even save our lives.

The Cell-All initiative may be one such savior. Spearheaded by the Department of Homeland Security's (DHS) Science and Technology Directorate (S&T), Cell-All aims to equip your cell phone with a sensor capable of detecting deadly chemicals at minimal cost—to the manufacturer (a buck a sensor) and to your phone's battery life. "Our goal is to create a lightweight, cost-effective, power-efficient solution," says Stephen Dennis, Cell-All's program manager.

How would this wizardry work? Just as antivirus software bides its time in the background and springs to life when it spies suspicious activity, so Cell-All regularly sniffs the surrounding air for certain volatile chemical compounds.

When a threat is sensed, a virtual *ah-choo!* ensues in one of two ways. For personal safety issues such as a chlorine gas leak, a warning is sounded; the user can choose a vibration, noise, text message, or phone call. For catastrophes such as a sarin gas attack, details—including time, location, and the compound—are phoned home to an emergency operations center.

While the first warning is beamed to individuals—a grandmother taking a siesta or a teenager hiking through the woods—the second warning works best with crowds. And that's where the genius of Cell-All lies—in crowdsourcing human safety.

Currently, if a person suspects that something is amiss, he *might* dial 9-1-1, though behavioral science tells us that it's easier to do nothing. If he does do something, it may be at a risk to his own life. And as is often the case when someone phones in an emergency, the caller may be frantic and difficult to understand, diminishing the quality of information that's relayed to first responders. An even worse scenario: the person may not even be aware of the danger, like the South Carolina woman who last year drove into a colorless, odorless, and poisonous ammonia cloud.

In contrast, anywhere a chemical threat breaks out—a mall, a bus, subway, or office—Cell-All will alert the authorities automatically. Detection, identification, and notification all take place in less than 60 seconds. Because the data are delivered digitally, Cell-All reduces the chance of human error. And by activating alerts from many people at once, Cell-All cleverly avoids the longstanding problem of false positives. The end result: emergency responders can get to the scene sooner and cover a larger area—essentially anywhere people are—casting a wider net than stationary sensors can.

But what about your privacy? Does this always-on surveillance mean that the government can track your precise whereabouts whenever it wants? To the contrary, Cell-All will operate only on an opt-in basis and will transmit data anonymously. "Privacy is as important as technology," avers Dennis. "After all, for Cell-All to succeed, people must be comfortable enough to turn it on in the first place."

For years, the idea of a handheld weapons of mass destruction detector has engaged engineers. In 2007, S&T called upon the private sector to develop concepts of operations. Today, thanks to increasingly successful prototype demonstrations, the Directorate is actively funding the next step in R&D—a proof of principle—to see if the concept is workable.

To this end, three teams from Qualcomm, the National Aeronautics and Space Administration (NASA), and Rhevision Technology are perfecting their specific area of expertise. Qualcomm engineers specialize in miniaturization and know how to shepherd a product to market. Scientists from the Center for Nanotechnology at NASA's Ames Research Center have experience with chemical sensing on low-powered platforms, such as the International Space Station. And technologists from Rhevision have developed an artificial nose—a piece of porous silicon that changes colors in the presence of certain molecules, which can be read spectrographically.

**Patent Claim**     A built-in multi sensor detection system for monitoring products with a plurality of sensors detecting at least two agents selected from the group consisting of chemical, biological, radiological, explosive, human, and contraband agents, comprising:

a built-in sensor array or fixed detection device into the product that detects agents by means of two or more sensors combined from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, and a radiological

sensor;

monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween;

wherein the built-in multi sensor detection device is built in any of one or more products listed in any of the plurality of product grouping categories to include but not limited to a maritime cargo container, a lock, or monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop);

wherein the built-in multi sensor detection device is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity;

a light alarm indicator that has a plurality of colored lights that correspond to specific ones of the at least two agent;

wherein, when the light alarm indicator lights to indicate an alarm occurs, the built-in multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. product-to-product, product-to-satellite, product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop) for the receipt and transmission of signals therebetween.

**Continue from DHS official site:**    Similarly, S&T is pursuing what's known as cooperative research and development agreements with four cell phone manufacturers: **Qualcomm, LG, Apple, and Samsung.** These written agreements, which bring together a private company and a government agency for a specific project, often accelerate the commercialization of technology developed for government purposes. As a result, Dennis hopes to have 40 prototypes in about a year, the first of which will sniff out carbon monoxide and fire.

To be sure, Cell-All's commercialization may take several years. Yet the goal seems imminently achievable: Just as Bill Gates once envisioned a computer on every desk in every

home, so Stephen Dennis envisions a chemical sensor in every cell phone in every pocket, purse, or belt holster. If it's not already the case, our smartphones may soon be smarter than we are.

To request more information about this story, please e-mail st.snapshots@hq.dhs.gov.

# Exhibit B

My name is Larry Golden, and I have a reparations plan for all African Americans. This plan is based on Proverbs 13:22 "the wealth of the wicked, is laid up for the just".

I am asking the Task Force to sponsor my Reparations proposal in general to the world, and more specifically to the Congressional Black Caucus (CBC). We need the CBC to pressure certain government agencies like the DOJ, DHS, DOC, FTC, IRS, and SEC to do their jobs in making sure there's a successful wealth transfer.

With this plan we don't have to go through Congress, per the "White House"; we are not asking the Government for what is called an "entitlement"; and, we are not raising taxes to generate the funds needed for reparations.

For twenty years the Government and certain Corporations have evaded abiding by the law, and has created an $18 trillion dollar liability that is owed to African Americans.

Although Steve Jobs has been given a tremendous amount of credit for inventing the personal computer (PC); the cell phone; and the smartphone, Steve Jobs did not invent either. That credit goes to three African American inventors:

> Dr. Mark Dean is an African-American inventor and engineer who spent his career creating solutions that made computers more accessible and simpler. Dean landed a job with the International Business Machines Corporation (IBM). Here he would change the course of history – producing some of the company's most important innovations and holding 3 out of 9 IBM original PC patents.

> Henry T. Sampson is an African American inventor, best known for creating the world's very first cell phone. Because of Sampson's invention and patent of the gamma-electrical cell, portable cell phones were possible, using radio waves to transmit and receive audio signals. It literally changed the world, and the way in which we communicate in our professional and personal lives.

> Larry Golden, is an African American inventor, who invented the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. The CMDC device is referred to as the smartphone, but also include the new, improved upon, and useful PC, Tablet, Laptop, PDA, etc.

Steve Jobs embraced Pablo Picasso's quote that "good artists copy, great artists steal" and boasting later that "we have always been shameless about stealing great ideas." *Steve Jobs*

Steve Jobs also embraced the "not invented here" (NIH) syndrome. The expression of NIH was always the same for Steve Jobs: shutting out another person's or group's idea immediately and without due consideration merely because they came up with it.

It was Larry Golden who submitted three "Economic Stimulus and Terrorism Prevention Packages (i.e., the "SafeRack" package; the "ATPG" package; and the "V-Tection" package) to President Bush, Vice-President Cheney, Senator Hollings, Senator DeMint, and Senator Graham

for implementation. All sent the packages, that included the technical rational for implementing the strategy for the success of each stimulus package, over to the Department of Homeland Security (DHS).

After an invite in 2007 by the DHS and a visit with my lead engineer to the DHS to discuss the development of the first communicating, monitoring, detecting, and controlling (CMDC) device (i.e., smartphone); DHS offered to incubate my company within the DHS for the development of the first smartphone. I turned them down.

In 2008, DHS awarded Apple, Samsung, LG, and Qualcomm contracts to develop and commercialize my patented communicating, monitoring, detecting, and controlling (CMDC) device (i.e., smartphone). DHS target for the DHS S&T BAA07-10 *Cell-All* initiative in 2008 was 240 million current cell phone users to have the new cell phones capable of chemical, biological, and radiological detection. I have attached documents that describes my patented technology that was taken by the Government.

I tried to bring actions against the Department of Homeland Security (DHS) for taking and infringing my patents but was always block from having a jury trial because the Government, which include the District Judges do not want the World to know, a Black man invented the technology the DHS stole and gave to the multi-billion-dollar corporations of Apple, Samsung, LG, and Qualcomm.

The Government, which include the District Judges do not want the World to know; that included in my Economic Stimulus Packages was a strategy for providing income to all Blacks in America or African Americans (i.e., reparations).

Three-quarters (75%) of reparations supporters say the federal government has all or most of the responsibility to repay descendants of enslaved people. A smaller share, though still a majority, say businesses and banks that profited from slavery (65%) have all or most of the responsibility. https://www.pewresearch.org/short-reads/2022/11/28/black-and-white-americans-are-far-apart-in-their-views-of-reparations-for-slavery/

I have attached estimates of certain corporations that are unjustly enriching themselves while ensuring the company that was originally set-up to cover reparations continue as non-existence.

The estimates total $60 trillion in revenue through year 2026. 15% of the $60 trillion equals $9 trillion (10% directed to ATPG Technology, LLC and 90% directed to the not-for-profit set up for receiving and disbursing reparations). At least 15% taxes on the $60 trillion in revenue obtained by the Government equals another $9 trillion. Combined total equals $18 trillion dollars.

Initial suggested reparations based on $9 trillion dollars: 60 million African Americans receive $150 dollars/month, which equals $1800 dollars/year, multiplied by 60 million African Americans, equals $108 billion per year [we don't want to put to much direct cash into the economy because of inflation fears]. Example: a household of four will receive $7200 annually

that is tax-free and is therefore not added as extra income to let's say, those receiving social security.

$9 trillion invested moderately that yields a 4% return is $360 billion year, which means we have another $180 billion in the first year to spend without touching the principle. The time needed to establish and vote on a spending budget beginning in year two. For instance, paying full scholarships to those who want to learn how to build houses, apartments, commercial buildings, etc. We need to pay our own to build our own. Build private schools where our kids can have lesson plans that include black history. Provide scholarships to those who would like to become doctors and nurses. We need to pay our own to take care of our own, plus subsidize the direct cash payment so that Obama Care can be purchased. Build residents for our disable veterans and our homeless. Provide immediate emergency relief for those victims of tornados, hurricanes, floods, droughts, etc. Back business loans and offer education scholarships.

Please contact me as soon as possible. I am going to do this if after 20 years I have to continue doing it on my own. But I need and would prefer your help. The Task Force has the platform to reach the right people.

This is *NOT* an effort to prove infringement. I have 11 patents issued with the "presumption of validity" and a Disclosure Document filed with the United States Patent & Trademark Office on November 26, 2004 [over 18 years ago].

*This is about whether I was in possession of the ideas (inventions) needed to support the technical rational aspect of each of the Economic Stimulus Packages and the impact the strategies and technology has had on the economy. Plus, who is responsible.*

The attachments are evidence I was in possession of the ideas (inventions).

Summary:

The three African American inventors named in this document are responsible for the PC, cell phone, and CMDC smartphone inventions. In my case, I shared the stimulus packages with various members of the Government who shared that information with the Department of Homeland Security, who shared the strategies with various other Governmental agencies (DoD, DON, DOA, etc.). The "sharing" is described in the "SafeRack" Package and was encouraged to create the demand needed to lower cost.

The DHS contracted Apple, Samsung, LG, and Qualcomm to develop the technology needed for the "ATPG" Package. Apple, Samsung, LG, and Qualcomm were able to avoid personal liability for infringement [between the years 2008-2019] because they were performing work for the Government.

I filed a claim for patent infringement in 2013. The Department of Homeland Security and the Department of Justice retaliated against me by petitioning the Patent Trials and Appeals Board (PTAB) to invalidate certain patent claims of my RE43,990 patent. I used the term "retaliated" because the DHS & DOJ were not "persons" authorized to petition the PTAB to invalidate my

patents. The DHS and DOJ used three unqualified patents references that did not antedate the priority date of my patent. Within nine different filings I notified the PTAB that I was being forced to defend my patent against unqualified patent references. No white person has ever experienced such treatment.

I have filed, on multiple occasions, in the District Courts but the Judges nearly always dismisses my cases as being "frivolous". It is my belief the Judges are playing by the old slavery laws. That a Black man cannot sue in Court a white man because the Black man does not have the IQ to invent, cannot sue because the Black man is property himself, and the Black man is only 2/3 human.

I would like the Task Force to take the led on this and get us before the Congressional Black Caucus. There, we will demand the Caucus place the necessary pressure on the DOJ, DHS, DOC, FTC, IRS, and SEC to make the wealth transfer. There's nothing we need to do that needs the approval of the House or Senate.


Larry Golden
Atpg-tech@charter.net
864-992-7104

# Exhibit C

## Proposal for the Congressional Black Caucus:

The Congressional Black Caucus has made many attempts over several decades to right the injustice placed on Blacks since slavery. I am of the opinion the Caucus big mistake is acting "post" to the ongoing issues that confronts the Black community.

This proposal is to activate the Caucus to enforce its power to remedy the issue of poverty amongst Black Americans. The solution to poverty amongst Black Americans is funds. This proposal makes known a twenty-year strategy for the development of a Black owned multi-trillion-dollar company; and, the establishment of a multi-trillion-dollar not-for-profit company that is specifically set-up for the advancement of Black Americans.

I am asking the Congressional Black Caucus Foundation to form a research group to validate everything written throughout this document. This part is very important because if we have at least one member(s) of the Caucus who does not believe a Black man can development a Black owned multi-trillion-dollar company; and, establish a multi-trillion-dollar not-for-profit company specifically set-up for the advancement of Black Americans; we won't be able to succeed in our efforts to right the wrong.

*I know there will be push back from the right, but two things should be made very clear: 1) we are not asking the Government to give us (Black Americans) one penny; and 2) we are not asking the Government to tax the big corporations.*

The research group is needed to validate the following:

❖ I submitted three (3) Economic Stimulus and Terrorist Prevention Packages to at least that of President Bush; VP Cheney; US Senators Hollings; DeMint; and Graham after the 9/11 attacks—who all sent the packages over to the Department of Homeland Security (DHS) to begin implementation. (I received letters from Bush, Cheney and the Senators).

❖ The technology for development of ATPG Economic Stimulus and Terrorist Prevention Package needed to group and achieve the goal of integrating the three (3) packages is my Communicating, Monitoring, Detecting, and Controlling (CMDC) Device.

❖ After a number of visits, emails, and proposals, the Department of Homeland Security (DHS) issued a solicitation in 2007 for my Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (DHS S&T BAA07-10 *Cell-All Ubiquitous Chemical & Biological Sensing*). A cell phone (CMDC device) capable of CBRN detection.

❖ I filed a disclosure in 2004 at the United States Patent & Trademark Office (USPTO) for my CMDC devices. My CMDC devices include at least that of a new, improved upon, and useful cell phone [smartphone], desktop PC, laptop, tablet, PDA, etc. I currently hold 10 patents—46 patent claims for the invention of the CMDC devices.

❖ In 2007-08; the DHS (Government) awarded Apple, Samsung, LG, & Qualcomm contracts to develop and assemble my patented new, improved upon, and useful cell phone [smartphone] capable of CBRN detection (the current smartphones have at least nine sensors that's capable of detecting at least one chemical, biological, radiological, nuclear, or explosive agent or compound). (DHS DVD available)

1

❖ In 2013, as a Black inventor, I filed a case of Government "takings" of property without paying "just compensation" complaint under 28 U.S.C. § 1491; that included Government "infringement" under 28 U.S.C. § 1498.

❖ Between the years of 2013-2022, my civil rights and civil liberties were repeatedly violated; my case was wrongfully adjudicated by Federal Judges (Government) and lied about by the Federal agencies (Government DOJ / DHS / TSA); and, I have been victimized and tagged as a serial filer of complaints. (The Supreme Court (Government) accused me of interfering with the DHS efforts to develop what is my CMDC device, a cell phone [smartphone] capable of CBRN detection). See *Return Mail v. The United States Postal Service.*

❖ All of the strategies I outlined in the stimulus packages and the technology developed as a result of my inventive ideas, have all materialized into a multi-trillion-dollar industries.

The only part of the strategies that was not developed is: my company, that was supposed to be included in the DHS 2007 award as the company that holds the intellectual rights (patents) to the new, improved upon, and useful cell phones [smartphones] developed and assembled by Apple, Samsung, LG, & Qualcomm, was never recognized. I owned the patent rights to receive royalties on every smartphone sold since at least year 2007.

I started a not-for-profit in 2006 to receive 50% of all the royalties I received. My not-for-profit mission was to restore what had been taken from Blacks since slavery i.e., reparations. At this point I am willing to donate 90% to the not-for-profit.

In accordance to the Bible: Proverbs 13:22 … the wealth of the undeserved is laid up for the deserved. The Government caused the infringement of all of my inventions, not just my CMDC device, but also my CPUs designed for my CMDC devices and my Vehicle Slow-down systems.

According to law, Apple, Samsung, LG, & Qualcomm must indemnify the Government for products developed with the Government's "authorization and consent", and because "authorization and consent" can be implied, all other companies that's benefitting from the making, using, offering for sell, and selling of my patented CMDC devices, CPUs, and Vehicle Slow-down systems, are more likely than not, liable for patent infringement.

The Government also caused the "taking" of my intellectual property and used it with the public without paying "just compensation".

I retrieved annual reported revenues (i.e., Macrotrends, etc.) for the following companies for years 2010-2022 plus estimated years 2023-2026. The following chart display the estimated total revenue for that time period for each company that makes, uses, offers for sell, or sells my patented CMDC devices; my patented CPUs designed for my patented CMDC devices, and/or my patented stall, stop, and vehicle slowdown systems.

The total for all companies listed is: ***$59.1 Trillion dollars; rounded to $60 Trillion dollars***.

| COMPANY | REVENUE |
|---|---|
| Apple | 4.5T |
| Samsung | 3.5T |
| LG | .9T |
| Qualcomm | .5T |
| AT&T | 2.6T |
| Verizon | 2.2T |
| T-Mobile | .8T |
| Google | 2.5T |
| Charter Com. | .6T |
| Microsoft | 2.2T |
| Ford | 2.5T |
| FCA US | 1.0T |
| GM | 2.5T |
| Volkswagen | 4.5T |

| COMPANY | REVENUE |
|---|---|
| Twitter | .5T |
| Meta-Facebook | .9T |
| Nissan | 1.6T |
| Mazda | .3T |
| BMW | 1.8T |
| Mercedes-Benz | 1.5T |
| Honda | 1.9T |
| Toyota | 4.4T |
| Tesla | .4T |
| Intel | 1.2T |
| Amazon | 4.5T |
| Best Buy | .7T |
| Walmart | 8.6T |
|  |  |

I started two companies in 2006: ATPG Technology LLC [for profit] was set up to receive revenue from my patented devices and stimulus packages; and, ATPG Corporation [not-for-profit] was set up to accept 50% of ATPG Technology LLC's revenue.

ATPG Corporation was actually set-up as a corporation for reparations. The funds from the corporation were to be directed toward stimulating the Black community: schools, housing, health care, business development, banks, scholarships, debt relief, prison reform, legal representation etc. The Government and the companies performing the work under Government contracts has managed, to this point, to destroy all possibility of developing this phase of the stimulus packages.

But yet, the Government has fulfilled the other strategies of the stimulus packages and has caused the creation of multi-trillion-dollar companies with the use of my patented inventions.

A Three-Judge Panel at the United States Court of Appeals for the Federal Circuit in Larry *Golden v. Google LLC;* Case No. 22-1267 has already considered the *Twombly/Iqbal* bar before "conclude[ing] that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart", and "the complaint [and] claim chart [] is not facially frivolous." The panel's "DISCUSSION in *Golden v. Google LLC;* CAFC Case No. 22-1267 states:

3

"Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … this court has explained that a plaintiff … must plead 'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged." [The misconduct alleged is infringement].

After the Federal Circuit's Three-Judge Panel reviewed Plaintiff's complaint and claim charts in view of the standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) … the Panel decided Plaintiff's claim charts "map claim limitations to infringing product features, and it does so in a relatively straightforward manner".

"[I]n the Google case, the district court again concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,096,189… it is simply the language of the independent claims being mapped to. The key column describing the *infringing nature* of the accused products is not the same as the complaint held frivolous in the 2019 case. It attempts … to map claim limitations to *infringing product features* … in a relatively straightforward manner …"

"We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart. On remand, the district court should allow the complaint to be filed and request service of process … We express no opinion … of the complaint or claim chart except that it is not facially frivolous."

The Federal Circuit has already determined my CMDC devices are products grouped together by common features of design similarities that include, but not limited to, at least that of a new, improved upon, and useful cell phone [smartphone], desktop PC, PDA, tablet, laptop, etc.

The chart below is the same chart that was reviewed by the Federal Circuit. I have included a column for the Apple iPhone 12 smartphone to show the iPhone elements mirrors that of the Google Pixel 5 Smartphone reviewed by the Federal Circuit. Under 35 U.S. Code § 282(a) "all patents [patent claims] are issued with the presumption of validity"

The research group may need to consult a patent attorney to read and validate the charts. When I include the 20 patent claims of my '619 patent; claim 5 of the '287 patent, claim 23 of the '439; and claim 1 of the '189 only represent three (3) of the forty-three (43) patent claims I have for the new, improved upon, and useful cell phone [smartphone], desktop PC, PDA, tablet, laptop, handheld, etc. Included also are my patent claims for my central processing units (CPUs) designed for my CMDC devices.

4

## Google Pixel 5 "mirrors" Apple's iPhone 12: "Literal Infringement"

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
| | | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). System-on-a-chip: Apple A14 Bionic (5 nm). iOS 14.1, upgradable to iOS 16.1 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

7

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).\n\nApple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |

9

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

11

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

Over a six-month period in 2007 (I have phone records), I introduced my Stall, Stop, or Vehicle Slowdown systems to General Motors (GM) / OnStar. My goal was to get GM/OnStar to partner with me to do an unsolicited proposal for fundings to the various Government Agencies.

One of my Economic Stimulus and Terrorism Prevention packages was targeted at remotely controlling a vehicle's stall, stop, or vehicle slowdown means with at least one of my CMDC devices i.e., cell phone, smartphone, desktop PC, PDA, tablet, laptop, handheld, etc.; and/or, equip the vehicles with my pre-programmed stall, stop, or vehicle slowdown system. The name given to the stimulus package is the Vehicle-Protection (V-Tection) package.

My Pre-programmed stall, stop, or vehicle slowdown system are products grouped together by common features of design similarities that include, but not limited to, at least that of a Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control.

In 2007 GM/OnStar introduced their stolen vehicle slow-down system and in the following year 2008, GM entered into a contract with the Gov't and literally became a Gov't company. As a Gov't company the only way I can sue for patent infringement was to sue the Gov't. After exiting the Gov't, the South Carolina District Court would not allow me the opportunity to bring an action of patent infringement against the automobile manufacturers because the Court said my case was "frivolous". Below is a claim chart for GM's infringement:

| GM Pre-programmed Stall, Stop, or Vehicle Slow-down System | Patent Owner's CMDC Device Patent #: RE$#,891; Independent Claim 44 |
|---|---|
| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems for at least GMs Chevrolet, Buick, GMC and Cadillac vehicles | A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
| Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |

13

| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems | Patent Owner's CMDC Device Patent #: RE43,891; Dependent Claim 47, 48, 49, 50, 51, & 53 |
|---|---|
| Enhanced Smart Pedal Technology: Known as brake override, reduces power to the engine in cases where the brake and accelerator pedal are being simultaneously depressed. | 47. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration. |
| Front Automatic Braking: Helps a driver avoid a forward crash or reduce the severity of crashing into a vehicle in front of it, whether it is moving or has come to a stop. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Rear Automatic Braking: Helps the driver avoid a crash or to mitigate the impact into objects directly behind their vehicle by bringing the vehicle to a stop. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Electronic Stability Control (ESC): Detects loss of steering control, it automatically applies the brakes to help "steer" the vehicle. Braking is automatically applied. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Lane Keep Assist: Represents an upgrade of Lane Departure Warning. The feature is listed as "Lane Keep Assist with Lane Departure Warning". | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |
| Adaptive Cruise Control: The technology automatically accelerates and brakes the vehicle up to moderate levels to maintain a driver-selected following gap (distance). | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |

14

Reparations are government attempts to undo a wrong on a population by adopting special economic considerations for that population. I am asking the Congressional Black Caucus Foundation and the Congressional Black Caucus to help me right this wrong.

Previously, I presented estimates of certain corporations that's unjustly enriching themselves while ensuring the companies that was originally set-up to cover reparations continue as non-existence. The estimates total $60 trillion in revenue through year 2026. 15% of the $60 trillion equals $9 trillion (10% directed to ATPG Technology, LLC and 90% directed to the not-for-profit set up for receiving and disbursing reparations). At least 15% taxes on the $60 trillion in revenue obtained by the Government equals another $9 trillion.

In 1999, African-American lawyer and activist Randall Robinson, founder of the *TransAfrica* advocacy organization, wrote that America's history of race riots, lynching, and institutional discrimination have "resulted in $1.4 trillion in losses for African Americans" Robinson, Randall (1999). *"He Drove the First U.S Stake in South African Apartheid". Journal of Blacks in Higher Education. 24: 58.*

Economist Robert Browne stated the ultimate goal of reparations should be to "restore the black community to the economic position it would have if it had not been subjected to slavery and discrimination". He estimates a fair reparation value anywhere between $1.4 to $4.7 trillion, or roughly $142,000 (equivalent to $162,000 in 2021) for every black American living today. *Jump up to: "Six White Congressmen Endorse Reparations for Slavery". The Journal of Blacks in Higher Education (27): 20–21. 2000-0101. doi:10.2307/2678973 2678973 JSTOR 2678973.*

Other estimates range from $5.7 to $14.2 Craemer, Thomas (21 April 2015) *"Estimating Slavery Reparations: Present Value Comparisons of Historical Multigenerational Reparations Policies" Social Science Quarterly. 96 (2): 639–655. doi:10.1111/ssqu.12151;* and $17.1 trillion Myers, Kristin *"Slavery reparations could carry a $17 trillion price tag" Yahoo. Yahoo Finance.*

## Violations:

I. Government race discriminate of a discrete and insular minority; the single group "suspect class" under the Equal Protection Clause of the 14th Amendment.

II. Government "takings" of property without paying "just compensation" under 28 U.S.C. § 1491; and, Government "infringement" under 28 U.S.C. § 1498. (The companies must indemnify the Government for damages).

III. Conspiracies in restraint of trade or commerce under Section 1 of the Sherman Act; monopolization, attempts to monopolize, and conspiracies to monopolize any part of trade or commerce under Section 2 of the Sherman Act; unfair methods of competition under the Clayton Antitrust Act; and, unfair methods of competition and unfair or deceptive acts or practices under the Federal Trade Commission Act.

IV. Whoever without authority [the listed private entities named in this document] makes, uses, offers to sell, or sells any patented invention under 35 U.S.C. § 271(a)

# Exhibit D

| General Motors (GM) Pre-programmed Stall, Stop, or Vehicle Slow-down System | Patent Owner's CMDC Device Patent # RE$#,891; Indep. Claim 44 |
|---|---|
| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems for at least GMs Chevrolet, Buick, GMC and Cadillac vehicles | A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
| Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |

| General Motors (GM) Pre-programmed Stall, Stop, or Vehicle Slow-down Systems | Patent Owner's CMDC Device Patent #: RE43,891; Dependent Claim 47, 48, 49, 50, 51, & 53 |
|---|---|
| Enhanced Smart Pedal Technology: Known as brake override, reduces power to the engine in cases where the brake and accelerator pedal are being simultaneously depressed. | 47. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration. |
| Front Automatic Braking: Helps a driver avoid a forward crash or reduce the severity of crashing into a vehicle in front of it, whether it is moving or has come to a stop. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Rear Automatic Braking: Helps the driver avoid a crash or to mitigate the impact into objects directly behind their vehicle by bringing the vehicle to a stop. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Electronic Stability Control (ESC): Detects loss of steering control, it automatically applies the brakes to help "steer" the vehicle. Braking is automatically applied. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Lane Keep Assist: Represents an upgrade of Lane Departure Warning. The feature is listed as "Lane Keep Assist with Lane Departure Warning". | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |
| Adaptive Cruise Control: The technology automatically accelerates and brakes the vehicle up to moderate levels to maintain a driver-selected following gap (distance). | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |

# PATENT RE43,891

44.        A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means;

a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor.


45.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a global positioning system (GPS) receiver adapted for communication with at least one satellite.


46.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a cellular communication device adapted

for communication with at least one cell phone tower; further including, at least one satellite connection capable of communicating with the pre-programmed automated system; further including, at least one modem connection for short and long range radio frequency transmissions to and from the pre-programmed automated system.

47.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration.

48.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash.

49.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse.

50.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover.

51.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane.

52.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a remote vehicle slowdown system for stopping or slowing a vehicle by remote means.

53.       The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44,

further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash.

54.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a door lock and unlocking system for stopping or slowing the vehicle and locking a terrorist, thief, or user trying to elude the law inside the vehicle.

55.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle for stopping or slowing a vehicle that is in operation with or without a user, driver or operator inside the vehicle.

56.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a chemical, biological, radiological, nuclear and explosives detection system for stopping or slowing a vehicle when a harmful, hazardous, or dangerous compound or agent is detected.

57.        The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, wherein a communication link is present of at least one of a WiFi connection, a Broadband connection, an Internet connection, a Cellular connection, a Radio Frequency (RF) connection, a Bluetooth connection, and a Satellite connection, capable of signal communication thereto and therefrom monitoring equipment and a central processing unit (CPU) or a transceiver on the vehicle.

58.        A stall-to-stop or vehicle slow-down system for slowing and stopping a vehicle wherein the vehicle includes a transceiver carried by the vehicle, and a stall-to-stop or vehicle slow-down system that are interconnected to the electromotive system of the vehicle, comprising:

at least one cell phone tower that sends a signal to the vehicle;

at least one satellite that sends a signal to the vehicle and receives a signal from the vehicle;

wherein the at least one satellite or the at least one cell phone tower is capable of signal communication with the transceiver on the vehicle; and

a communication device that is a cell phone, a smart phone, or a PDA that causes the signal to be sent from the cell phone tower to the vehicle that actuates the stall-to-stop or vehicle slow-down system due to unauthorized use of the vehicle, wherein the communication device is remote from the vehicle and free from contact with the vehicle.

60.        The stall-to-stop or vehicle slow-down system of claim 58 wherein the communication device is a cell phone or a laptop computer.

61.        The stall-to-stop or vehicle slow-down system of claim 58, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

# PATENT 11,645,898 (App. No. 17/300,230) 05/09/23

1.        A pre-programmed stall, stop, vehicle slow-down system, that comprises at least one central processing unit (CPU), capable of:

processing instructions to stall, stop, or slow-down a vehicle when the vehicle receives a signal from at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, a tablet, a PDA, or a handheld;

processing instructions to stall, stop, or slow-down a vehicle when the vehicle receives a signal from at least one of cellular, satellite, or radio-frequency (RF);

processing instructions to stall, stop, or slow-down a vehicle when the vehicle is experiencing unintended acceleration;

processing instructions to stall, stop, or slow-down a vehicle when the vehicle is experiencing lane departure;

processing instructions to stall, stop, or slow-down a vehicle when a collision or crash is detected;

processing instructions to stall, stop, or slow-down a vehicle when the vehicle has been reported as stolen;

processing instructions to stall, stop, or slow-down a vehicle when the vehicle has moved outside a pre-programmed designated perimeter;

processing instructions to stall, stop, or slow-down a vehicle when at least one of a chemical hazard, a biological hazard, a radiological hazard; a nuclear hazard; or explosives have been detected;

processing instructions to stall, stop, or slow-down a vehicle when the vehicle is at least a driverless vehicle; a self-drive vehicle; an autonomous vehicle; a human controlled vehicle; a manned or unmanned convoy vehicle, or a manned or unmanned aerial, land, or sea vehicle; and,

Wherein, when the central processing unit (CPU) processes instructions to stall, stop, or slow-down a vehicle, a distress signal is sent to at least one of a monitoring site, a control center, or is recorded for storage.

2.      A vehicle, that comprises at least one onboard computer system, electronic system, fuel system, air system, braking system, ignition system, transmission system, or PowerDrive system, capable of:

stalling, stopping, or slowing down a vehicle when the vehicle receives a signal from at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, a tablet, a PDA, or a handheld;

stalling, stopping, or slowing down a vehicle when the vehicle receives a signal from at least one of cellular, satellite, or radio-frequency (RF);

stalling, stopping, or slowing down a vehicle when the vehicle is experiencing unintended acceleration;

stalling, stopping, or slowing down a vehicle when the vehicle is experiencing lane departure;

stalling, stopping, or slowing down a vehicle when a pedestrian, obstacle, collision or crash is detected; stalling, stopping, or slowing down a vehicle when the vehicle has been reported as stolen;

stalling, stopping, or slowing down a vehicle when the vehicle has moved outside a pre-programmed designated perimeter;

stalling, stopping, or slowing down a vehicle when at least one of a chemical hazard, a biological hazard, a radiological hazard; a nuclear hazard; or explosives have been detected;

stalling, stopping, or slowing down a vehicle when the vehicle is at least a driverless vehicle; a self-drive vehicle; an autonomous vehicle; a human controlled vehicle; a manned or unmanned convoy vehicle, or a manned or unmanned aerial, land, or sea vehicle; and,

Wherein, the vehicle is stalled, stopped, or slowed down, a distress signal is sent to at least one of a monitoring site, a control center, or is recorded for storage.

## PATENT 10,163,287

3.      Monitoring equipment that is at least one of products grouped together by common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal, digital assistant (PDA) or smart phone interconnected to a vehicle lock for communication therebetween; the monitoring equipment comprising:

at least one of a central processing unit (CPU), a network processor, or a front-end processor for communication between the monitoring equipment and the lock;

a transmitter for transmitting signals and messages to at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock;

a receiver for receiving signals from at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock;

a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

a short-range radio frequency (RF) connection that is near-field communication (NFC);

at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband

connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection that is capable of signal communication with the transmitter or the receiver;

at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and,

the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a manned or unmanned aerial vehicle lock, a manned or unmanned ground vehicle lock, or a manned or unmanned sea vehicle lock, whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the manned or unmanned aerial vehicle lock, manned or unmanned ground vehicle lock, or manned or unmanned sea vehicle lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment.

## PATENT 10,984,619

1.        A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of:

processing instructions to lock, unlock, or disable the lock of the communication device;

processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob;

processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;

processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle;

processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;

processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC);

processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;

processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs);

processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission;

processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and,

whereupon, the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory.

2.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of processing operational instructions for at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

3.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal to lock, unlock, or disable the lock of the communication device.

4.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

5.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of at least short-range wireless radio frequency near-field

communication (NFC).

6.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

7.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal from at least one of chemical, biological, radiological, nuclear, or explosives detection.

8.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

9.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

10.      The communication device of claim 1, comprising at least a central processing unit (CPU), capable of receiving a signal of the operational and functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

11.      A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of:

          processing instructions to lock, unlock, or disable the lock of the communication device;

          processing instructions to activate a lock, unlock, or disabling lock means by engaging a vehicle with a two-way communication key-fob;

processing instructions to activate a start, stall, stop, or disabling means by engaging a vehicle's ignition system;

processing instructions to activate a lock, unlock, or disabling lock means; a start, stall, stop, or disabling vehicle means by engaging the operational systems of the unmanned aerial vehicle;

processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition;

processing instructions to scan a senor or tag using the short-range wireless technology of radio frequency near-field communication (NFC);

processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor;

processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs);

processing instructions received through at least one of a Bluetooth, a Wi-Fi, a satellite, a global positioning system (GPS), or a cellular transmission;

processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device; and,

whereupon, the central processing unit (CPU) of the communication device is capable of processing instructions for operational and functional execution, and is capable of providing feedback of the execution, and storing the feedback into memory.

12.         The central processing unit (CPU) of claim 11, capable of processing operational instructions for at least one of a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner.

13.         The central processing unit (CPU) of claim 11, capable of processing operational instructions to lock, unlock, or disable the lock of the communication device.

14.	The central processing unit (CPU) of claim 11, capable of processing operational instructions of at least fingerprint recognition, facial recognition, iris recognition, or retina recognition.

15.	The central processing unit (CPU) of claim 11, capable of processing operational instructions from short-range wireless radio frequency near-field communication (NFC).

16.	The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical sensor, biological sensor, motion sensor, biometric sensor, signature sensor, or human sensor.

17.	The central processing unit (CPU) of claim 11, capable of processing operational instructions from at least chemical, biological, radiological, nuclear, or explosives detection.

18.	The central processing unit (CPU) of claim 11, capable of processing operational instructions through at least a Bluetooth, a Wi-Fi, a satellite, a cellular, or GPS connection.

19.	The central processing unit (CPU) of claim 11, capable of processing operational instructions of the communication device connection to the internet or internet-of-things (IoTs) platform to sync at least a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device.

20.	The central processing unit (CPU) of claim 11, capable of processing operational instructions of functional execution of instructions; capable of providing feedback of the execution; and, capable of storing the feedback into memory.

# PATENT 8,334,761

1.	A vehicle adapted for receipt of a signal from a remote location to remotely control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means;

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

wherein a user determines that the vehicle has been stolen and in response initiates a distress signal communication over a communication network that causes communication between the vehicle and the remote location and that then causes the at least one control signal to be sent from the remote location via the communication network that includes at least one of a cell phone tower and a satellite.

2.      The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 1, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

3.      The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 1, further including a cellular communication device adapted for communication with at least one cell phone tower.

4.          The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 1, where-in the at least one control signal is sent from a monitoring device or site.


Larry Golden, Patent Owner

Email: atpg-tech@charter.net

Mobile: 864-992-7104

# Exhibit E

## SMARTPHONE COMPARISON BETWEEN THE GOOGLE PIXEL 5; APPLE iPHONE 12; SAMSUNG GALAXY S21; LG V60 ThinQ 5G; & ASUS / QUALCOMM SMARTPHONE FOR SNAPDRAGON INSIDERS

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... "in a relatively straightforward manner" ... and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal,* 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 ... [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) ... this court has explained that a plaintiff ... must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner ...[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

# CLAIM CHART

The following Claim Chart is an illustration of literal infringement. At least one of the alleged infringing products of Google (i.e., Google Pixel smartphones 3, 3XL, 3a, 3aXL, 4a, 4a(5G), or 5) is representative of all the alleged infringing products of Google asserted in this complaint. At least one of the alleged infringing products of Google (Google Pixel 5) is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
| | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU... | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological... agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection... short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | |
|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# I. Central Processing Units (i.e., CPUs, Processors, Chipsets, SoC)

## 1. Android Platform (i.e., Android Operating System (OS))

### a. Application Specific for CBRNE Detection

#### i. Communication Protocol (i.e., Plug-ins, Bluetooth, Cellular, NFC)

The smartphone has come a long way since the first iPhone launched in 2007. While Apple's iOS is arguably the world's first smartphone operating system, Google's Android is by far the most popular. Android has evolved significantly since first being released on an HTC-made T-Mobile device in 2008.

It wasn't until 2005 that Google purchased Android, Inc., and while there wasn't much info about Android at the time, many took it as a signal that Google would use the platform to enter the phone business. Eventually, Google did enter the smartphone business — but not as a hardware manufacturer. Instead, it marketed Android to other manufacturers, first catching the eye of HTC, which used the platform for the first Android phone, the HTC Dream, in 2008.

# INCLUDED IN FEDERAL CIRCUIT INFORMAL BRIEF
# IN GOLDEN v GOOGLE

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the *Android platform*. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM**: *Google's Android operating system* features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR (CBRN) DETECTION:** Through collaboration and innovation, the Defense Threat Reduction Agency has integrated its powerful, hazard-awareness-and-response tools into the *Android Tactical Assault Kit (or the Android Team Awareness Kit, ATAK)*. ATAK is a digital application available to warfighters throughout the DoD. Built on the *Android operating system*, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

❖ **HEART RATE**: *Android Team Awareness Kit, ATAK* provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

❖ **NEAR FIELD COMMUNICATION (NFC)**: Pixel™, Phone by Google - Turn NFC on/off. *Near Field Communication (NFC)* allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps (e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity.

❖ **WARFIGHTERS**: The U.S. armed forces and their interagency and coalition partners value *Android Team Awareness Kit, ATAK* and the common operating picture it provides. DTRA continues to develop *CBRN-specific plug-in capabilities* to support warfighters on the battlefield.

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders |
|---|---|---|---|---|
| | | | | |
| **Chipset:** Qualcomm Snapdragon 765G **CPU:** Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) **OS:** Google Android 11, upgradable to Android 13. **Modem:** Snapdragon® X52 5G Modem-RF System. | **Chipset:** Apple A14 Bionic (5 nm). **CPU:** Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). **OS:** iOS 14.1, upgradable to iOS 16.1 **Modem:** Qualcomm's Snapdragon X55 5G modem | **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm). **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. **OS:** Google Android 11, upgradable to Android 13 **Modem:** Snapdragon® X60 5G Modem-RF System. | **Chipset:** Qualcomm SM8250 Snapdragon 865 5G (7 nm+). **CPU:** Octa-core (1x2.84 GHz Cortex-A77 & 3x2.42 GHz Cortex-A77 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 10, upgradable to Android 13 **Modem:** Qualcomm's Snapdragon X55 5G modem | **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm) **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 11. **Modem:** Snapdragon® X60 5G Modem-RF System. |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/ Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.8 inches, 109.5 cm2 OLED display at 395 ppi density | Light sensor supported by the .Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.78 inches, 109.5 cm² OLED display at 395 ppi density |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |

| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, Dual stand-by) |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, Dual stand-by) |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone | UrbanX USB-C to USB 3.1 Adapter, USB-C Male to USB-A Female, Uses USB OTG Technology, Compatible with LG V60 ThinQ 5G | ASUS / Qualcomm Smartphone for Snapdragon Insiders Dual Port 32GB USB Type C Memory Stick; 32GB USB Type-C flash drive; Features USB Type-C connector and a traditional USB connector. |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID-Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

*Figure 1*

## Google's "use" of Plaintiff's Patented Central Processing Units (CPUs)

"[T]he Accused Products (i.e., Google, Apple, Samsung, LG, and Asus/Qualcomm smartphones) , which are "computers" (i.e., cell phones, computer tablets, and laptops), include components of a memory, a display, and a *processor*" … "[w]hen in use, the "Find My Device" pre-loaded onto the Accused Product uses a *processor*" … "[t]he "Find My Device" feature displays [] information through a *processor* using data stored in the device's memory" … "[t]he LG Support Page lays out in a step-by-step process how to correctly remotely log in to the *processor* to access [] lock the device" … *See Carolyn Hafeman v. LG Electronics Inc*.

In the above claim chart, the Google, Samsung, LG, and Asus/Qualcomm smartphones have Qualcomm Snapdragon Chipsets; have Octa-core CPUs (*processors*); have Google Android Operating Systems; have Qualcomm Snapdragon Modems; have Google "Find My Device" pre-installed *See Carolyn Hafeman v. LG Electronics Inc.*; have Google Android Team Awareness Kits; have Megapixel cameras for CBR sensing; have cameras for captioning nanopores; Biosensors for CBRNE detection; and, Plug-Ins for CBRN detection.

*Figure 2* is a comparative chart of the "megapixel" smartphone cameras used for detecting Chem/Bio agents. For each different way used, it qualifies as an alternative to the ATAK.

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders |
|---|---|---|---|---|
| *Google Pixel 5: Dual - 12.2 MP (megapixel), OIS 16 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Apple iPhone 12: Dual - 12 MP (megapixel), OIS 12 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Samsung Galaxy S21: Triple - 12 MP (megapixel), OIS 12 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *LG V60 ThinQ 5G: Dual - 64 MP (megapixel), OIS 13 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Asus / Qualcomm: Triple - 64 MP (megapixel) OIS; 8 MP, 12MP (mega)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html |

*Figure 2*

*Figure 3* is a visual display of different ways the smartphone camera [1][2] can be used for detecting Chem/Bio agents. For each different way used, it qualifies as an alternative to the ATAK.



*Figure 3*

---

[1]    The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https:// www.understanding nano.com/cell-phone-sensors-toxins.html

[2]    Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of

*Figure 4* describes how at least nine (9) standard sensors for the Google, Apple, Samsung, LG, and Asus/Qualcomm smartphones can be used as "biosensors". For each different way used, it qualifies as an alternative to ATAK.



*Figure 4*

The Smartphones Biosensors:

1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens

2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols

3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers

4. Microfluidic cassette: Interchangeable cassettes with varying assays

5. VIS-NIR spectrometer: Food freshness; Melanoma

6. NNAP Electrodes: Toxic metals and Organic pollutants in water

7. Optical Waveguide: Pathogens in water and food

8. Back and front camera: Colorimetric analysis; Image analysis

9. Microphone: Voice recording stress levels

*Figure 5* list some of the same standard sensors illustrated in Figure 4. The port on the smartphones is used for the CBRN *plug-ins* included in ATAK.



*Figure 5*

ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) *plug-ins*.

Just having a plug-in is not all that's involved. There has to be an app specific software to sync the chemical, biological, radiological, and nuclear sensors to the smartphone plus the Google Android Operating System.

# ANDROID TEAM AWARENESS KIT (ATAK)

Android Team Awareness Kit (**ATAK**) is an Android smartphone geospatial infrastructure and military situation awareness app. It allows for precision targeting, surrounding land formation intelligence, situational awareness, navigation, and data sharing.

Android is a mobile operating system based on a modified version of the Linux kernel and other open-source software, designed primarily for touchscreen mobile devices such as smartphones and tablets. Android is developed by a consortium of developers known as the Open Handset Alliance, though its most widely used version is primarily developed by Google. It was unveiled in November 2007, with the first commercial Android device, the HTC Dream, being launched in September 2008.

At its core, the operating system is known as Android Open-Source Project (AOSP) and is free and open-source software (FOSS) primarily licensed under the Apache License. Over 70 percent of smartphones based on Android Open-Source Project run Google's ecosystem (which is known simply as Android)

Android has been the best-selling OS worldwide on smartphones since 2011 and on tablets since 2013. As of May 2021, it had over three billion monthly active users, the largest installed base of any operating system

This Android app is a part of the larger TAK family of products. ATAK has a plugin architecture which allows developers to add functionality. This extensible plugin architecture that allows enhanced capabilities for specific mission sets (Direct Action, Combat Advising, Law Enforcement, Protection Operations, Border Security, Disaster Response, Off-grid Communications, Precision Mapping and Geotagging).

ATAK was initially created in 2010 by the Air Force Research Laboratory, and based on the NASA WorldWind Mobile codebase its development and deployment grew slowly, then rapidly since 2016. The Android Team Awareness Kit or TAK is currently used by thousands of Department of Homeland Security personnel, along with other members of the Homeland Security Enterprise including state and local public safety personnel. It is in various stages of transition across DHS components and is the emerging DHS-wide solution for tactical awareness.

In addition to the Android version, there is also a Microsoft Windows version (**WinTAK**), an Apple iOS version (**iTAK**), and finally a Virginia-based military tech firm's (**LucyTAK**). WinTAK is an application developed for the Microsoft Windows Operating System which uses maps to allow for precise targeting, intelligence on surrounding land formations, navigation, and generalized situational awareness. It was developed in conjunction with to provide similar functionality on a Windows platform.

In January 2015, AFRL began licensing ATAK through TechLink to U.S. companies, for commercial use to support state/local government uses as well as civilian uses. As of January 2020, one hundred companies have licensed ATAK for commercial uses. As of March 31, 2020, the civilian version of ATAK, referred to as **CivTAK** has been approved for "Public Release" by Army Night Vision and is available for download on takmaps.com And subsequently named Android Team Awareness Kit (ATAK) - Civilian.

The Defense Threat Reduction Agency (DTRA) has leveraged TAK for enhanced CBRNE situational awareness with the goal of protecting military and civilian populations from intentional or incidental chemical or biological threats and Toxic Industrial Chemicals/Materials (TIC/TIM) hazards.

Under the Broad Agency Announcement from the Joint Science and Technology Office (JSTO) Digital Battlespace Management Division, DTRA funded the development of ATAK, WinTAK, and **WebTAK** compatible versions of existing decision support tools for chemical and biological warning and reporting, hazard prediction, and consequence assessment.

Through collaboration and innovation, the Defense Threat Reduction Agency has integrated its powerful, hazard-awareness-and-response tools into the Android Tactical Assault Kit (or the Android Team Awareness Kit, ATAK). ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. Warfighters use ATAK to guide themselves to safety when confronted with a release of chemical and biological agents and radiological and nuclear threats (CBRN).

ATAK can connect to sensors on many platforms (e.g., satellites, drones, smartwatches) and has many plugins that warfighters can download. ATAK provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable

smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

Warfighters positively evaluated the CBRN plug-ins at the 2019 Chemical and Biological Operational Analysis (CBOA) event, where warfighters evaluated several technology prototypes for their utility in chemical and biological defense. Warfighters reported that the CBRN capabilities in ATAK are useful and easy to use with minimal training.

Overall, the U.S. armed forces and their interagency and coalition partners value ATAK and the common operating picture it provides. DTRA continues to develop CBRN-specific plug-in capabilities to support warfighters on the battlefield.

# Exhibit F

# THE SMARTPHONE WAS DEVELOPED FOR THE GOVERNMENT AS A COMMUNICATING, MONITORING, DETECTING, AND CONTROLLING (CMDC) DEVICE

*Figure 1* shows the integration requirement of the three patent claims [5, 23, & 1]

of the three patents ['287, '439, & '189] asserted in this case.

| Claim 5 of the 10,163,287 Patent | Claim 23 of the 9,589,439 Patent | Claim 1 of the 9,096,189 Patent |
|---|---|---|
| A monitoring device, comprising:<br><br>at least one sensor for chemical, biological, or human detection in communication with the at least one CPU;<br><br>one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents | A cell phone comprising:<br><br>at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone;<br><br>… the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes [] location data [] sent to the cell phone. | A communication device of [] a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal [] comprising:<br><br>a transmitter for transmitting signals and messages to at least one of [] a multi-sensor detection device, [] a cell phone detection device…;<br><br>a receiver for receiving signals, data or messages from at least one of [] a multi-sensor detection device, [] a cell phone detection device…; |

*Figure 1*

The patents' written support can be found in Plaintiff's patent specifications.

Detector case is considered the "genus" to a group of products that represent the

"species". Included in the group are CBRNE-H sensors.

… detector cases that is mounted to, detector cases that is affixed to, detector cases that is outside of, detector cases that is inside of, and detector cases that is adjacent to; the products grouped into what may be referred to as Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, [] cell phones, [] personal digital assistants (PDAs), [], handhelds.

1

*Figure 2* shows how the smartphone cameras satisfy the requirements of the three patent claims [5, 23, & 1]. The camera is an addition or an alternative to the Google Android ATAK and Apple iOS iTAK.

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
| *Google Pixel 5: Dual - 12.2 MP (megapixel), OIS 16 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understandingnano.com/cell-phone-sensors-toxins.html | *Apple iPhone 12: Dual - 12 MP (megapixel), OIS 12 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understandingnano.com/cell-phone-sensors-toxins.html | *Claim 5 limitation of the '287 Patent* one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | *Claim 23 limitation of the '439 Patent* at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | *Claim 1 limitation of the '189 Patent* a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device … a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device |

*Figure 2*

*Figure 3*—Apple's iPhone 12 "mirrors" the Google Pixel 5 Smartphone—All the

Pixel 5 elements were identified in *Golden v. Google LLC;* Fed. Cir. No. 22-1267

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Claim 5 of the '287 Patent | Claim 23 of the '439 Patent | Claim 1 of the '189 Patent |
|---|---|---|---|---|
| | | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). System-on-a-chip: Apple A14 Bionic (5 nm). iOS 14.1, upgradable to iOS 16.1 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable). Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.

*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;

a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

10

*Figure 4* outline different ways the smartphone camera can be used for detecting Chem/Bio agents. For each different way used it qualifies as an alternative to the Google Android ATAK and Apple iOS iTAK.



*Figure 4*

The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https:// www.understanding nano.com/cell-phone-sensors-toxins.html

Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of

*Figure 5* describes how at least nine (9) standard "Native" sensors for the smartphone can be used as "biosensors". For each different way used it qualifies as an alternative to the Google Android ATAK and Apple iOS iTAK.



*Figure 5*

The Smartphones Biosensors:

1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens

2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols

3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers

4. Microfluidic cassette: Interchangeable cassettes with varying assays

5. VIS-NIR spectrometer: Food freshness; Melanoma

6. NNAP Electrodes: Toxic metals and Organic pollutants in water

7. Optical Waveguide: Pathogens in water and food

8. Back and front camera: Colorimetric analysis; Image analysis

9. Microphone: Voice recording stress levels

*Figure 6* "Native" to the smartphone is a "port" for ***plug-ins*** that are at least:

embedded into, affixed to, placed upon; software based, or hardware based, wired

or wireless connection, for CBRNE detection.



*Figure 6*

## Blueforce Plugin Series: CBRNE and HAZMAT Response (See also *Figure 8*)

BlueforceTACTICAL (CBRN purpose-built *plugins* for smartphones): The DuraForce Ultra 5G is Kyocera's toughest, most durable smartphone to date, certified to military standard 810H (MIL-STD-810H) to withstand drops

BlueforceTACTICAL (Google Android and Apple iOS): The ALTAIR 5X Gas Detector is capable of measuring up to 6 gases simultaneously and is now available with integrated PID sensor for VOC detection. The 5X provide real-time environmental awareness when paired via Bluetooth® with the BlueforceTACTICAL MSA *Plugin*.

BlueforceTACTICAL (Google Android and Apple iOS): The MSA Altair 4XR Multi-Gas Detector detects O2, LEL, CO and H2S. Outfitted with rapid-response MSA XCell® sensors, the ALTAIR 4XR Gas Detector is the toughest 4-gas monitor on the market and is backed by a 4-year warranty. The ALTAIR 4XR can also provide real-time incident awareness when paired via Bluetooth® with the BlueforceTACTICAL MSA *Plugin*.

BlueforceTACTICAL (Google Android only): Detect and localize radiation sources generated by manmade devices such as nuclear weapons, improvised nuclear devices (INDs) or radiological dispersal devices (RDDs) with the Thermo Scientific™ RadEye™ PRD Personal Radiation Detector. The BlueforceTACTICAL *Plugin* shares PRD data with other responders and can simultaneously push readings to cloud databases for longitudinal analysis.

*Figure 7*—The products "Native" to the manufacture of Apple's phones (*Figures 4-6 above*) are applied in the claim chart below to illustrate how the "Native" products, when applied; allegedly infringes Plaintiff's patents. The "Native" elements are essential to proving the smartphones are CBRNE manufactured.

| *Figure 3*<br>**Apple iPhone 12**<br>**Smartphone** | *Figure 4*<br>**Apple iPhone 12**<br>**Smartphone** | *Figure 5*<br>**Apple iPhone 12**<br>**Smartphone** | *Figure 6*<br>**Apple iPhone 12**<br>**Smartphone** |
|---|---|---|---|
| | | | |
| *iOS Team Awareness Kit,* iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | <br>*Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understandingnano.com/cell-phone-sensors-toxins.html | Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols<br> | "Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon; software based, or hardware based, wired or wireless connection, for CBRNE detection.<br> |

| | | | |
|---|---|---|---|
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously.<br><br>*Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols<br><br>Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers VIS-NIR spectrometer: Food freshness; Melanoma | "Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon; software based, or hardware based, wired or wireless connection, for CBRNE detection.<br> |
| Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology.: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols<br> | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>"Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon; for CBRNE detection.<br> |

15

| | | | |
|---|---|---|---|
| Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br><br>*Tiny sensors tucked into cell phones could map airborne toxins in real time.* | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>Biosensors: Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols<br><br> | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>"Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon;, for CBRNE detection.<br><br> |
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously.<br><br><br>*Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols<br><br><br>Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers VIS-NIR spectrometer: Food freshness; Melanoma | "Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon; software based, or hardware based, wired or wireless connection, for CBRNE detection.<br><br> |

*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously.



*Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html

Biosensors: Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols



Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers VIS-NIR spectrometer: Food freshness; Melanoma

"Native" to the smartphone is a "port" for *plug-ins* that are at least: embedded into, affixed to, placed upon; software based, or hardware based, wired or wireless connection, for CBRNE detection.



*Figure 8:* Google Android and Apple iOS are "Native" to the OEMs (i.e., Google, Samsung, Apple, etc.) manufacture of the smartphones.

### Blueforce Plugin Series: CBRNE and HAZMAT Response

| | |
|---|---|
| The DuraForce Ultra 5G<br>(CBRN purpose-built *plugins* for smartphones)<br> | The ALTAIR 5X Gas Detector<br>(Google Android and Apple iOS)<br> |
| The MSA Altair 4XR Multi-Gas Detector<br>(Google Android and Apple iOS)<br> | The Thermo RadEye™ PRD Radiation Detector<br>(Google Android only)<br> |

*Figure 9*: The Smartwatch is "Native" to the OEMs (i.e., Google, Samsung, Apple, etc.) manufacture of the smartphones.

Example: Apple Watch Series 5 & 6 and Apple's iPhone 11 & iPhone 12 Series basically have the same "common features of design similarity" to include the ability to operate as a stand-alone detection device, or a detection device that is interconnected through Bluetooth, to the iPhone 11 & iPhone 12 Series. Apple Watch Series 5 & 6 OS: watchOS 7.0, upgradable to 9.2; Chipset: Apple S6; and CPU: Dual-core.



www.shutterstock.com · 1853739421

*Figure 9*

### Smartwatch Detection for CBRN

Homeland Security's Smartwatch Will Detect Nuclear Bombs
https://www.popularmechanics.com/military/research/a18161/homeland-security-smartwatch-detect-nuclear-bombs/

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick
https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19 before symptoms surface: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

***Figure 10*** The Smartphone case is "Native" to the OEMs (i.e., Google, Samsung, Apple, etc.) manufacture of the smartphones

Example:
**$1250 iPhone 8 Plus case claims to detect weapons and explosives from 40 feet**



***Figure 10***

This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet …

*SWORD smartphone attachment [is] a case\* that goes around [] an iPhone and uses the phone's audio sound waves as a sort of sonar to detect whether someone is carrying a gun, knife or explosive device. The case includes an array of 18 antennas that can create an image profile based on the radio frequency waves. The app can detect whether the person is carrying something dangerous by tapping into its database of weapons and explosive devices.*

The same system can also use facial recognition to match people against target photos fed into it, for example those banned from a school or company campus. https://9to5mac.com/2018/06/06/iphone-weapons-detector/

---

\* "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones" (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: *The development of homeland security markets for environmental sensor networks.* Torin Monahan & Jennifer T. Mokos

*Figure 11*—The products "Native" to the manufacture of Apple's phones (*Figures 8-10 above*) are applied in the claim chart below to illustrate how the "Native" products, when applied; allegedly infringes Plaintiff's patents. The "Native" elements are essential to proving the smartphones are CBRNE manufactured.

| *Figure 3* Apple iPhone 12 Smartphone | *Figure 8* Apple iPhone 12 Smartphone | *Figure 9* Apple iPhone 12 Smartphone | *Figure 10* Apple iPhone 12 Smartphone |
|---|---|---|---|
| | | | |
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Homeland Security's Smartwatch Will Detect Nuclear Bombs<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness<br><br> | This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet<br><br> |

| | | | |
|---|---|---|---|
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |  The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Homeland Security's Smartwatch Will Detect Nuclear Bombs<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness<br><br> | This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet<br><br> |
| Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br> The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology.: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>Homeland Security's Smartwatch Will Detect Nuclear Bombs The US Military's Latest Wearables [Smart Watch] Can Detect Illness<br><br> | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet<br><br> |

| | | | |
|---|---|---|---|
| Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app.  based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br><br><br>The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>Homeland Security's Smartwatch Will Detect Nuclear Bombs<br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness<br><br> | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet<br><br> |
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | <br><br>The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Homeland Security's Smartwatch Will Detect Nuclear Bombs<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness<br><br> | This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet<br><br> |

23

| | | | |
|---|---|---|---|
| *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |   The DuraForce Ultra 5G (CBRN purpose-built *plugins* for smartphones) | Homeland Security's Smartwatch Will Detect Nuclear Bombs  The US Military's Latest Wearables [Smart Watch] Can Detect Illness   | This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet   |

*Figure 12* Apple's iPhone 12 & Samsung Galaxy S21 "mirrors" the Google Pixel 5 Smartphone—All the Pixel 5 elements were identified in *Golden v. Google LLC; Fed. Cir. No. 22-1267* "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,096,189" … "Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart."

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Samsung Galaxy S21 Smartphone |
|---|---|---|
| | | |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). System-on-a-chip: Apple A14 Bionic (5 nm). iOS 14.1, upgradable to iOS 16.1 | CPU: Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. System-on-a-chip: Qualcomm SM8350 Snapdragon 888 5G (5 nm) - USA/China. OS: Android 11, upgrade to Android 13 |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |

| | | |
|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM |

| | | |
|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest ×<br>Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | The Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Samsung Smart Doorlock - Apps on Google Play. Google Nest ×Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |

| | | |
|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Samsung Smart Doorlock - Apps on Google Play. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

28

| | | |
|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Samsung Smart Doorlock - Apps on Google Play. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

***Figure 13*** Individual charts describing the assembly of Plaintiff's Communicating, Monitoring, Detecting, and Controlling (CMDC) device. The patents used are Plaintiff's '497, '752, '189, '439, '287, '619, & '891 patents. Apple allegedly caused the infringement of Plaintiff's patents with its open-source architecture. Apple's open-source architecture allow scientist, engineers, developers, manufacturers, etc. to designed products, devices, and apparatuses to be integrated with and configured to operate and function with the host device (i.e., smartphone).

I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent

II. Central Processing Units for CMDC Device – Claim 5 of the '287 Patent

III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent

IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent

V. Embedded CBRN Sensors for CMDC Device – Claim 16 of the '439 Patent

VI. Interchangeable Sensors for CMDC Device – Claim 20 of the '439 Patent

VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent

VIII. Remote/Electrical Lock for CMDC Device – Claim 125 of the '990 Patent

IX. Pre-Programmed Lock for CMDC Device – Claim 1 of the '287 Patent

X. Fingerprint / Face Recognition for CMDC Device – Claim 1 of the '619 Patent

XI. Stall, Stop, Slowdown for CMDC Device – Claim 11 of the '891 Patent

XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent

XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent

XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent

30

## I. Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone) – Claim 23 of the '439 Patent



**Claim 14 of the '439 Patent** "Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween …

**Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., smartphone)**

**Claim 23 of the '439 Patent**: "A cell phone comprising: a central processing unit (CPU) for executing and carrying out the instructions; … whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems … multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

"In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, …, wireless communication devices, monitoring sites, monitoring terminals, web servers, desktop personal computers (PCs), notebook personal computers (PCs), laptops, satellite phones, cell phones, … handhelds;

## II. Central Processing Units (CPUs) for CMDC Device – Claim 5 of the '287 Patent



Example: Apple's A13 Bionic Chip contains 8.5 billion transistors and six CPU cores. "For instance, the CPU team will study how applications are being used on iOS and then use the data to optimize future CPU designs." https://www.wired.com/story/apple-a13-bionic-chip-iphone/

**Central Processing Units (CPUs) for Smartphone**

**Claim 5 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to control components of a vehicle, … or send signals to detect … chemical, biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. [**See also claims 4 & 6 of the '287 patent; and, claims 1 & 11 of the '619 patent**].

The "smartphone processor (CPU), also known as chipset, is a component that controls everything going on in your smartphone and ensures it functions correctly. You can compare it to the brain of the human body. Every action you perform on your smartphone goes straight to the processor." https://www.coolblue.nl/en/advice/smartphone-processors. html. "[T]oday's smartphones all have processors or CPUs. A smartphone CPU (central processing unit) is the brains of the entire device. Without one, no smartphone would be able to function" (smartphonedomain.com., 2021).

## III. Camera CBR Sensor(s) for CMDC Device – Claim 4 of the '189 Patent







### Camera CBR Sensor(s) for Smartphone

Camera Sensor for Radiological Detection: How can a cell phone detect radioactivity? Cell phones have cameras and camera sensors react to radioactivity. High energy particles strike a sensor array and register as small bright pinpoints or thin streaks of light. An app … works well enough to alert users to dangerous levels of radiation.

Camera Sensor for Biological Detection: "In the diagnostic test, a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. Coronavirus RNA present, CRISPR proteins snip the molecular probes, whole sample to emit light. Fluorescence detected with a cell phone camera." (Image: Science at Cal).

Camera Sensor for Chemical Detection: The sensor *Rhevision* and UC San Diego responds to different chemicals by changing color; a single chip with many tiny pores, each respond to a different chemical; a standard cell-phone camera can detect them; the phone's camera watches the chip for color changes.

**Claim 4 of the '189 Patent**: A built-in, embedded multi sensor detection system … sensor array or fixed detection device into the product that detects agents …

## IV. Smartwatch CBR Detector for CMDC Device – Claim 19 of the '439 Patent



Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/

### Smartwatch CBR Detector for Smartphone

**Claim 19 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: a plurality of sensors … capable of being disposed within, on, upon or adjacent a multi-sensor detection device.

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

## V. Embedded CBRN Nanosensors for CMDC Device – Claim 16 of the '439 Patent



**Embedded CBRN Sensors for Smartphone (NASA)**

**Claim 16 of the '439 Patent**: A built-in, embedded multi sensor detection system … a cell phone, a smart phone

A silicon-based sensing chip, which consists of 64 nanosensors can turn a cell phone into a *portable poison detector*. (NASA). "can turn your cellphone into a *portable "silent killer" detector* https://www. foxnews.com/tech/smartphones-take-on-silent-killers-as-portable-danger-detectors & Nuclear Radiation Nanosensors and Nanosensory Systems https://link.springer. com/book/10.1007/978-94-017-7468-0

## VI. Interchangeable Sensor Device for CMDC Device – Claim 20 of the '439 Patent



**Plurality of Interchangeable Sensor Device for Smartphone: (NASA & Subtractor George Yu)**

**Claim 20 of the '439 Patent**: A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agents…

The system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform. A cylinder that transmits data from sensors to smartphone. The NODE+ is compatible with Android and Apple smart devices.

## VII. NFC CBR Tag for CMDC Device – Claim 21 of the '439 Patent



MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone… detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases… Sensors. Retrieved from: https://phys.org/news/ 2014-12-cheap-sensor-transmit-hazardous-chemicals.html

**Near-Field Communication (NFC) CBR Tag for Smartphone (Safer than RFID tag)**

**Claim 21 of the '439 Patent**: A multi-sensor detection system … at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication

In November 2007, two Defense Department contractors, and a U.S. city's bomb squad demonstrated how an RFID tag could send a signal to … detonated a small amount of explosives in a container a simple emission of a radio signal traveling on the approved RFID 433 MHz frequency. Officials from the Defense Department and DHS observed the demonstration. https://www.nationaldefense-magazine.org/articles/2011 /2/1/2011february-military-supply-chain-tracking-system-both-inefficient-and-dangerous

## VIII. Remote/Electrical Lock Disabler for CMDC Device – Claim 125 of the '990 Patent



**Remote/Electrical Lock Disabler for Smartphone (Gov. Contractor iControl's MATTs & mLOCK)**

**Claim 125 of the '990 Patent**: A multi-sensor detection system … whereupon detection causes a signal to be sent to the at least one communication device followed by communicating with the internal or external remote/electrical lock disabler.

Marine Asset Tag Tracking System (MATTS) is a DHS initiative for "Smart Container". MATTS "gateway": a wireless electronic device that communicates with a sensor array; the communication device; and locking mechanism for locking status and GPS location. Internal /external sensors are interconnected to operate with the MATTS device and can detect gas concentrations, radiation, humidity and moisture, atmospheric pressure, etc. The mLOCK communicates bi-directionally using encrypted messages between the lock and the MATTs readers or mobile devices (i.e., smartphone)

## IX. Pre-Programmed Lock Disabler for CMDC Device – Claim 1 of the '287 Patent



"Monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock…"

**Pre-Programmed Lock Disabler for Smartphone**

Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android or iOS device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Account Login. On an Android or Apple Phone, multiple attempts (usually five attempts or more) with an unknown or a wrong pin will go either into a delay before further attempts are allowed …

FBI Failed Attempts to Unlock Phone: The FBI recovered an Apple iPhone 5C—owned by the San Bernardino County, California government—that had been issued to its employee Syed Rizwan Farook, one of the shooters involved in the December 2015 San Bernardino attack. The attack killed 14 people and seriously injured 22. The two attackers died four hours after the attack in a shootout with police ... Authorities were able to recover Farook's work phone, but could not unlock its four-digit passcode, and the phone was programmed to automatically delete all its data after ten failed password attempts (an anti-theft measure on smartphones).

**Claim 1 of the '287 Patent**: Monitoring equipment that is at least one … a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries;

## X. Fingerprint and Face Recognition for CMDC Device – Claim 1 of the '619 Patent



### Fingerprint and Face Recognition for Smartphone

**Claim 1 of the '619 Patent**: A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to authenticate or identify a user by at least one of biometric fingerprint recognition, biometric facial recognition, biometric iris recognition, or biometric retina recognition

## XI. Stall, Stop, or Vehicle Slowdown for CMDC Device – Claim 11 of the '891 Patent



Driverless car smartphones, authorizes the phone to control functions. Smartphones and driverless technology: instant braking for autonomous cars; sensors detect interference, obstacles and oncoming cars; instant breaks to avoid collisions.

### Stall, Stop, or Vehicle Slowdown for Smartphone

**Claim 11 of the '891 Patent**: A vehicle adapted for receipt of a signal from a remote location to control the vehicle's stall-to-stop means or vehicle slowdown means, comprising: at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

Remote Vehicle Shutdown is a system of remotely shutting down the connected vehicle, using radio pulses; intended for police, military and security use. Remotely find and disable stolen vehicles; ability to prevent engine start; prevent movement of a vehicle; stop or slow an operating vehicle; gradually decelerate a vehicle by downshifting, limiting the throttle capability; and, improve security of carriers of high-risk cargo, like hazardous materials. Security features that Remote Vehicle Shutdown provides. https://www.globenewswire.com/en/news-release/2019/12/17/1961557/0/en/Remote-Vehicle-Shutdown

## XII. Vehicle Monitoring with CMDC Device – Claim 44 of the '891 Patent



### Autonomous and Driverless Vehicle Monitoring with Smartphone

**Claim 44 of the '891 Patent**: A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means … (Dep. 55) … 44, further can be adapted, modified or designed to include a vehicle designed to perform as a driverless or autonomous vehicle … in operation with or without a user, driver or operator inside the vehicle.

## XIII. Connect Vehicle with CMDC Device – Claim 4 of the '287 Patent



### Connect Vehicle with Smartphone

**Claim 4 of the '287 Patent**: A monitoring device, comprising: at least one central processing unit (CPU) … at least one of a transmitter or a transceiver in communication with the at least one CPU configured to … send signals to lock or unlock doors, send signals to control components of a vehicle, … or send signals to detect … chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling.

**CarLink™** is a Smartphone interface that allows you to start your vehicle, unlock your doors or pop the trunk from virtually any distance, or help you find your car in a large garage after a sporting event or a trip to the mall. *Compatible with iPhone, BlackBerry and Android *Remote Start Compatible *Door lock and unlock *Car find feature (horn honk and/or flashing lights) *Control trunk release or sliding door open)

## XIV. Internet-of-Things (IoTs) with CMDC Device – Claim 11 of the '619 Patent



The smartphone can be used as an IoT device for Personal emergency response, fitness tracking, location-based asset tracking, natural vision processing, and a Bluetooth gateway for wearable Bluetooth devices that enable many IoT monitoring apps. Also, identity verification, GPS based guidance, position/orientation awareness apps for smartphone-based implementation.

### Internet-of-Things (IoTs) with Smartphone

**Claim 11 of the '619 Patent**: A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: processing instructions to connect the communication device to the internet or internet-of-things (IoTs) platform to sync, to at least one of a building's computer or security system, a vehicle's computer or security system, a lock, a detection device, or another communication device

The Internet-connected smartphones, can directly capture and compile data from as many as 14 different sensors: Accelerometer, GPS, Gyroscope, Magnetometer, Biometrics, Camera, Barometer, Proximity Sensors, Bluetooth connectivity, Barcode readers, Touchscreen sensors, Heart rate monitor, ECG, Haptic feedback sensors

The IoTs contain computing hardware, including processors with embedded programming telling them what to do, sensors that gather various sorts of readings (such as temperature, motion, chemical levels, heart rate and body movement) and communication hardware that can send and receive signals.

37

*Figure 14* The Smartphone Detector case is "Native" to the OEMs (i.e., Google, Samsung, Apple, etc.) manufacture of the smartphone

**iPhone case can detect weapons and explosives from 40 feet**



### Figure 14

This iPhone case has the ability to detect hidden weapons and explosives from a distance of up to 40 feet …

*SWORD smartphone attachment [is] a case\* that goes around [] an iPhone and uses the phone's audio sound waves as a sort of sonar to detect whether someone is carrying a gun, knife or explosive device. The case includes an array of 18 antennas that can create an image profile based on the radio frequency waves. The app can detect whether the person is carrying something dangerous by tapping into its database of weapons and explosive devices.*

The same system can also use facial recognition to match people against target photos fed into it, for example those banned from a school or company campus. https://9to5mac.com/2018/06/06/iphone-weapons-detector/

\* "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones" (U.S. Department of Homeland Security, 201 la). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."
Retrieved from: Crowdsourcing urban surveillance: *The development of homeland security markets for environmental sensor networks.* Torin Monahan & Jennifer T. Mokos

*Figure 15(a)* The Detector case [i.e., *Fig. 14*] is covered in Plaintiff's Patents

**"Proposal White Paper"**

38

*Figure 15(b)* Plaintiff submitted a Proposal for the Detector case [i.e., *Fig. 14*] to the Department of Homeland Security in 2007-08 (Next Page)



# BROAD AGENCY ANNOUNCEMENT (BAA) 07-10

## *CELL-ALL Ubiquitous Biological and Chemical Sensing*

### Administrative and Technical Points of Contact:

**Larry Golden, CEO**
**ATPG Technology, LLC**
**522 Peach Grove Place**
**Mauldin, SC 29662**
**864-288-5605 / 864-992-7104**
**lgolden5605@charter.net**

**Authorized Officer:** *Larry Golden*

| **BAA Number:** CELL-ALL BAA07-10<br>**Title:** CELL-SMD; Multi Sensor-Detection | **Offeror Name:** ATPG TECHNOLOGY, LLC<br>**Date:** 11/28/2007 |
|---|---|
|  | **Operational Capability:**<br>1. Ability to effectively sense/detect chemical agents, reliably and securely report position and detection readings.<br>   Provide software applications to easily manage large scale network.<br>   Design allows for straightforward integration with existing cell phones<br>   Ability to graphically depict and filter live data.<br>2. Goal: ability to detect chemical or biological agents 99%.<br>   Goal: network throughput 99%.<br>3. Prototype SMD (cell phone case) target cost is $50 in mass quantities (excluding sensor)<br>   Competition among sensor developers will drive final cost.<br>4. Durable, inexpensive device, does not degrade performance of host device<br>   Makes extensive use of existing technology and builds upon completed spiral of a similar device. |
| **Proposed Technical Approach:**<br>1. Provides Sensor Monitoring Device (SMD) in a protective cell phone case.<br>   Easy to distribute/integrate with cell phone<br>   Viewer/Management SW provides hierarchical levels for information flow<br>2. Incorporate selected sensors into existing SMD functional prototype<br>   Manufacture prototype cell phone cases to accommodate SMD and sensors<br>   Enhance/scale existing cell phone, web and desktop support applications<br>3. First spiral complete, yielded functional prototypes – SMD, web, desktop & cell phone applications<br>4. Established working relationships with Otter Box and ECBC<br>5. CELL-ALL technical approach & rational taken from, "Multi Sensor-Detection and Lock Disabling System", (Patent Pending; Pub., 10-18-07; App. #: 11/397,118:) | **Schedule, Cost, Deliverables, & Contact:**<br>One year Period of Performance, $1,000,000<br>Prototype and manufacture cell phone cases with integrated SMD, chemical and biological sensors<br>Enhance/scale viewer/management software to support large sensor network<br>**Deliverables:**<br>Prototyped cell phone case containing SMD and sensors<br>Cell phone & desktop viewer/management SW<br>System demonstration of: sensor detection, alert transmitted through hierarchy and control center messages to SMD<br>**Corporate Information:**<br>ATPG TECHNOLOGY, LLC<br>Larry Golden, CEO<br>522 Peach Grove Place<br>Mauldin, SC 29662<br>Phone: 864-288-5605<br>lgolden5605@charter.net |

## Executive Summary:

Two years ago, recognizing the danger that existed if a WMD was concealed, transported and deployed within our borders, ATPG embarked on the development of a multi-sensor, tracking and detection system. The first development spiral yielded a functional Sensor Monitoring Device (SMD) prototype and tiered communication applications to distribute, monitor and manage the multi-sensor SMD network information. The ubiquitous sensor network solution proposed in this white paper borrows heavily from the technology developed in spiral one. The tiered communication, viewer and management software applications were designed to be part of a large sensor network. For this application the software will be scaled and enhanced to accommodate the volume of traffic that would result from an extremely large sensor network. Our SMD was designed to provide as much flexibility as possible and communicates with a variety of sensors through an array of built-in standard interfaces (SPI, A/D, Serial, Bluetooth, I2C etc). This existing open architecture design affords us the opportunity to collaborate with the U.S. Army Edgewood Chemical and Biological Center (ECBC) to evaluate, test and acquire the most appropriate miniaturized chemical and biological sensors.

ATPG intends to utilize the hardware and software technology developed in spiral one as the basis for the ubiquitous sensor network. The form factor of the SMD will be re-engineered so that it can initially be housed in cell phone cases allowing straightforward integration with existing cell phones. The SMD, housed in the cell phone cases will use a Bluetooth channel to communicate with ATPG software hosted on the cell phone. This software will provide bidirectional communication between the SMD and cell phone. The cell phone software will additionally use email and SMS messaging services to communicate information to control centers. The software for managing the information from the sensor network will be architected in a way that provides a means to efficiently escalate information up the government hierarchy. The software will employ a large database back-end and where practical message routing rules will be implemented to allow for effective and efficient routing of sensor message traffic.

## Utility to Department of Homeland Security:

ATPG's strategy of incorporating its existing SMD design into cell phone cases provides a means to quickly establish a massive sensor network nationwide. ATPG proposes modifying the SMD form factor so that it can be installed into the most common cell phone cases. When a person volunteers for the program they would receive a cell phone case along with an adapter cord that would connect to their existing phone charger; allowing the SMD and phone to charge simultaneously. A switch on the case will allow the volunteer to enable the device at their discretion. If a volunteer elects to participate in the program and their cell phone does not have an on-board GPS, the SMD provided in the cell phone case will be equipped with one. The geographic position of the SMD/cell phone pair will be determined either by GPS, cell phone tower database and signal strength or by a Wi-Fi hotspot database. In the event current position cannot be determined, the device will use its last known good position fix for communications and the position will be flagged as such. Housing the SMD and sensors in a cell phone case provides a number of advantages. Since the SMD will draw all of its power from its own power source the only resources required from the cell phone will be for a dedicated Bluetooth channel and limited processing power to execute the cell phone software. Additionally, the consumables

in the cell phone case (battery, sensors etc.) can easily be switched out, or the entire case can be easily replaced. ATPG will be working with the Otter Box Company to design a cell phone case capable of housing the SMD and its sensors, providing a protective, water-resistant case while maintaining complete cell phone interactivity. This approach will allow ATPG to easily and incrementally make changes to the host platform as the technology of the SMD and its sensors are miniaturized.

## Technical Approach:

The creation, implementation and management of a massive sensor network will require a design approach that delivers a system solution. Every tier of the system is important and the end product must be manageable, provide redundancy and implement an open architecture wherever possible. The ATPG solution proposed here focuses on these requirements and delivers a design that translates into a straightforward, deployable sensor network system that can be distributed en masse.

At the lowest level, the SMD is engineered to communicate with a variety of sensors through an array of standard interfaces (SPI, A/D, Serial, I2C etc). This open architecture allows for easily integrating additional sensors into the device and expanding the range of hazardous agents detectable by the SMD. The SMD will continually monitor/control the attached sensors and communicate with the cell phone via a dedicated Bluetooth channel. When the SMD is activated by the user, a small software application installed on the phone will monitors the Bluetooth channel for detection alerts and also forward commands received from control centers to the SMD. The SMD will periodically send its position information to the control center. The position the SMD will report to the control centers is determined using a layered approach. Initially the SMD will look to the on-board GPS (if provided) to determine position. If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from its own GPS. When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength. If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position. If all these options fail, the last known position can be augmented with the on-board accelerometers to estimate the current position which will be reported to the control centers and annotated as a last position and a possible position. All information received by the cell phone application from the SMD will be forwarded to the control centers either through email or SMS messages if email is not available. The information transmitted will be encoded in XML and encrypted prior to transmission. When a user needs to be notified of information from a control center, the cell phone software will use either a ring tone or vibration to call the user's attention to the display. This solution of integrating the SMD into the cell phone case and installing a small software application on the volunteer's cell phone provides a means to easily modify and upgrade the sensor network system as advancements are made to sensor and SMD technology with minimal impact to the user.

The web and desktop software that support the sensor network is designed to support an escalating reporting hierarchy. At each level rules can be established in the message routing software to facilitate the transfer of alert information. Rules can also be established to assist in determining the area affected by an alert. In the event a chemical or biological agent is detected and reported, the software can automatically search for other sensors in a pre-defined area and command them to sample and report back. This information can then be used by first responders

42

and local government to determine the impacted area and aid in creating a plan of action to cope with the event. The reporting hierarchy can be configured as needed but the current configuration sends notification to the local First Responder units, followed by City, County, State and Federal government. As the information works its way up the hierarchy rules at each level fire off to create events that notify necessary personnel at each level. The viewer/management software used at each level of the hierarchy is identical. How the system forwards and responds to data is configured in the message routing rules table. The desktop software uses Google Earth as a viewer and plots the position of the sensors and detections on the map. Filtering options are provided in the software to allow the screen to be decluttered. A hierarchical database of sensors reporting to the viewers at a given control center is maintained to allow simple manipulation of the sensor network. The software will allow the user to drill down into lower levels of the data by clicking on the images on the map or through the windows explorer like interface provided. The software will also allow commands and alerts to be sent to SMD enabled cell phones by clicking on the image or on its text representation. Each SMD representation on the map will display its unique identification number as its label and clicking on the icon will display the last set of data received by the control center. The sensor network data can also be made available to smart phones and PDAs running a variation of the viewer/management software. All data passed through this network will be encrypted and all database and user accounts will be protected by multiple layers of security to ensure the privacy of the volunteers and protect their location from foreign/unwanted access.

As an option all messages sent from the SMD to the control centers could receive notification of receipt; confirmation that the network is operating properly. This could be a builtin fail safe, which would allow the user to be notified first if detection occurred and the information could not be transmitted to a control center. In this scenario the user would be notified of the detection and could take action to leave the area and contact authorities through some other means.

## Personnel and Performer Qualifications and Experience:

Larry Golden is the CEO of ATPG and will be the project manager for this program. Mr. Golden's invention and patent pending sensor monitoring device (Pub. 10-18-07; App. #: 11/397,118) will be used as the departure point for the development of the SMD. Mr. Golden's background is in industrial engineering and management. Larry's duties will include managing the schedule, budget and subcontractors providing the cell phone cases.

Harold Kimball is a software engineer with twenty years' experience developing software applications, including embedded systems, operational flight programs, database applications, and web and desktop applications. Mr. Kimball will be the technical lead on this program as well as the lead software developer for the SMD applications. Over the past few years Mr. Kimball's focus has been on developing situational awareness applications, embedded device applications and aircraft simulation software. Mr. Kimball has a Bachelor's degree in Computer Science and is working on his Master's Degree in Artificial Life. Mr. Kimball recently had an article published describing a scalable disaster relief and communications infrastructure system he is developing to aid first responders and disaster relief personnel in their efforts.

Doug Cumbie is an electrical engineer and software engineer with six years' experience developing embedded systems, web applications, situational awareness software and aircraft simulation software. Mr. Cumbie will be the lead Engineer on this program as well as the

primary developer for the web and desktop applications. Over the past few years Mr. Cumbie has focused on embedded device development, situational awareness applications and aircraft simulation software. Mr. Cumbie holds Bachelor's degrees in both Computer Engineering and Electrical Engineering.

The Otter Box Corporation will provide custom cell phone cases for housing the SMD developed by ATPG. The Otter Box Corporation has extensive experience manufacturing and distributing custom cases for cell phones, laptops and PDAs. Their manufacturing and distribution experience will play a key role in the ability to efficiently develop, manufacture and distribute a custom cell phone case enveloping the SMD and providing a water resistant and protective case. U.S. Army Edgewood Chemical and Biological Center (ECBC) will play a vital role in assisting ATPG with evaluating, testing and selecting the most appropriate miniaturized chemical and biological sensors available. ATPG and ECBC have a collaborative agreement in place ensuring ATPG of their services in sensor analysis and selection.

## Commercialization and Capabilities:

ATPG will work closely with Otter Box and ECBC to determine the physical characteristics and requirements needed to create a custom cell phone enclosure for the selected sensors and SMD. ATPG will leverage Otter Box's manufacturing and distribution experience to enable ATPG to produce and deliver large quantities of custom cell phone cases. As mentioned previously the case will be designed and developed so that consumables can easily be swapped out or the entire cell phone case can be replaced. This approach ATPG is pursuing is the most economical and efficient way to mass distribute a sensor network; providing low risk and minimal impact to volunteers of the program. Becoming part of this volunteer network would be a simple process and would only require end-users to; elect to become a volunteer, indicate which type of cell phone they currently use and upon receipt of the new cell phone case commence holstering the cell phone in the case wherever they go. As an option and to solicit interest in the program, volunteers could be provided software applications. These applications could potentially access tracking information of the volunteer's phone and the volunteer's family members' phones; or a moving map application could be provided to enable navigation through the cell phone. Mr. Kimball and Mr. Cumbie have many years' experience developing and distributing code to demanding end users. Both individuals have experience providing Situational Awareness and OFP software to the Air Force Special Operations Command (AFSOC) for all fixed wing Special Operations Forces (SOF) aircraft. Additionally, Mr. Kimball worked for Manheim Auctions, an international organization with a large customer base and participated in the development and distribution of Manheim's software applications.

One method ATPG conceived for fielding the sensor network and implementing its widespread use would be to conduct a pilot program for the nearly 30 million government employees, border patrol personnel and government contractors. These individuals generally work in what would be considered high value target areas. Providing these employees with cell phone cases equipped with the SMD and its sensors would immediately give the sensor network nationwide coverage in many areas that would be likely targets of a terrorist attack. In addition to gaining nationwide coverage; if this pilot program extended to all government employees and its contractors around the world, the network would have the ability to monitor U.S. interests globally.

## Costs, Works and Schedule:

The budgeted cost for this development is $1,000,000, with a projected period of performance of one year. ATPG will simultaneously commence four primary tasks upon contract award.

 1) ATPG will work with ECBC to evaluate, test and select the most appropriate chemical and biological miniaturized sensors available (4-month effort, $17,137)).

 2) ATPG will research and determine the three most commonly used phones capable of being part of this sensor network and work with Otter Box to design and manufacture cell phone cases to house the SMD and sensors (4-month effort, $45,000).

 3) ATPG will enhance/scale the software applications to support the potentially large volume sensor network that will comprise the Cell-All ubiquitous system (7-month effort, $500,000).

 4) ATPG will restructure and scale down the SMD so it can be accommodated in the cell phone case. After month 7, integration and testing of the Cell-All system will commence. The system will be documented (block diagrams, wiring diagrams, and theory of operation manual) and a demonstration date will be scheduled (12-month effort, $437,863).

Prototype cases housing the SMD and sensors, cell phones and viewer/management software executables will be delivered upon project completion.

## Small Business Considerations:

This white paper is submitted from a minority owned small business.


Sincerely,


Date: _____


_____

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

# Exhibit G

## THE NEW, IMPROVED UPON, PC WAS DEVELOPED FOR THE GOVERNMENT AS A COMMUNICATING, MONITORING, DETECTING, AND CONTROLLING (CMDC) DEVICE

Below, is an illustrative claim chart of how the HP ZBook PC directly infringes claim 5 of Golden's '287 patent, and claim 1 of Golden's '189 patent.

Also, the chart illustrates how Intel's 11th Generation Intel® Xeon® W-11955M vPro® CPU contributes to the infringement of the HP ZBook PC, and has "no substantial non-infringing use". Golden's CPU is referenced in 12 limitations of claim 5 of Golden's '287 patent. Every claim limitation is covered.

| HP ZBook Fury 15.6 Inch G8 Mobile Workstation PC | Patent #: 10,163,287; Indep. Claim 5 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|
| This "*doctrine of equivalent*" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim. | A monitoring device, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: 11th Generation Intel® Xeon® W-11955M vPro® with Intel® UHD Graphics (2.6 GHz base frequency, up to 5.0 GHz with Intel® Turbo Boost Technology, 24 MB cache, 8 cores; 16 threads). Preinstalled operating system - Windows 11 Pro2  This "*doctrine of equivalent*" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claims.  ***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one central processing unit (CPU); | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

1

| | | |
|---|---|---|
| Technical Specifications Temperature Sensor— Operating is 14° to 158° F (-10° to 70° C).<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X |
| HP CoolSense Technology uses a motion sensor to sense when the computer is being used in a stationary or mobile setting<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one motion sensor in communication with the at least one CPU; | X |
| 15.6" diagonal UHD (3840 x 2160) IPS eDP1.4 + PSR2 WLED-backlit touch screen with Corning® Gorilla® Glass 5<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one viewing screen for monitoring in communication with the at least one CPU; | X |
| GPS: Standalone, A-GPS (MS-A, MS-B). GPS Bands: 1575.42 MHz ± 1.023 MHz, GLONASS 1596-1607MHz, Beidou 1561.098 MHz<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

2

| | | |
|---|---|---|
| High speed internet and Microsoft account required for Windows 11 Pro and Windows 11 Pro for Business<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| WLAN: Intel® Wi-Fi 6 AX201 (2x2) and Bluetooth® 5.2 wireless card, vPro™<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | X |
| HP ZBook PC Specs: HP Tamper Lock. Nano Security Lock. Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | X |

| | | |
|---|---|---|
| HP chipset requires a Windows operating system, network hardware and software, connection with a power source, and a direct corporate network connection which is either cable or wireless LAN.<br><br>**_Literal Infringement_**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**_Contributory infringement_**: The CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC and is capable of carrying out the functional and operational instructions of the PC. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X |
| HP Fingerprint Sensor.  Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>**_Literal Infringement_**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**_Contributory infringement_**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This "**_doctrine of equivalent_**" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>**_Contributory infringement_**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>**_Induced infringement_**: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | |
|---|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Near Field Communication (NFC) module. NFC RF standards ISO/IEC 14443 A<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building… or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | |
|---|---|---|
| HP ZBook PC Specs: HP Tamper Lock. Nano Security Lock.<br><br>Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| High speed internet and Microsoft account required for Windows 11 Pro and Windows 11 Pro for Business. WLAN: Intel® Wi-Fi 6 AX201 (2x2) and Bluetooth® 5.2 wireless card, vPro™<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

## Intel contributed to the infringement of Golden's patented new and improved upon PC

| | |
|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals. Below: Intel Labs' Nabil Imam holds a Loihi neuro-morphic chip in his Santa Clara, California, neuro-morphic computing lab. (Walden Kirsch/Intel Corp) | |
| Intel and Cornell trained Intel's Loihi neuromorphic chip to learn and recognize the scents of 10 hazardous chemicals … the activity of 72 chemical sensors in response to these smells and configured the circuit diagram of biological olfaction on Loihi. The chip quickly learned the neural representation of each of the smells and each odor, demonstrating a future for neuroscience and AI. | <br>Intel's Loihi 2 Neuromorphic Chip |