UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Golden <br><br> Plaintiff(s) <br> v. <br><br> Samsung Electronics America, Inc. <br><br> Defendant(s) | CASE No C 3:23-cv-00048-WHO <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 5/24/2023          /s/ Daniel Girdwood, Samsung
                                                Party

Date: 5/24/2023          /s/ Hyun Byun
                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 5/24/2023          Hyun Byun
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Covington & Burling LLP, whose address is 3000 El Camino Real, 5 Palo Alto Sq, Palo Alto, CA 94306. I am over the age of eighteen years and not a party to this action. On May 24, 2023 I caused this ADR CERTIFICATION BY PARTIES AND COUNSEL to be served on Plaintiff Larry Golden in this action by sending a true and correct copy thereof via U.S. Mail and via electronic mail addressed as follows:

Larry Golden
740 Woodruff Road, #1102
Greenville, SC 29607
(864) 288-5605
Email: atpg-tech@charter.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on May 24, 2023, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

COVINGTON & BURLING LLP

Julie Romanow
Patent/ITC Case Manager
Covington & Burling LLP