Robert T. Haslam (Bar No. 71134)
rhaslam@cov.com
Hyun S. Byun (Bar No. 281753)
hbyun@cov.com
Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Richard L. Rainey (*pro hac vice*)
rrainey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Samsung Electronics America, Inc.*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　　Defendant | Civil Case No.: 3:23-cv-00048-WHO<br><br>Judge William H. Orrick<br><br>**DECLARATION OF HYUN S. BYUN IN SUPPORT OF DEFENDANT'S CASE MANAGEMENT STATEMENT** |

I, Hyun S. Byun, hereby declare and state as follows:

1. I am an attorney at the law firm Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, attorneys of record in this action for Defendant Samsung Electronics America, Inc. ("Samsung"). I submit this declaration in support of Defendant Samsung's Case Management Statement based on my personal knowledge of the facts set forth below, and, if called upon, could and would testify to the truth thereof.

2. On March 29, 2023, I participated in a meet and confer with Plaintiff Larry Golden in this action pursuant to Federal Rule of Civil Procedure 26(f) and ADR Local Rule 3-5 in advance of the Case Management Conference previously scheduled for April 26, 2023. Brian G. Bieluch and Michael R. Morey from Covington & Burling LLP were also present during the meet and confer conference.

3. On April 3, 2023, the Court granted Samsung's Motion to Change Time of Initial Case Management Conference Pursuant to Civil Local Rule 6-3 (Dkt. 24) and rescheduled the Case Management Conference, as well as the hearing on Samsung's pending Motion to Dismiss (Dkt. 7) and Mr. Golden's pending Cross-Motion for Summary Judgment (Dkt. 20), for June 13, 2023. *See* Dkts. 25 (Order), 26 (Clerk's Notice).

4. During the March 29, 2023 meet and confer, and pursuant to Civil Local Rule 16-9(a), I proposed to Mr. Golden that the parties submit a joint case management statement to the Court in advance of the Case Management Conference. Mr. Golden did not accept my proposal and stated that he would be filing his own case management statement separately from Samsung. Mr. Golden filed his separate case management statement on April 3, 2023. Dkt. 27.

5. During the meet and confer, Mr. Golden and I also (1) addressed the obligation to preserve evidence for this action, (2) agreed that discovery in this action will focus on non-email documents and that discovery will not involve the collection and production of emails from either party, (3) agreed that the parties will exchange their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) after the Court rules on Samsung's pending Motion to Dismiss and Mr. Golden's pending Cross-Motion for Summary Judgment, and (4) agreed that settlement discussions would be more productive if they occurred after the Court rules on Samsung's pending Motion to Dismiss and Mr. Golden's pending Cross-Motion for Summary Judgment.

6. Despite Mr. Golden's agreement that settlement discussions would be more productive after the Court rules on the pending dispositive motions, Mr. Golden sent an email on May 13, 2023 to Samsung's counsel in this action, as well as counsel for Google, Qualcomm, Apple, and Intel in Mr. Golden's similar suits in this District. Mr. Golden's email attached a letter from Mr. Golden to the Congressional Black Caucus containing a number of accusations against the federal government and Samsung, Google, Apple, Qualcomm, and Intel. Mr. Golden's email included an "offer" to each of Samsung, Google, Apple, Qualcomm, and Intel, to license the patents-in-suit in exchange for $5 billion. Mr. Golden's email also attached a document titled "List of Groups, Organizations, and Individuals for Reparations" and stated that "[a]ny company I have not heard back from by Wednesday, May 17, 2023 with the acceptance of my offer to license my patents for $5 billion dollars, name stays on the list." Attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C** are true and correct copies of (1) Mr. Golden's May 13, 2023 email, (2) Mr. Golden's letter to the Congressional Black Caucus attached to his email, and (3) the document titled "List of Groups, Organizations, and Individuals for Reparations" attached to his email, respectively.

7. Samsung did not respond to Mr. Golden's May 13, 2023 email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 5, 2023 at Palo Alto, California.

Dated: June 5, 2023                              Respectfully submitted,

                                                 /s/ Hyun S. Byun
                                                 Hyun S. Byun