# EXHIBIT A

| | |
|---|---|
| **From:** | atpg-tech@charter.net |
| **To:** | "Julia.york@skadden.com"; "chris.coulson@skadden.com"; "wfaulkner@mcmanislaw.com"; "mschechter@mcmanislaw.com"; "jyates@pattersonsheridan.com"; "kcameron@pattersonsheridan.com"; "matt@warrenlex.com"; "sachli@warrenlex.com"; "virginia@warrenlex.com"; Haslam, Robert T; Bieluch, Brian; Byun, Hyun; Morey, Mike; Rainey, Richard; "Grant.D.Johnson@usdoj.gov"; "atpg-tech@charter.net" |
| **Subject:** | FW: Offer |
| **Date:** | Saturday, May 13, 2023 8:19:09 AM |
| **Attachments:** | Proposal for the Congressional Black Caucus.docx |
| | List of Groups, Organizations, and Individuals for Reparations.docx |

**[EXTERNAL]**

Attached is the Proposal to the Congressional Black Caucus, and the list of Groups, Organizations and Individuals that are in support of reparations

----------------------------------------

From: atpg-tech@charter.net
To: "Julia.york@skadden.com", "chris.coulson@skadden.com", "wfaulkner@mcmanislaw.com", "mschechter@mcmanislaw.com", "jyates@pattersonsheridan.com", "kcameron@pattersonsheridan.com", "matt@warrenlex.com", "sachli@warrenlex.com", "virginia@warrenlex.com", "rhaslam@cov.com", "bbieluch@cov.com", "hbyun@cov.com", "mmorey@cov.com", "rrainey@cov.com", "Grant.D.Johnson@usdoj.gov"
Cc:
Sent: Saturday May 13 2023 10:09:39AM
Subject: Offer


I am sending this offer to Apple, Samsung, Qualcomm, Intel, Google, and the United States. I am the only Black Man to ever have his property taken by the combined efforts of the Private Corporations and the United States. You are welcome to converse with each other.

The Evolution of the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. Below are three Black inventors responsible for developing an industry that has generated tens of trillions of dollars in revenue. Therefore, reparations are appropriate and warranted.

> Dr. Mark Dean is an African-American inventor and engineer who spent his career creating solutions that made computers more accessible and simpler. Dean landed a job with the International Business Machines Corporation (IBM). Here he would change the course of history – producing some of the company's most important innovations and holding 3 out of 9 IBM original PC patents.
>
> Henry T. Sampson is an African American inventor, best known for creating the world's very first cell phone. Because of Sampson's invention and patent of the gamma-electrical cell, portable cell phones were possible, using radio waves to transmit and receive audio signals. It literally changed the world, and the way in which we communicate in our professional and personal lives.
>
> Larry Golden, is an African American inventor, who invented the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. The CMDC device is referred to by many as the smartphone, but also include the new, improved upon, and

    useful PC, Tablet, Laptop, PDA, etc.

I anticipated the opinion issued in the Apple case, but what makes it so unique is the Circuit never mentioned the Google case for which the Apple case mirrors. I also anticipated the opinion of the District Court in the Qualcomm case because I am the only person, who happen to be Black, who cannot defend his patent rights against Qualcomm who is collecting a 5% royalty on the price of each patented handset sold. I am also anticipating the United States to also find some way to blame the "Black man", for the Government agencies (DHS & DOJ), who were not "persons" authorized to petition the PTAB to invalidate my patents. Especially with patents that did not antedate my '990 patent.

Three-quarters (75%) of reparations supporters say the federal government has all or most of the responsibility to repay descendants of enslaved people. A smaller share, though still a majority, say businesses and banks that profited from slavery (65%) have all or most of the responsibility. https://www.pewresearch.org/short-reads/2022/11/28/black-and-white-americans-are-far-apart-in-their-views-of-reparations-for-slavery/

I have attached estimates of certain corporations that's unjustly enriching themselves while ensuring the company that was originally set-up to cover reparations continue as non-existence.

The estimates total $60 trillion in revenue through year 2026. 15% of the $60 trillion equals $9 trillion (10% directed to ATPG Technology, LLC and 90% directed to the not-for-profit set up for receiving and disbursing reparations). At least 15% taxes on the $60 trillion in revenue obtained by the Government equals another $9 trillion. See the attached Proposal

Any company I have not heard back from by Wednesday, May 17, 2023 with the acceptance of my offer to license my patents for $5 billion dollars, name stays on the list. The $5 billion does not make the remaining liability go away; the burden will transfer to the Government to pay the remainder in reparations. Example: Apple's liability is $600 billion dollars. If Apple settles with me, $595 billion dollars becomes the burden of the Government. If Apple does not settle with me, Apple's liability remains the same. On Wednesday, May 17, 2023 I start my campaign to expose the illegal activities of Apple.

I made an offer to the Gov't to cover the retaliation, willful blindness, and violation of procedural due process. The Government rejected my offer. Therefore, this offer does not include the Government. The Government cannot transfer liability back to the companies who accept my offer.

I won't stop until I convince every Black person in the United States that "the wealth of the

wicked has been laid up for the just" Proverbs 13:22. I plan to tell the World what you did. That means all social media platforms, church organizations, voters in mainly blue states, the regulators, civil rights and civil liberties advocates, TV, radio, books, newspapers, and publications. The World should know you are a thief who decided to steal from a minority whose inventions are design to save lives, prevent terrorism, and stimulate the economy.

California Assembly Bill 3121 establishes the Task Force to Study and Develop Reparation Proposals for African Americans, with a Special Consideration for African Americans Who are Descendants of Persons Enslaved in the United States (Task Force or Reparations Task Force). The purpose of the Task Force is: (1) to study and develop reparation proposals for African Americans; (2) to recommend appropriate ways to educate the California public of the task force's findings; and (3) to recommend appropriate remedies in consideration of the Task Force's findings. State of California Department of Justice https://oag.ca.gov/ab3121/members

The speakers, including Omali Yeshitela, the Chairman of the African People's Socialist Party, addressed the need for major corporations to recognize their role in the perpetuation of racial economic inequality. Bank of America is only one of many banks and corporations in need of paying reparations, protesters said. For Yeshitela, in order for major corporations to adequately recognize their role in these disparities, they must contribute resources to "the development of the economic power in the African community."
https://www.tampabay.com/florida-politics/buzz/2020/06/12/make-bank-of-america-pay-reparations-demand-protesters/

"[S]ince H.R. 40 was first proposed in 1989 by the late Congressman John Conyers, we, members of many local and national organizations, as well as general communities, have consistently, over the last few decades, written and called many of you to place this legislation and the issue of reparations at the forefront of the CBC's legislative agenda." Groups Urge the Congressional Black Caucus to Advance H.R. 40 Reparatory: Justice is a Must
https://www.hrw.org/news/2023/01/20/groups-urge-congressional-black-caucus-advance-hr-40

Larry