# EXHIBIT B

**Proposal for the Congressional Black Caucus:**

The Congressional Black Caucus has made many attempts over several decades to right the injustice placed on Blacks since slavery. I am of the opinion the Caucus big mistake is acting "post" to the ongoing issues that confronts the Black community.

This proposal is to activate the Caucus to enforce its power to remedy the issue of poverty amongst Black Americans. The solution to poverty amongst Black Americans is funds. This proposal makes known a twenty-year strategy for the development of a Black owned multi-trillion-dollar company; and, the establishment of a multi-trillion-dollar not-for-profit company that is specifically set-up for the advancement of Black Americans.

I am asking the Congressional Black Caucus Foundation to form a research group to validate everything written throughout this document. This part is very important because if we have at least one member(s) of the Caucus who does not believe a Black man can development a Black owned multi-trillion-dollar company; and, establish a multi-trillion-dollar not-for-profit company specifically set-up for the advancement of Black Americans; we won't be able to succeed in our efforts to right the wrong.

*I know there will be push back from the right, but two things should be made very clear: 1) we are not asking the Government to give us (Black Americans) one penny; and 2) we are not asking the Government to tax the big corporations.*

The research group is needed to validate the following:

- ❖ I submitted three (3) Economic Stimulus and Terrorist Prevention Packages to at least that of President Bush; VP Cheney; US Senators Hollings; DeMint; and Graham after the 9/11 attacks—who all sent the packages over to the Department of Homeland Security (DHS) to begin implementation. (I received letters from Bush, Cheney and the Senators).
- ❖ The technology for development of ATPG Economic Stimulus and Terrorist Prevention Package needed to group and achieve the goal of integrating the three (3) packages is my Communicating, Monitoring, Detecting, and Controlling (CMDC) Device.
- ❖ After a number of visits, emails, and proposals, the Department of Homeland Security (DHS) issued a solicitation in 2007 for my Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (DHS S&T BAA07-10 *Cell-All Ubiquitous Chemical & Biological Sensing*). A cell phone (CMDC device) capable of CBRN detection.
- ❖ I filed a disclosure in 2004 at the United States Patent & Trademark Office (USPTO) for my CMDC devices. My CMDC devices include at least that of a new, improved upon, and useful cell phone [smartphone], desktop PC, laptop, tablet, PDA, etc. I currently hold 10 patents—46 patent claims for the invention of the CMDC devices.
- ❖ In 2007-08; the DHS (Government) awarded Apple, Samsung, LG, & Qualcomm contracts to develop and assemble my patented new, improved upon, and useful cell phone [smartphone] capable of CBRN detection (the current smartphones have at least nine sensors that's capable of detecting at least one chemical, biological, radiological, nuclear, or explosive agent or compound). (DHS DVD available)

1

- In 2013, as a Black inventor, I filed a case of Government "takings" of property without paying "just compensation" complaint under 28 U.S.C. § 1491; that included Government "infringement" under 28 U.S.C. § 1498.
- Between the years of 2013-2022, my civil rights and civil liberties were repeatedly violated; my case was wrongfully adjudicated by Federal Judges (Government) and lied about by the Federal agencies (Government DOJ / DHS / TSA); and, I have been victimized and tagged as a serial filer of complaints. (The Supreme Court (Government) accused me of interfering with the DHS efforts to develop what is my CMDC device, a cell phone [smartphone] capable of CBRN detection). See *Return Mail v. The United States Postal Service*.
- All of the strategies I outlined in the stimulus packages and the technology developed as a result of my inventive ideas, have all materialized into a multi-trillion-dollar industries.

The only part of the strategies that was not developed is: my company, that was supposed to be included in the DHS 2007 award as the company that holds the intellectual rights (patents) to the new, improved upon, and useful cell phones [smartphones] developed and assembled by Apple, Samsung, LG, & Qualcomm, was never recognized. I owned the patent rights to receive royalties on every smartphone sold since at least year 2007.

I started a not-for-profit in 2006 to receive 50% of all the royalties I received. My not-for-profit mission was to restore what had been taken from Blacks since slavery i.e., reparations. At this point I am willing to donate 90% to the not-for-profit.

I accordance to the Bible: Proverbs 13:22 … the wealth of the undeserved is laid up for the deserved. The Government caused the infringement of all of my inventions, not just my CMDC device, but also my CPUs designed for my CMDC devices and my Vehicle Slow-down systems.

According to law, Apple, Samsung, LG, & Qualcomm must indemnify the Government for products developed with the Government's "authorization and consent", and because "authorization and consent" can be implied, all other companies that's benefitting from the making, using, offering for sell, and selling of my patented CMDC devices, CPUs, and Vehicle Slow-down systems, are more likely than not, liable for patent infringement.

The Government also caused the "taking" of my intellectual property and used it with the public without paying "just compensation".

I retrieved annual reported revenues (i.e., Macrotrends, etc.) for the following companies for years 2010-2022 plus estimated years 2023-2026. The following chart display the estimated total revenue for that time period for each company that makes, uses, offers for sell, or sells my patented CMDC devices; my patented CPUs designed for my patented CMDC devices, and/or my patented stall, stop, and vehicle slowdown systems.

The total for all companies listed is: ***$59.1 Trillion dollars; rounded to $60 Trillion dollars***.

2

| COMPANY | REVENUE | COMPANY | REVENUE |
|---|---|---|---|
| Apple | 4.5T | Twitter | .5T |
| Samsung | 3.5T | Meta-Facebook | .9T |
| LG | .9T | Nissan | 1.6T |
| Qualcomm | .5T | Mazda | .3T |
| AT&T | 2.6T | BMW | 1.8T |
| Verizon | 2.2T | Mercedes-Benz | 1.5T |
| T-Mobile | .8T | Honda | 1.9T |
| Google | 2.5T | Toyota | 4.4T |
| Charter Com. | .6T | Tesla | .4T |
| Microsoft | 2.2T | Intel | 1.2T |
| Ford | 2.5T | Amazon | 4.5T |
| FCA US | 1.0T | Best Buy | .7T |
| GM | 2.5T | Walmart | 8.6T |
| Volkswagen | 4.5T | | |

I started two companies in 2006: ATPG Technology LLC [for profit] was set up to receive revenue from my patented devices and stimulus packages; and, ATPG Corporation [not-for-profit] was set up to accept 50% of ATPG Technology LLC's revenue.

ATPG Corporation was actually set-up as a corporation for reparations. The funds from the corporation were to be directed toward stimulating the Black community: schools, housing, health care, business development, banks, scholarships, debt relief, prison reform, legal representation etc. The Government and the companies performing the work under Government contracts has managed, to this point, to destroy all possibility of developing this phase of the stimulus packages.

But yet, the Government has fulfilled the other strategies of the stimulus packages and has caused the creation of multi-trillion-dollar companies with the use of my patented inventions.

A Three-Judge Panel at the United States Court of Appeals for the Federal Circuit in Larry *Golden v. Google LLC;* Case No. 22-1267 has already considered the *Twombly/Iqbal* bar before "conclude[ing] that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart", and "the complaint [and] claim chart [] is not facially frivolous." The panel's "DISCUSSION in *Golden v. Google LLC*; CAFC Case No. 22-1267 states:

3

"Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … this court has explained that a plaintiff … must plead 'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged." [The misconduct alleged is infringement].

After the Federal Circuit's Three-Judge Panel reviewed Plaintiff's complaint and claim charts in view of the standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) … the Panel decided Plaintiff's claim charts "map claim limitations to infringing product features, and it does so in a relatively straightforward manner".

"[I]n the Google case, the district court again concluded that Mr. Golden's complaint was frivolous. Here, however, Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,096,189… it is simply the language of the independent claims being mapped to. The key column describing the ***infringing nature*** of the accused products is not the same as the complaint held frivolous in the 2019 case. It attempts … to map claim limitations to ***infringing product features*** … in a relatively straightforward manner …"

"We conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart. On remand, the district court should allow the complaint to be filed and request service of process … We express no opinion … of the complaint or claim chart except that it is not facially frivolous."

The Federal Circuit has already determined my CMDC devices are products grouped together by common features of design similarities that include, but not limited to, at least that of a new, improved upon, and useful cell phone [smartphone], desktop PC, PDA, tablet, laptop, etc.

The chart below is the same chart that was reviewed by the Federal Circuit. I have included a column for the Apple iPhone 12 smartphone to show the iPhone elements mirrors that of the Google Pixel 5 Smartphone reviewed by the Federal Circuit. Under 35 U.S. Code § 282(a) "all patents [patent claims] are issued with the presumption of validity"

The research group may need to consult a patent attorney to read and validate the charts. When I include the 20 patent claims of my '619 patent; claim 5 of the '287 patent, claim 23 of the '439; and claim 1 of the '189 only represent three (3) of the forty-three (43) patent claims I have for the new, improved upon, and useful cell phone [smartphone], desktop PC, PDA, tablet, laptop, handheld, etc. Included also are my patent claims for my central processing units (CPUs) designed for my CMDC devices.

4

## Google Pixel 5 "mirrors" Apple's iPhone 12: "Literal Infringement"

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
| | | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). System-on-a-chip: Apple A14 Bionic (5 nm). iOS 14.1, upgradable to iOS 16.1 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |

5

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.  Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).  Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

7

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable). Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |

8

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |

9

| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode. *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

10

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

Over a six-month period in 2007 (I have phone records), I introduced my Stall, Stop, or Vehicle Slowdown systems to General Motors (GM) / OnStar. My goal was to get GM/OnStar to partner with me to do an unsolicited proposal for fundings to the various Government Agencies.

One of my Economic Stimulus and Terrorism Prevention packages was targeted at remotely controlling a vehicle's stall, stop, or vehicle slowdown means with at least one of my CMDC devices i.e., cell phone, smartphone, desktop PC, PDA, tablet, laptop, handheld, etc.; and/or, equip the vehicles with my pre-programmed stall, stop, or vehicle slowdown system. The name given to the stimulus package is the Vehicle-Protection (V-Tection) package.

My Pre-programmed stall, stop, or vehicle slowdown system are products grouped together by common features of design similarities that include, but not limited to, at least that of a Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control.

In 2007 GM/OnStar introduced their stolen vehicle slow-down system and in the following year 2008, GM entered into a contract with the Gov't and literally became a Gov't company. As a Gov't company the only way I can sue for patent infringement was to sue the Gov't. After exiting the Gov't, the South Carolina District Court would not allow me the opportunity to bring an action of patent infringement against the automobile manufacturers because the Court said my case was "frivolous". Below is a claim chart for GM's infringement:

| GM Pre-programmed Stall, Stop, or Vehicle Slow-down System | Patent Owner's CMDC Device Patent #: RE$#,891; Independent Claim 44 |
|---|---|
| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems for at least GMs Chevrolet, Buick, GMC and Cadillac vehicles | A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
| Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |

| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems | Patent Owner's CMDC Device Patent #: RE43,891; Dependent Claim 47, 48, 49, 50, 51, & 53 |
|---|---|
| Enhanced Smart Pedal Technology: Known as brake override, reduces power to the engine in cases where the brake and accelerator pedal are being simultaneously depressed. | 47. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration. |
| Front Automatic Braking: Helps a driver avoid a forward crash or reduce the severity of crashing into a vehicle in front of it, whether it is moving or has come to a stop. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Rear Automatic Braking: Helps the driver avoid a crash or to mitigate the impact into objects directly behind their vehicle by bringing the vehicle to a stop. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Electronic Stability Control (ESC): Detects loss of steering control, it automatically applies the brakes to help "steer" the vehicle. Braking is automatically applied. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Lane Keep Assist: Represents an upgrade of Lane Departure Warning. The feature is listed as "Lane Keep Assist with Lane Departure Warning". | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |
| Adaptive Cruise Control: The technology automatically accelerates and brakes the vehicle up to moderate levels to maintain a driver-selected following gap (distance). | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |

Reparations are government attempts to undo a wrong on a population by adopting special economic considerations for that population. I am asking the Congressional Black Caucus Foundation and the Congressional Black Caucus to help me right this wrong.

Previously, I presented estimates of certain corporations that's unjustly enriching themselves while ensuring the companies that was originally set-up to cover reparations continue as non-existence. The estimates total $60 trillion in revenue through year 2026. 15% of the $60 trillion equals $9 trillion (10% directed to ATPG Technology, LLC and 90% directed to the not-for-profit set up for receiving and disbursing reparations). At least 15% taxes on the $60 trillion in revenue obtained by the Government equals another $9 trillion.

In 1999, African-American lawyer and activist Randall Robinson, founder of the *TransAfrica* advocacy organization, wrote that America's history of race riots, lynching, and institutional discrimination have "resulted in $1.4 trillion in losses for African Americans" Robinson, Randall (1999). *"He Drove the First U.S Stake in South African Apartheid". Journal of Blacks in Higher Education. 24: 58.*

Economist Robert Browne stated the ultimate goal of reparations should be to "restore the black community to the economic position it would have if it had not been subjected to slavery and discrimination". He estimates a fair reparation value anywhere between $1.4 to $4.7 trillion, or roughly $142,000 (equivalent to $162,000 in 2021) for every black American living today. *Jump up to: "Six White Congressmen Endorse Reparations for Slavery". The Journal of Blacks in Higher Education (27): 20–21. 2000-0101. doi:10.2307/2678973 2678973 JSTOR 2678973.*

Other estimates range from $5.7 to $14.2 Craemer, Thomas (21 April 2015) *"Estimating Slavery Reparations: Present Value Comparisons of Historical Multigenerational Reparations Policies" Social Science Quarterly. 96 (2): 639–655. doi:10.1111/ssqu.12151*; and $17.1 trillion Myers, Kristin *"Slavery reparations could carry a $17 trillion price tag" Yahoo. Yahoo Finance.*

**Violations:**

I. Government race discriminate of a discrete and insular minority; the single group "suspect class" under the Equal Protection Clause of the 14th Amendment.
II. Government "takings" of property without paying "just compensation" under 28 U.S.C. § 1491; and, Government "infringement" under 28 U.S.C. § 1498. (The companies must indemnify the Government for damages).
III. Conspiracies in restraint of trade or commerce under Section 1 of the Sherman Act; monopolization, attempts to monopolize, and conspiracies to monopolize any part of trade or commerce under Section 2 of the Sherman Act; unfair methods of competition under the Clayton Antitrust Act; and, unfair methods of competition and unfair or deceptive acts or practices under the Federal Trade Commission Act.
IV. Whoever without authority [the listed private entities named in this document] makes, uses, offers to sell, or sells any patented invention under 35 U.S.C. § 271(a)