# EXHIBIT C

I am sending this offer to Apple, Samsung, Qualcomm, Intel, Google, and the United States. I am the only Black Man to ever have his property taken by the combined efforts of the Private Corporations and the United States. You are welcome to converse with each other.

The Evolution of the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. Below are three Black inventors responsible for developing an industry that has generated tens of trillions of dollars in revenue. Therefore, reparations are appropriate and warranted.

> Dr. Mark Dean is an African-American inventor and engineer who spent his career creating solutions that made computers more accessible and simpler. Dean landed a job with the International Business Machines Corporation (IBM). Here he would change the course of history – producing some of the company's most important innovations and holding 3 out of 9 IBM original PC patents.
>
> Henry T. Sampson is an African American inventor, best known for creating the world's very first cell phone. Because of Sampson's invention and patent of the gamma-electrical cell, portable cell phones were possible, using radio waves to transmit and receive audio signals. It literally changed the world, and the way in which we communicate in our professional and personal lives.
>
> Larry Golden, is an African American inventor, who invented the Communicating, Monitoring, Detecting, and Controlling (CMDC) Device. The CMDC device is referred to by many as the smartphone, but also include the new, improved upon, and useful PC, Tablet, Laptop, PDA, etc.

I anticipated the opinion issued in the Apple case, but what makes it so unique is the Circuit never mentioned the Google case for which the Apple case mirrors. I also anticipated the opinion of the District Court in the Qualcomm case because I am the only person, who happen to be Black, who cannot defend his patent rights against Qualcomm who is collecting a 5% royalty on the price of each patented handset sold. I am also anticipating the United States to also find some way to blame the "Black man", for the Government agencies (DHS & DOJ), who were not "persons" authorized to petition the PTAB to invalidate my patents. Especially with patents that did not antedate my '990 patent.

Three-quarters (75%) of reparations supporters say the federal government has all or most of the responsibility to repay descendants of enslaved people. A smaller share, though still a majority, say businesses and banks that profited from slavery (65%) have all or most of the responsibility. https://www.pewresearch.org/short-reads/2022/11/28/black-and-white-americans-are-far-apart-in-their-views-of-reparations-for-slavery/

I have attached estimates of certain corporations that's unjustly enriching themselves while ensuring the company that was originally set-up to cover reparations continue as non-existence.

The estimates total $60 trillion in revenue through year 2026. 15% of the $60 trillion equals $9 trillion (10% directed to ATPG Technology, LLC and 90% directed to the not-for-profit set up for receiving and disbursing reparations). At least 15% taxes on the $60 trillion in revenue obtained by the Government equals another $9 trillion. See the attached Proposal

Any company I have not heard back from by Wednesday, May 17, 2023 with the acceptance of my offer to license my patents for $5 billion dollars, name stays on the list. The $5 billion does not make the remaining liability go away; the burden will transfer to the Government to pay the remainder in reparations. Example: Apple's liability is $600 billion dollars. If Apple settles with me, $595 billion dollars becomes the burden of the Government. If Apple does not settle with me, Apple's liability remains the same. On Wednesday, May 17, 2023 I start my campaign to expose the illegal activities of Apple.

I made an offer to the Gov't to cover the retaliation, willful blindness, and violation of procedural due process. The Government rejected my offer. Therefore, this offer does not include the Government. The Government cannot transfer liability to the companies who accept my offer.

I won't stop until I convince every Black person in the United States that "the wealth of the wicked has been laid up for the just" Proverbs 13:22. I plan to tell the World what you did. That means all social media platforms, church organizations, voters in mainly blue states, the regulators, civil rights and civil liberties advocates, TV, radio, books, newspapers, and publications. The World should know you are a thief who decided to steal from a minority whose inventions are design to save lives, prevent terrorism, and stimulate the economy.

California Assembly Bill 3121 establishes the Task Force to Study and Develop Reparation Proposals for African Americans, with a Special Consideration for African Americans Who are Descendants of Persons Enslaved in the United States (Task Force or Reparations Task Force). The purpose of the Task Force is: (1) to study and develop reparation proposals for African Americans; (2) to recommend appropriate ways to educate the California public of the task force's findings; and (3) to recommend appropriate remedies in consideration of the Task Force's findings. State of California Department of Justice https://oag.ca.gov/ab3121/members

The speakers, including Omali Yeshitela, the Chairman of the African People's Socialist Party, addressed the need for major corporations to recognize their role in the perpetuation of racial economic inequality. Bank of America is only one of many banks and corporations in need of paying reparations, protesters said. For Yeshitela, in order for major corporations to adequately recognize their role in these disparities, they must contribute resources to "the development of the economic power in the African community." https://www.tampabay.com/florida-politics/buzz/2020/06/12/make-bank-of-america-pay-reparations-demand-protesters/

"[S]ince H.R. 40 was first proposed in 1989 by the late Congressman John Conyers, we, members of many local and national organizations, as well as general communities, have consistently, over the last few decades, written and called many of you to place this legislation and the issue of reparations at the forefront of the CBC's legislative agenda." Groups Urge the Congressional Black Caucus to Advance H.R. 40 Reparatory: Justice is a Must https://www.hrw.org/news/2023/01/20/groups-urge-congressional-black-caucus-advance-hr-40

**What have You done for Blacks and Reparations?**

A list of Groups, Organizations, and Individuals are attached

***Organizations***
AAPI Montclair
Academy for Diaspora Literacy, Inc.
Accomplices of the Dayton Area SURJ
African American Future Society
African Diaspora for Justice (AD4Justice.org)
AJ Williams-Myers African roots Center
All Souls Movement
American Humanist Association
Amherst extensions & beauty salon
Amnesty International USA
Artists for Reparations
Austin Justice Coalition
Beacon UU Congregation
Bend the Arc: Jewish Action
Berkeley Chapter, Japanese American Citizens League
Bethel AME CHURCH
Biddeford Saco Area SURJ
Black Jewish Justice Alliance
Black Mental Health Task Force
Black Music Action Coalition
Black Veterans Project
Blacks in Law Enforcement
Black Voters Matter Fund
BLK FLWR MRKT
Blount County (TN) SURJ (Showing Up for Racial Justice)
Blue
Boston Workers Circle
Campaign For Justice: Redress NOW for Japanese Latin Americans!
Cash Reparations for Slavery
Central VT SURJ (Showing Up for Racial Justice)
Church WORLD SERVICE
Collaborating Voices Foundation
Collective Grant Writing & Consulting
Coming to the Table
Coming To The Table Tucson Chapter
Community Healing Network, Inc.
Community Health Councils
Congressional black Caucus
CTTT Denver
Dayton Chapter Japanese American Citizens League
DC Justice Lab
Decolonizing Wealth Project
Democrats Abroad Reparations Task Force

Difficult Conversations About Race
Drug Policy Alliance
Edfu Foundation Inc.
Embracing Race
Emmett Till Legacy Foundation
Executive Director/Community Stabilization Project
Faith for Black Lives
Faith in New Jersey
Father's Alive In The Hood Inc
FirstRepair
Friends Committee on National Legislation
Friends of the African Union
Fund For Reparations NOW!
Global Progressive Caucus, Democrats Abroad
Grassroots Reparations Campaign
Green Earth Goods
High School Democrats of America National Black Caucus
Human Rights Watch
https://amcrecordsmedia.com/
IKAR
Incarcerated Nation Network
Insight 2 Heal, Inc.
Integrative Wellness, Inc
Inter-Racial Wellbeing and Racial Justice Committee, West Knoxville Friends Meeting
Interfaith Council of Franklin County,   MA
International Black Women's Congress
International Black Women's Congress
International Center for MultiGenerational Legacies of Trauma
International Civil Society
International Institute for Health and Wellness
Islamophobia Studies Center
It Takes A Village Family of Schools
Japanese American Citizens League
Japanese American Citizens League, Florin-Sacramento Valley Chapter
Japanese American Citizens League, Seattle Chapter
Japanese American Citizens League, Twin Cities Chapter
Japanese American Families for Justice
Japanese American Museum of Oregon
Japanese American National Museum
Japanese Community Youth Council
Japanese Peruvian Oral History Project
JBS FOUNDATION, INC.
Johnson & Klein Law
JP Consulting LCSW PLLC
Jrinks By Jenn
Loretto Community

Lost River Racial Justice (SURJ affiliate)
Lowenstein International Human Rights Clinic
Make It Plain
Mindbridge
N'COBRA "Chicago Chapter"
NAACP Newark, NJ
National Black Justice Coalition
National Coalition of Blacks for Reparations in America
National Coalition of Blacks for Reparations in America - New England Chapter
National Conference of Black Lawyers (NCBL)
National Consumers League
National Council of Churches
National Council of Jewish Women San Francisco
National Council of Negro Women, Inc - Hudson Valley Section
National Japanese American Historical Society, Inc.
National LGBTQ+ Bar Association
National Nikkei Reparations Coalition (NNRC)
National Organization for Women
NAWS Central Queens
NETWORK Lobby for Catholic Social Justice
New Brunswick Area NAACP
New England Peace Pagoda
New Jersey Institute for Social Justice
New York State Democrat Party
Next Generation Action Network (NGAN)
Not in Our Town Princeton
One-People, One Each
Oranges & Maplewood NAACP
Outta Bound Sportz
People's Organization for Progress
Portland Japanese American Citizens League
Putney Friends Meeting
Racial Justice Project
Ramapough Mountain Indians, Inc.
RASR
Reparation Education Project
Reparation Generation
Reparations Circle Denver
Reparations Committee of the Jewish Community of Amherst
Reparations Community of Practice
Reparations Finance Lab
Reparations United
Reparations4Slavery.com
Restorative Genealogy
Rising Voices, a Project of Center for Empowered Politics
SAFES

Samuel DeWitt Proctor Conference, Inc.
San Francisco Black & Jewish Unity Coalition
San Jose Nikkei Resisters
Sankofa Farm at Bartram's Garden
Showing Up for Racial Justice - St. Johns, Portland OR
Showing Up for Racial Justice -- Twin Cities Chapter
Showing Up for Racial Justice (SURJ) Boston
Showing Up for Racial Justice (SURJ) Rochester
Showing Up for Racial Justice Annapolis and Anne Arundel County (SURJ3A)
Showing Up for Racial Justice NYC
Showing Up for Racial Justice, Santa Barbara Chapter
Showing Up for Racial Justice, Santa Cruz County
Singles Pop Up
Sisters of Charity of Nazareth Congregational Leadership
Sisters of Charity of Nazareth Western Province Leadership
Sisters of Mercy of the Americas Justice Team
Sketch House Games
Social Justice at Trinity Asbury Park
Social Justice Matters, Inc.
Springfield Unity Project
Standing Up for Racial Justice (SURJ), San Diego Chapter
Standpipe Hill Strategies
Storywiz Records
SURJ Marin
SURJ Mendo Coast
SURJ Sacramento (Showing Up for Racial Justice)
Synergy Unlimited LLC
Take Action Advocacy Group
Temple Isaiah (Lexington MA) Reparations Committee
Terence Crutcher Foundation
The Asbury Park Affordable Housing Coalition
The Asbury Park Transformative Justice Project
The Cardinal Recreation Park
The Diocese of New Jersey
The E Pluribus Unum Project
The Goodnight Initiative
The International Institute for Health and Wellness
The Northampton Reparations Committee
The Nuance Company
The Reparations Collective
The Taifa Group
The Who We Are Project
The Workers Circle
Tremain Smith Studio
Tsuru for Solidarity
Tule Lake Committee

Tulsa African Ancestral Society
UN PFPAD - International Civil Society Working Group
UNESCO Inclusive Policy Lab | People of African Descent & the SDGs E-Team
Union for Reform Judaism
United Asian Voices of West Orange
United Parents Against Lead & Other Environmental Hazards (UPAL)
University of California, Santa Cruz
Until Freedom
Vashon-Maury SURJ - Showing Up for Racial Justice
Virginia Environmental Justice Collaborative (VEJC)
West Knoxville Friends Meeting
Westchester Black Women's Political Caucus
Where Is My Land
Whm Msw Healing Well Inc
YAH's House
Yonkers City Council, District 1
Young Buddhist Editorial

*Individuals*
Ms. Sharin Alpert
Alice Pierce-Bonifaz, Ph.D.
Ms. Zia Bowen
Ms. Olivia Dennen, University of California, Santa Cruz
Jacqueline A. Faison, ESL Teacher
Ms. Giovanna
Regina Goodwin, Oklahoma State Representative
Ms. Lee Guion, Coming to the Table
Ms. Beverly Head, Coming to the Table
Ms. Cynthia Henebry
Waymon R. Hinson, Ph.D.
Ms. Diane R. Irvin
Ollie Johnson
Kevin Jones
Keisha Lanell, DBA: Dr. Coach Kay
Sierra Morton, Social Worker
Albert Mosley, Professor Emeritus, Smith College
Effie Phillips, National Council of Negro Women, Inc – Hudson Valley Section
Ms. Elizabeth Sand
Tamara Scott, Attorney
Dee Seligman, Ph.D.
Kisha Skipper, 1st Vice President, YONKERS NAACP UNIT 2188
Imani Williams, Private Teacher
Anthony Lee Williams

8

Cc: Rep. Sheila Jackson Lee, Lead Sponsor of H.R. 40; Rep. Yvette Clark, 1st Vice Chair; Rep. Troy Carter, 2nd Vice Chair; Rep. Marilyn Strickland, Whip; Rep. Lucy McBath, Secretary; Rep. Hakeem Jeffries, House Minority Leader