UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN, <br>     Plaintiff, <br>     v. <br> SAMSUNG ELECTRONICS AMERICA, INC., <br>     Defendant. | Case No. 23-cv-00048-WHO <br><br> **JUDGMENT IN A CIVIL CASE** <br> Re: Dkt. No. 36 |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Cross-Motion to Dismiss and for Summary Judgment, judgment is accordingly entered.

Dated: June 8, 2023

Mark B. Busby, Clerk

By: Jean M. Davis, Deputy Clerk