
**PRIORITY MAIL EXPRESS®**


EI 589 081 222 US

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29616
JUN 12, 23
AMOUNT
**$28.75**
R2304M113457-33

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)  PHONE 864 288-5605
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

**TO:** (PLEASE PRINT) PHONE ( )
U.S. DISTRICT COURT - NDC - SAN FRANCISCO
CASE NO: 3:23-CV-00048-WHO
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 1 0 2

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 29615
Scheduled Delivery Date: 6/13/23
Postage: $28.75
Date Accepted: 6/12/23
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 10:06 ☒ AM
Total Postage & Fees: $28.75



**RECEIVED**
JUN 13 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. MARSHAL'S SERVICE
JUN 13 2023
INSPECTED BY

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996


PEEL FROM THIS CORNER


USPS.COM/PICKUP

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

  
UNITED STATES POSTAL SERVICE

EP13F May 2020





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**