## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

**FILED**

**JUN 22 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LARRY GOLDEN,

       Plaintiff,

       V.

SAMSUNG ELECTRONICS AMERICA, INC.

       Defendants.

CIVIL CASE NO: 3:23-cv-00048-WHO

**JURY TRIAL DEMANDED**

**(Direct Patent Infringement), (Induced and Contributory Patent Infringement), (Joint Patent Infringement)**

June 20, 2023

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Larry Golden, hereby appeals to the <u>United States Court of Appeals for the Federal Circuit</u> from the dated June 8, 2023 "Order Granting [Samsung's] Motion to Dismiss" (Dkt. No. 36) as well as any other orders, rulings, findings, and/or conclusions adverse to Larry Golden.

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is "filed with the district clerk within 30 days after entry of the judgment or order appealed from."

As part of this notice of appeal, Larry Golden submits the required filing fee of $505 and respectfully requests the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).

Sincerely,

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
(M) 8649927104
Email: atpg-tech@charter.net