Generated: Jun 23, 2023 8:59AM                                                                 Page 1/1



# U.S. District Court

### California Northern - San Francisco

Receipt Date: Jun 23, 2023 8:59AM

LARRY GOLDEN
740 WOODRUFF RD APT 1102
GREENVILLE, SC 29607

Rcpt. No: 311164960          Trans. Date: Jun 23, 2023 8:59AM          Cashier ID: #MB

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 505.00 | 505.00 |

| CD | Tender |        |            | Amt     |
|----|--------|--------|------------|---------|
| CH | Check  | #5117  | 06/20/2023 | $505.00 |

Total Due Prior to Payment:     $505.00
Total Tendered:                 $505.00
Total Cash Received:              $0.00
Cash Change Amount:               $0.00

**Comments**: 23-CV-48 WHO

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.