This package is made from post-consumer waste. **Please recycle – again.**

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**

**Retail**

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
JAN 10, 2024

94102        **$28.75**

RDC 07        R2304M111995-88

# PRIORITY MAIL EXPRESS®



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS®**

**RECEIVED**

EI 908 310 674 US

JAN 11 2024

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE ( 864 ) 288-5605

*LARRY GOLDEN*
*740 WOODRUFF RD.*
*#1102*
*GREENVILLE, SC 29607*

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)     PHONE ( )

*U.S. DISTRICT COURT-NDC-SAN FRANCISCO*
*CASE NO: 23-0048*
*450 GOLDEN GATE AVENUE, 16TH FLOOR*
*SAN FRANCISCO, CA.*

ZIP + 4® (U.S. ADDRESSES ONLY)

*9 4 1 0 2-___ ___ ___ ___*

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



➤ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGIN (POSTAL SERVICE USE ONLY)**



| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---------|---------|------------|-------|

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage
*29606*   *1/11/24*   *$28.75*

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
*1/10/24*   ☐ 12:00 PM ☑ 3:00 PM

Time Accepted   ☐ AM   Return Receipt Fee   Live Animal Transportation Fee
*3:40* ☑ PM

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$   $

Weight   ☑ Flat Rate   Acceptance Employee Initials   $ *28.75*
___ lbs. ___ ozs.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

*CASE No: 23-0048*

  

**UNITED STATES POSTAL SERVICE**

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights res

 **UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ®

 **EMS**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.